FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 NOV 15 PM 4:17

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

8:18CV539

Alphonso Vernell Fraizer II.
    Plaintiff,

vs.        }

The City of Omaha Police Department,
Omaha Fire Department, Douglas County
Attorney Office (Donald W. Kliene), Julie
Medina, Judge Gary B. Randall, Judge Craig Q.
McDermott, Dentist Peter C. Jessen DDS,
Jennifer Simms and Attorney Andrea McChesney
**(Suit of Individual and Official Capacity)**
    Defendant(s),

Case No. CR 17-599
Case No. CR 17-1223
Case No. CR 17-2475
Civil Action Complaint (8.2 suit)
Jury Trial Request
**42 U.S.C. § 1983**, **1985,1986**
Motion to Proceed,
IN FORMA PAUPERIS
**28 U.S.C. 1361**

## COMPLAINT FOR A CIVIL CASE

I.  The Parties to This Complaint
  A. The Plaintiff: Alphonson Vernell Fraizer II. ( A Natural Person)
   PO Box 4891
   Omaha, Ne 68104
   (402) 609-9016
   2alvfrazier@gmail.com

  B. The Defendants(s)

   Defendant No. 1
   The Omaha Police Department (Government Agency)
   505 S. 15th Street
   Omaha, Nebraska 68102
   (402) 444-5600
   cityclerk@cityofomaha.org

   Defendant No. 2
   The Omaha Fire Department (Government Agency)
   (Attention: Mayor Jean Stothert)
   1819 Farnam Street

Omaha, Ne 68102
(402) 444-5000
Hotline@cityofomaha.org

Defendant No. 3
Douglas County Attorney Civil Division (Government Agency)
Donald W. Kleine (County Attorney)
Julie L. Medina (County Attorney)
Theresia Urich (Deputy  County Attorney)
1819 Farnam Street
Civic Center Suite #909
Omaha, Ne 68138
(402) 444-7622
webmaster@dotcomm.org

Defendant No. 4
Judge Gary B. Randall (Government Official)
Judge Craig C. McDermott (Government Official)
Attn: Administrative Office of the Courts
1213 State Capital
1445 k Street/P.O. Box 98910
Lincoln, Ne. 68509
(402) 471-3730

Defendant No. 5
Dentist Peter C. Jessen, DDS (General Dentist and Solicitor)
51546 North 90th Street (Business address)
Omaha, Ne 68134
(402) 451-3126

12612 Izard Street (Residential address)
Omaha, Ne 68154
(JESSEN'S Residents)

Defendant No. 6
Jennifer Simms (Ex-wife to Plaintiff, Dental hygienist& charitable
person to Dentist Peter C. Jessen)
(402) 968-8173
Address: 14108 Manderson Plaza Apt#306

Defendant No.7
Attorney Andrea McChesney (Divorce Attorney for Plaintiff)
McChesney & Farrell Law Firm
The Douglas Bldg
209 South 19th Street
Omaha, Ne 68102
(402) 934-4884
amcchesney@mflawomaha.com

II.     Comes Now, the (Plaintiff) Alphonso Vernell Frazier II. Entering
        the court pro-se under the status **28** U.S. Code § **1331** and *18*
        *U.S.* Code § *242* representing for myself as a Moorish American.
        Pure and Natural Aboriginal/Indigenous man of the land
        bounded to North American by heritage of the Continental
        American Territories and as CORPORATION Straw Man Name:
        ALPHONSO VERNELL FRAZIER II. Created under The Act of
        1871. Now seeking damages due to injuries and property losses
        suffered during a false incarceration of 133 days detained at the
        Omaha Correctional Center for: Terroristic Threats, Burglary,
        Arson 2nddegree, stalking and intentional child abuse. That
        implicated my 11 year old son Mason Frazier as being a
        prostitute involving pornography.

III.    I, (Plaintiff) Alphonso Vernell Frazier II. Comes before the
        honorable court with my complaint against the (Defendants) who
        all took part in a (two year) orchestrated Hate Crime against me.
        With all taking their part in a twisted revenge and extortion plot
        targeting me and using me as the fall guy in the extortion scam
        that all derived behind trying to silence the sex secrets of a
        dentist and his mistress. While forcing a personal eviction upon
        me and my son Mason from our dwellings, stealing my personal
        property and selling my home while being detained at the Omaha
        Correctional Center and being threaten with a 10 to 60 year
        prison sentence. Behind the creation of fairytale prostitution of
        my minor son and false felony police reports against me. The
        defaming of my name and character resulted to me being arrested

(two) times on the same charges and lead back to my cage at the Omaha Correctional Center during my divorce process, causing me to loss my home, assets, family and freedom in a sexually motivated philanthropic collusion.

## Allegations

IV.    The reason's set forth in dispute of this matter is supported by, the acts in which formulated the foundation on this case. The actions of the all the (Defendants) in this matter had a personal interest
when using their own person judgment to take part in this, administrated order of actions. Therefore lacks the protection of immunity in this, (8.2 Suit.) This is a case of, Sexual Scandal, Illegal Search and Seizure, Politics, Premeditation, Porn, Greed, Adultery, Lies, Insurance Fraud, HIPPA Violations, Invasion of Privacy, Theft, Extortion, Racial Hate Crime, Corporate Bullying, Child Endangerment, Intentional Infliction and Emotional Duress, Intentional Arson, False Impersonation, Abuse of Power, and all other offenses referencing the offensive behaviors found in this matter, manufactured by way of the issuing of false criminal citations from (The Omaha Police Department.) Who were the mediators and administers headlining this intentional, malicious, and sexually impacted extortion scandal? Incriminating me falsely by the acts of: Human Trafficking, Dehumanizing, Defaming, Discriminating and Detaining, me during the time of my divorce process, isolating me physically and mentally, taking away my Son, Family, Freedom and Liberty to exercise my Constitutional and Moorish Rights?

V.                              **Violations**

1. Racial Discrimination
2. Invasion of Privacy
3. Abuse of Power
4. Defamation of Character
5. Harassment
6. False Imprisonment
7. Human Trafficking
8. Hate Crime

9. Bullying
10. Extortion
11. Illegal Search and Seizure
12. Due Process
13. Intentional Inflection
14. Emotional Distress (Tort of Outrage)
15. Violation of the "Moroccan Treaty of Friendship"
16. HIPPA Violation
17. Theft/Burglary
18. Child Endangerment
19. Intentional Arson
20. False Impersonation
21. Malpractice
22. Lack Jurisdiction\Acted Out of Jurisdiction
23. Malicious Prosecution

## "Case History"

VI.

1. "1997" (Plaintiff) meets dancer/dental student (Jennifer Simms) at Smoke Pit Bar-Q/Sherri's Strip club

2. "1997" (Plaintiff) and (Jennifer Simms) begin dating

3. "1998" (Jennifer Simms) has two frequent customers at the Smoke Pit Strip Club they are two brother by the name **late** Attorney Paul M. Jessen of Koley Jessen Law Firm and his brother (Dentist Peter C. Jessen) who later employee (Jennifer Simms) as dental hygienist in his office where she is still presently employed (Dentist Peter C. Jessen also provided dental treatment to (Plaintiff) for approximately 15yrs until notified by dental office his dental treatments will no longer be rendered as of "July of 2016"

4. "2000" (Plaintiff) and (Jennifer Simms) move in together at a home on 36th Curtis in Omaha, Ne.

5. "2003" (Jennifer Simms) gets pregnant delivery a baby boy and becomes a Jehovah Witness she now insisted on getting married because she does not want to live out of wedlock. Therefore I later honored her wishes.

6. "2005" (Plaintiff) Suffers from on the job body injury/accident

7. "2006" (Plaintiff) marriage to (Jennifer Simms) on September 6, 2006

8. "2009" Attorney Paul C. Jessen diagnose with cancer

9. "2012" Attorney Paul C. Jessen dies and according to what (Jennifer Simms) say's. "Paul left Peter $3 million dollars.

10. "2012" (Jennifer Simms) Starts to become argumentative in our marriage and states to me, "Peter can do more for me than you can!" After I help raise her two children she found no harm in her words.

11. "2012-2014" (Jennifer Simms) continued to be argumentative spending more time away from the home doing extra work for (Dentist Peter C. Jessen) then come home with expensive gifts and bragging about her millionaire boyfriend. While our marriage was in jeopardy and our $700 dollar mortgage is becoming a struggle (Jennifer Simms) moves out the home with the mortgage two months behind.

12. "2014" December 14, 2014 (Jennifer Simms) moves out of home with husband and son into Cady Apartments in Omaha, Ne. leaving (Plaintiff) husband in custody of son. **(see) exhibit 18 paragraph(4)**

13. July 30, 2015 (Angie Circo) assigned to RB#AH07172 **(see) exhibit 6 paragraph (1)**

14. "2015" September (Jennifer Simms) files for divorce

15. "2015" November (Plaintiffs) Injury Settlement from (2005) $ pays out. An (Plaintiff) pays of the remaining balance of $12,000 on (Jennifer Simms) car loan, purchases I-Phones for his whole family and activates the family and friends app locator for all the phones, everybody new wardrobes, paid $42,000 cash for the purchase of my 2016 Toyota Tacoma and I gave my step kids and my son a couple thousand dollars apiece for their personal pleasure

16. "2015" December (Jennifer Simms) withdraws her divorce petition and takes a trip to Red Rock, Colorado with her husband (Plaintiff) where she tells me that, (Dentist Peter C. Jessen) was tired of his wife Trish's(?) $30,000 a year credit card bills and sick of kissing his sister- in laws Mary Kay(?) or Mary Sue's(?) ass for his money left to him in a Trust Fund by his late brother Attorney Paul Jessen who (Jennifer Simms) said, "Bailed his brother (Dentist Peter C. Jessen) out of $100,000 and something dollar bankruptcy before his passing. (Jennifer Simms) also gives at detailed confession of her sexual acts with (Dentist Peter C. Jessen) she stated, that Peter was an old man with two hip replacements and he has a fetish for warm "Slim Oily's." When I ask what that was? She explained, "That it is a "Warm Dildo with baby oil applied for the pleasure of anal sex," along with them drinking Don Julio and inhaling Nitrous Oxide from the dental office which increased the sexual pleasure. December 11, 2015 (Jennifer Simms) goes to police station to report being afraid of (Plaintiff) report #AH40728 **(see) exhibit 6 paragraph(2)**

17. "2016" January (Jennifer Simms) wants to return back to the marriage but I denied her request due her confession of her sex acts with (Dentist Peter C. Jessen)

18. "2016" February (Plaintiff) has dental appointment with (Dentist Peter Jessen) when I say to Peter, "Peter I know you are Jennifer's second husband." He breaks out in a sweat and leaves the room with (Jennifer Simms) following behind him.

19. February 29, 2016( Jennifer Simms) reports threat from (Plaintiff) (report# AH59135) **(see) exhibit 1 paragraph(3),** (Angie Circo) viewing (Plaintiff) dental records **(see) exhibit 6 paragraph (15) Hiipa Violation** (Jennifer Simms) Lies about being physically abused by (Plaintiff)  RB#AH51935 **(see) exhibit 6 paragraph (3)**

20. March 2, 2016 (Jennifer Simms) reports harassing text messages from (Plaintiff) (report# AH59516) **(see) exhibit 1 paragraph (3)**

21.  March 3, 2016 (Omaha Police Officer Angie Circo) assigned to harassment report#59516 **(see) exhibit 7 paragraph (3)** same day (Jennifer Simms) claims she does not want to press charges **(see) exhibit 7 paragraph(4)**

22. July 15, 2016 (Jennifer Simms) **not** available for her son's visit because she said she's on a date and the IPhone located her to be at the home of (Dentist Peter C. Jessen) on 126th & Izard **(see) exhibit 1 paragraph (3)** (Jennifer Simms) makes a report in July report #(AH07172) put no date mention in (?)

23. July 21, 2016 I stop by the dental office of (Dentist Peter C. Jessen) for a drop in dental cleaning and accidental caught the viewing of him and (Jennifer Simms) with their pants down in his office bathroom

24. July 29, 2016 I was notified by (Jennifer Simms) I could longer get my dental work at (Dentist Peter C. Jessen, DDS) office

25. September 20, 2016 (Jennifer Simms) files for divorce and reports being followed by (Plaintiff) (report#AJ09148) **(see)  exhibit 1 paragraph (3) and exhibit 7 paragraph (5)**

26. September 21, 2016 Protection Order Served to (Plaintiff) **(see) exhibit 1 paragraph (3) and exhibit 7 paragraph (7)**

27. October 1, 2016 – November 15, 2016 (Fire Inspector Scott Fox) has (Plaintiffs) **Sprint Phone** tapped.

28. October 7, 2016 (Jennifer Simms) reports (Plaintiffs) Blue Truck at 90th Street library (report#Aj13578) **(see) exhibit 1 paragraph (3)**

29. October 10, 2016 (Plaintiff) calls wife (Dentist Peter C. Jessen) to expose his adultery with (Jennifer Simms) and (Jennifer Simms) again reports (Plaintiffs) Blue Truck at 90th Street library. **(see) exhibit 1 paragraph (8)**

30. October 27, 2016 (Jennifer Simms) reports (Plaintiffs) Blue Truck following her South of 90th (report#RB-AJ109017) **(see) exhibit 1 paragraph (3)**

31. October 31, 2016 (Omaha Police Officer Angie Circo) assigned to (report#RB-AJ10917) **(see) exhibit 8 paragraph (10)**

32. November 11, 2016 (Jim Sobota) last time at office before fire. **(see) exhibit 9 paragraph (4)**

33. November 12, 2016 (Dentist Peter C. Jessen, DDS) dentistry office fire (Fire Inspector Scott Fox) did the Arson Report (report#P0036477) and warrant issued for (Plaintiff) for burglary, arson, stalking and intentional child abuse **(see) exhibit 1 paragraph (1), exhibit 8** claims a window was broken during burglary fire (?) What company fixed the window (?) **(see) exhibit 8 paragraph (11)** (Jennifer Simms) implicates (Plaintiff) as the person who set the fire **(see) exhibit 8 paragraph (12)** It was also noted in police records upon the arrival of the (Omaha Fire Department) to the November 12, 2016 Arson at the Dental Office they notice the doors were looked, no alarm went off.

34. November 13, 2016 (Jennifer Simms) reports son Mason missing (AJ23343) and (Dentist Peter Jessen) and his wife Patricia Jessen go together to view office damages **(see) exhibit 10 paragraph (8) and exhibit 13 paragraph (2)**

35. November 14, 2016 (Dentist Peter Jessen) reports (Plaintiffs) Blue Truck outside his Izard Street residents. (Dentist Peter Jessen) say's he jump in his car and chased the (Plaintiff) who he claim was going 100mph down residential streets (report#?) , (Dentist Peter C. Jessen) mentions he might have left a candle burning, (Fire Inspector Scott Fox and Sobota) goes to home of (Plaintiff) to interview him. **(see) exhibit 1 paragraph (4), exhibit 10 paragraph (9), exhibit 13 paragraph (3)** and **exhibit 13 paragraph (1)** On the same day of November 14, 2016 (Scott Fox) and (Sobotka) interview (Plaintiff) **(see) exhibit 8 paragraph (13)**

36. (Dentist Peter C. Jessen, DDS) admits looking at (Jennifer Simms) body to witness physical abuse marks **(see) exhibit 16 paragraph (6)**

37. November 16, 2016 (Dentist Peter C.  Jessen) protection order against (Plaintiff) dismissed then (Dentist Peter C.  Jessen) sends text threatening text message to (Plaintiff) warning him to beware of his safety. **(see) exhibit 40** (Jennifer Simms) gives photos to (Scott Fox) **(see) exhibit 6 item (13)** and **(see) exhibit 19 paragraph (7)**

38. November 17, 2016 (Dentist Peter C. Jessen)  accidently sends his text message to (Fire Investigator Scott Fox) to (Plaintiff) **(see) exhibit 40**

39. December "2016" (Dentist Peter C. Jessen) Protect Order dismissed **(see) exhibit 10 paragraph (12)**

40. December 17, 2016 (Dentist Peter C. Jessen, DDS) blames (Plaintiff) for the person who set the fire **(see) exhibit 13 paragraph (1)**

41. January 2, 2017 (Jennifer Simms) granted a (Ex Parte) order **(see) exhibit 6 item (14)** (Angie Circo) reported finding ex parte order in (Plaintiffs) house.

42. January 9, 2017 (Dentist Peter C. Jessen) reports to (Omaha Police Department) him being yelled at in traffic at 90th Street by (Plaintiff) in Blue Truck. **(see) exhibit 14 paragraph (3)**

43. January 11, 2017 (Dentist Peter C. Jessen) reports to (Omaha Police Department) him being followed by (Plaintiff) on 90th Street (report#AJ37341) and on the same day divorce hearing (Plaintiff) awarded house due to (Jennifer Simms) abandoning the home

44. January 11, 2017 **(see) exhibit 1 paragraph (5), exhibit 2 paragraph(1)** and **exhibit 14 paragraph (5)** showing location of 91st and Sprague being barber shop where (Plaintiffs) gets his hair cut at Classic Barber Shop by (David Goodwin)

45. January 12, 2017 (Dentist Peter C. Jessen) states he has been taking his wife shotgun shooting to practice in case she needs to use it (?) **(see) exhibit 16 paragraph(7)**

46. January 13, 2017 (Dentist Peter C. Jessen) files for Protection Order and same day (Attorney Andrea McChesney) withdraws as my divorce attorney by way of sending me a letter scolding me in jail about my demeanor and her disgust with me after I was given an admonishment by the judge. **(see) exhibit 36** and **exhibit 56**

47. January 16, 2017 (Plaintiff) is arrested at his home by (The Omaha Police Department) while (Plaintiff) DVR is filming without the awareness of the arresting officers. The arresting officers at (Plaintiffs) home without warrant. Threating they will shot through the door to kill him if does not open up the door, when (Plaintiff) opens the door then the police boom rush in grab me put me in handcuffs. (Officer Justin Smith) grabs a knife out of my home they take me outside my residents and calls (Officer Angie Circo) who informed the arresting officers she only had an Affidavit for Warrant Only. While they got me outside the house, they are in my house taking items out my home. I requested they get out and put

my items back in there spot because you do **not** have a search warrant (?)

48. January 17, 2017 Protection order server while (Plaintiff) is detained

49. January 17, 2017 (Plaintiff) is in jail at and (Julie L. Medina) formulates the sickest lie that my son was being neglected from food, shelter, clothing etc. and engaging in prostitution and porn on my behalf **(see) exhibit 76 count (4)**

50. January 19, 2017 Terrorist Threat Report was created under (report#AJ37341) from phone call of (1-11-17) made by (Dentist Peter C. Jessen) of being followed on 90th Street by (Plaintiff) in Blue Truck **(see) exhibit 10 paragraph (13), exhibit 11 paragraph (1)** Jessen gets out and approach (Plaintiff) the same guy he calm to be afraid and is after him(?) **(see) exhibit 11 paragraph (2)** (Jennifer Simms) is on the phone with (Dentist Peter C. Jessen) the whole time he is approaching the (Plaintiff)

51. January 25, 2017 (Plaintiff) bonds out of jail **(see) exhibit 11 paragraph (7)**

52. January 30, 2017 re-arrest five days later after visiting with (Douglas County Attorney Donald W. Kliene) **(see) exhibit 3 paragraph (8)** and **exhibit 11 paragraph (8)**

53. January 30, 2017 (Plaintiff) makes a personal visit to the courthouse to see (Douglas County Attorney Donald W. Kleine) to show him evidence on his DVR of (The Omaha Police Department) arresting officers at his home on January 16, 2017 robbing his house. (Donald W. Kleine) responded, "You better get an attorney." **(see) exhibit 11 paragraph (8)**

54. January 30, 2017 (Don W. Kliene) issued a warrant for (Plaintiffs) arrest. (The Omaha Police Department) came to my Aunt's home located 4112 N. 56TH Street and drew down guns on me, threaten to shot me before placing me under arrest. **(see) exhibit 11 paragraph (9)**

55. February 1, 2017 (Jennifer Simms) court appearance with (Judge Craig McDermott) getting his approval to enter property at (Plaintiffs) home **(see) exhibit 17 paragraph (2)**

56. February 2, 2017 (Fire Inspector Scott Fox) visits (Dentist Peter C. Jessen) dental office to interview him **(see) exhibit 7 paragraph (1)**

57. February 3, 2017 (Omaha Police Officer Angie Circo) gets a warrant for (Plaintiffs) home and let home by (Jennifer Simms) and Ciroc begins removing/stealing items from the home. Crime Lab is in (Plaintiffs) home **(see) exhibit 17 paragraph (2)** (Sergant Novotny) takes another knife from the house **(see) exhibit 18 paragraph (2)** and (Jennifer Simms) showing police video and pictures in her phone **(see) exhibit 17 paragraph (5)**

58. February 9, 2017 (Judge Gary B. Randall) grants a stipulated order for ex parte relief. What jurisdiction gives him the authority to give away my home that's a Federal Loan and personal items. **(see) exhibit 61**

59. February 12, 2017 (Jennifer Simms) is inside (Plaintiffs) home and called (The Omaha Police Department) to retrieve gun she found in home. Which later turn out be a starter gun. **(see) exhibit 18 paragraph (3)**

60. February 13, 2017 (The Omaha Police Department) calls (Jennifer Simms) to ask her about the guns previously in the house and (Jennifer Simms) admits to the police she had (**not**) live in the house with (Plaintiff) since December 2014. **(see) exhibit 18 paragraph (4)**

61. February 20, 2017 (Jennifer Simms) calls (The Omaha Police Department) to show them pictures and video on her phone of 10-7-2016 and 1-12-2016 **(see) exhibit 18 paragraph (5)** It's my birthday I am in jail behind lies from this woman and she still trying to formulate more criminal complaints against me.

62. February 21, 2017 Protection Order created under (AJ09148) for (Jennifer Simms) call of 1-20-2017

63. February 21, 2017 (Omaha Police Officer Angie Circo) begins writing her fairytale police report dating back to "2015" under a **Supplementary Police Report** (report#AJ-23248(AA) but the police report for the public is under report# (AJ-23248) without the (AA) showing for burglary only **(see) exhibits 1-20**

64. February 22, 2017 (Plaintiff) Prelim Hearing in courtroom #25 (Judge Craig Q. McDermott) bonded over to District Court without any evidence to support the charges of terrorist threat, 2nd degree arson, burglary, stalking, or intentional child abuse. All charge was dismissed due to lack of evidence, but the terrorist threat **(see) exhibit 41**

65. February 23, 2017 One day after my Prelim Hearing (Police Officer Angie Circo) twenty-two page fairytale police report is type by MCLENNON, A #C799 **(see) exhibits 1-20**

66. February 24, 2017 (Judge Gary B. Randall) gives (Jennifer Simms) a **Temporary Order of Release of Property** of (Plaintiffs) home **(see) exhibit 43**

67. March 28, 2017 (Judge Gary B. Randall) gives (Jennifer Simms) a **Further Order For Temporary Relief** of (Plaintiffs) home **under**

<u>**Case No. CI 15-8083** (Judge Gary B. Randall) just gave away
(Plaintiff) home while detained and absent from all hearing.</u>

68. <u>March 31, 2017 withdrawn divorce (Attorney Andrea McChesney)
    sticks her hands in the pot of extortion putting in a court order
    requesting  $3,388.52  for work she did not do</u> entering a notice of
    attorney lien. **(see) exhibit 56 and exhibit 67**

69. April 28, 2017 (Plaintiff) house is sold for $101,000

70. May 1, 2017 (Plaintiff) house title is transferred

71. June 2, 2017 (Plaintiff) sold his 2016 Toyota Tacoma for $26, 000
    cash to posted bail on charges built up off all lies

72. June 3, 2017 (Plaintiff) release from jail, now homeless, divorce,
    searching for my assets and trying to figure out how to restore me
    and my son's life.

73. January 18, 2018 Jennifer K. Meckna request to Judge Marlon Polk
    to Dismiss and Seal Case Granted **(see) exhibit 44**

74. January 19, 2018 order to Seal case signed by John Friend **(see)
    exhibit 44**

75. June 7, 2018 (Plaintiff) submits Tort Claim **(see) exhibit 46**

76. August "2018" divorce finalized (?) How did I (Plaintiff) get
    divorced without being present in court(?)

**Grounds of Federal Violations**

1. Violation of the Morocco-American Peace and Friendship Treaty of "1786-1787" established to protect the right of the Ancient Moabites Aboriginal/Indigenous People to the Land. "All Praises Do To Allah!"

2. Illegal Search and Seizure:

1. **U.S. Constitution** › Fourth Amendment

# Fourth Amendment

The Fourth Amendment originally enforced the notion that "each man's home is his castle", secure from <u>unreasonable searches and seizures</u> of property by the government.  It protects against arbitrary <u>arrests</u>, and is the basis of the law regarding <u>search warrants</u>, <u>stop-and-frisk</u>, safety inspections, <u>wiretaps, and other forms of surveillance</u>, as well as being central to many other criminal law topics and to <u>privacy law</u>.

<u>Learn more…</u>

## Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

3. Violation of the 6th Amendment: **Sixth Amendment**, or **Amendment** VI of the United States Constitution is the section of the Bill of Rights that guarantees a citizen a speedy trial, a fair jury, an attorney if the person wants one, and the chance to confront the witnesses who is accusing him.

4. Racial Discrimination: **Violates the "Civil Rights Act"** Racism is not only a violation of human rights, but it has serious health consequences. The impact of racism is and often experience of Aboriginals/Moorish Americans.

5. Invasion of Privacy: Is regulated under the "Bill of Rights" including the **First, Fifth and Fourteenth Amendments** which prohibits the federal and state governments from violating certain rights and freedoms.

6. Defamation of Character: Violates 28 u.s. code § 4101

7. False Police Reports: 18 U.S. Code § 1001 **U.S. Code** › Title 18 › Part I › Chapter 47 › § 1001

8. Harassment:  Violates the Civil Rights Act of "1964" Targeting someone else with behavior that is meant to annoy, torment or terrorize them.

9. Human Trafficking and Slavery: protected under the 13th Amendment

10. False Imprisonment: **U.S. Code** › Title 18 › Part I › Chapter 77 › § 1581 18 U.S. Code § 1581 **-** Peonage; obst**18 U.S.C. § 1584** obstructing enforcement
    **(a)**
    Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an attempt to kidnap, aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.
    **(b)**
    Whoever obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be liable to the penalties prescribed in subsection (a).
    A violation of **Penal Code § 236** can be charged as felony or a misdemeanor.  When defendant uses actual or implied threats, violence, fraud or deceit, a felony is usually charged.  The defendant' s use of a weapon, such as a knife or gun, and his or her criminal history are also relevant to the charging decision.

11. Hate Crime: Violates **U.S. Code** › Title 18 › Part I › Chapter 13 › § 249
18 U.S. Code § 249 - Hate crime acts**(a)In General.—
(1)Offenses involving actual or perceived race, color, religion, or national origin.—**Whoever, whether or not acting under color of law

12. Bullying: Falls under the "Civil Rights Act 1964" Serious harassment based on sex, country of origin, disability, race or color is a violation of federal discrimination law

13. Extortion by(Government officers): Violates **U.S. Code** › Title 18 › Part I › Chapter 41 › § 872
18 U.S. Code § 872 - Extortion by officers or employees of the United State. Whoever, being an officer, or employee of the United States or any department or agency thereof, or representing himself to be or assuming to act as such, under color or pretense of office or employment commits or attempts an act of extortion, shall be fined under this title or imprisoned not more than three years, or both; but if the amount so extorted or demanded does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

14. Due Process: Guarantee's The Equal Protection Clause in the **Fifth** and Fourteenth **Amendments**. Both the **5th Amendment** and the **14th Amendment** of the US Constitution provide all citizens with equal protection of their right to life, liberty and property. The main **difference** being the **5th Amendment** provides it under the **Due Process** clause.

15. Intentional Infliction of Emotional Duress and Distress: Is protect under the **First Amendment** (Tort of Outrage)

16. HIPAA Violation: U**.S. Code** › Title 42 › Chapter 7 › Subchapter XI › Part C › § 1320d–642 U.S. Code § 1320d–6 - Wrongful disclosure of individually identifiable health information.

a) **Offense**

A person who knowingly and in violation of this part—

(1) uses or causes to be used a unique health identifier;

(2) obtains individually identifiable health information relating to an individual; or

(3) discloses individually identifiable health information to another person,

shall be punished as provided in subsection (b) of this section. For purposes of the previous sentence, a person (including an employee or other individual) shall be considered to have obtained or disclosed individually identifiable health information in violation of this part if the information is maintained by a covered entity (as defined in the HIPAA privacy regulation described in section 1320d–9 (b)(3) of this title) and the individual obtained or disclosed such information without authorization.

(b) **Penalties**

A person described in subsection (a) of this section shall—

(1) be fined not more than $50,000, imprisoned not more than 1 year, or both;

(2) if the offense is committed under false pretenses, be fined not more than $100,000, imprisoned not more than 5 years, or both; and

(3) if the offense is committed with intent to sell, transfer, or use individually identifiable health information for commercial advantage, personal gain, or malicious harm, be fined not more than $250,000, imprisoned not more than 10

years, or both.

17. Theft by Government of Officials: Violates **U.S. Code** › Title 18 › Part I › Chapter 47 › § 1028 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information

18. False Impersonation by Government Official: Violates **U.S. Code** › Title 18 › Part I › Chapter 43 › § 912 18 U.S. Code § 912 - Officer or employee of the United States. Whoever falsely assumes or pretends to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acts as such, or in such pretended character demands or obtains any money, paper, document, or thing of value, shall be fined under this title or imprisoned not more than three years, or both.

(June 25, 1948, ch.645, 62 Stat. 742; Pub. L. 103–322, title XXXIII, §330016(1)(H), Sept. 13, 1994, 108 Stat. 2147.)

19. Intentional Arson by Government Official: **U.S. Code** › Title 18 › Part I › Chapter 40 › § 844 18 U.S. Code § 844 - Penalties

**(a)**Any person who—violates any of subsections (a) through (i) or (l) through (o) of section 842 shall be fined under this title, imprisoned for not more than 10 years, or both; and violates subsection (p)(2) of section 842, shall be fined under this title, imprisoned not more than 20 years, or both.

Any person who violates any other provision of section 842 of this chapter shall be fined under this title or imprisoned not more than one year, or both.

Any explosive materials involved or used or intended to be used in any violation of the provisions of this chapter or any other rule or regulation promulgated thereunder or any violation of any criminal law of the United States shall be subject to seizure and forfeiture, and all provisions of the Internal Revenue Code of 1986 relating to the seizure, forfeiture, and disposition of firearms, as defined in section 5845(a) of that Code, shall, so far as applicable, extend to seizures and forfeitures under the provisions of this chapter

VII.

## Damages

1. Falsely Detained by (Omaha Police Officers)
2. Illegally Removed for home by the (Omaha Police Officers)
3. Home Sold Illegally while in jail by the authority of (Judge Gary B. Randall) a State Judge
4. Divorced Illegally while in jail without being physically present in court this authority was taken up (Judge Gary B. Randall)
5. Arrested and Personal Property Stolen from my home by (Omaha Police Officers) due to their direct command on January 30, 2017 given by (County Attorney Donald W. Kliene) to come to my home and take my DVR but the sticky finger cops not only help themselves to climbing up into my attic to retrieve my DVR that incriminates them in illegally entering my home without a search or arrest warrant on January 16, 2017. On February 2, 2017 and February 3, 2017 show more illegal entries into my home while detained by authorizing of (Judge Gary B. Randall)
6. Invasion of Privacy (Omaha Police Officers) entered home without a search warrant at request and (Scott Fox) request to **Tap my Sprint Phone** (402) 609-9016
7. Minor Child Removed from home and my custody (Plaintiff) while being detained illegally on multiple false charges and given to mother (Jennifer

Simms) who abandon the Frazier Family on December 14, 2014 to have more her time to spend with her rich boyfriend (Dentist Peter C. Jessen)

8. False charges of child neglect and **Demonically Defaming** my then 11 year old son as prostitute involved in porn and did all the sex acts while hungry and without clothing

9. Loss of 2016 Toyota Tacoma Truck I had to sale to bond out of jail ($26,000)

10. Physical and Emotion Duress suffered while at the Omaha Correction Center

11. The extortion plot using me as the arsonist and burglar to get and insurance pay out on fraudulent claim orchestrated by (Defendant's)

12. Released from jail and now **Homeless** due to (Judge Gary Randall) and his abuse of authority giving my home away like he runs the world and has that much **Power** he would have never done that to a white man of statues who is not blind the cruelty and unjustified behavior of the judges trying cases under the secret of **Maritime Law.** This Christianity rule of Law is not a secret to me or the Moors.

13. Continuous Harassment and Defaming and Detaining by the (Defendant's) has left me feeling suicidal and homicidal at times which is the masters of hate and pure evil thoughts that derives in a person from being victim to **White Supremacy**

14. Suffered two shoot to kill threats by (Omaha Police Officers) with weapons drawn over (Dentist Peter C. Jessen, DDS) falsely reported terroristic threats and more with the help of his secret lover (Jennifer Simms) working with (Dentist Peter C. Jessen, DDS) and the (Defendant's) to put me behind bars for 10-60 years was sentencing to imposed by threats of (Attorney Julie Medina), who figured she could get away with writing up her **Count#4** fake charges of Felony Child Abuse involving prostitution and porn. (Attorney Julie L. Medina) was in Nebraska disbarred on April 23, 2018. **(Malpractice)** But is now working in for the State of Iowa Department of Corrections as an Attorney for the State Iowa. It's my sole duty to see that (Attorney Julie L. Medina) and her criminal entourage of (Defendant's) never get a chance to torture and defame another innocent individual in Omaha or Iowa.

15. The Omaha Police Report written by (Angie Circo) list the owner of the dental building where the intentional set fire took place as Jim Sobota but American Family Insurance shows the policy holder as James Sobota (?)

16. (James Sobota)/ or (David J. Sobotka) collect on and Insurance Fraud at the expense of my life all out of **HATE and GREED.** I have reported this insurance fraud claim to American Family and it is now my duty to see that this Fortune 500 Company get their money back

17. (Dentist Peter C. Jessen) also collect on a fake insurance claim but the insurance company was never mentioned in (Angie Circo)'s 1-22 page but it is my demand he discloses the insurance company he extorted money from and

pay back the financial disbursement he received from using me as his arsonist burglar in his felonious insurances claim.

18. (Dentist Peter C. Jessen, DDS) also referred (Jennifer Simms) to her second divorce attorney at the same Law Offices he used in his fake civil case against (Defendant) **(see) exhibits# 91 & 94**

19. (Judge Craig Q. McDermott) bonds me over district court of the opinions of his own belief. His so called belief left me incarcerated just to come out of jail disable and homeless due his opinion and the robo-signing off of my home by (Judge B. Randall) state judge.

20. I have been dragged by the noose of the (Defendants) and hung out to dry with no Vaseline! While the Pinocchio star victim (Dentist Peter C. Jessen, DDS) get his anal pleasure with a warm application of Baby Oil!

VIII.

## Relief

1. (Plaintiff) comes now to respectfully ask the court to award damages in the sum of $500,000,000 Million Dollars for the slandering my minor son's name by (Julie Medina) claiming him to be a homeless, hungry, and bum prostitute engaged in pornography. Along with my (Plaintiff) false imprisonment resulting in physical, emotional, mental and property damages suffered due to the severity of offenses committed by the (Defendants) licensed under the UNITED STATES CORPORATION working for (The City Of Omaha) to protect and serve the rights of citizens and uphold the rights of humanity. They all made a conscious and personal effort to play a major role in executing a plan to drag me off to prison behind multiple lies. All for the benefit of helping (Dentist Peter C. Jessen) keep me from advertising his sexual fetish's with (Jennifer Simms). Therefore, the plot to put me behind bars to silence me and help themselves to my assets. While, identifying me as the criminal subject in their fairytale supplemental police reports made out to look like I committed a burglary and arson at the dental office of (Dentist Peter C. Jessen)  developing deceiving documentations to collect on their extortion scan for the insurance fraud pay out on the dental building with the building owner being:(Omaha Police Officer James Soboto) and tenant (Dentist Peter C. Jessen, DDS), who use his on insurance company to collect a damage pay out. At the expense of my life.

2. **28 U.S. Code § 1361 - Action to compel an officer of the United States ...**

3. (Plaintiffs) Request for (Donald W. Kliene) Chief County Attorney be removed from his position to prosecute anymore in the State of Nebraska due to his personal command to have (Omaha Police Officers) commit a crime of burglary on his behalf to access to my DVR that incriminates the State. He has displayed he does not have the honesty or character to judge or prosecute anyone. He is the orchestrator of the crime that left me detained, defamed, homeless and with someone being the (Omaha Police) or (Jennifer Simms) getting access to $50,000 cash in my home and pocketing it for themselves. **(see) exhibit 5 item#11** Officer (Angie Circo) noted item of venue(?)

4. (Plaintiff) ask the court to remove arrest entries showing in my name due to the baseless allegations founded to have had no evidence of crime being committed on my behave in lieu of this entire situation being a judicial tragedy.

## Remedy

VIIII.

1. Enclosing I ask that all parties subject to this suit be held criminally responsible for their actions as stated in state statues.
2. All parties remove from their position of power, labeled as a menace to society hazardous to the public's safety and **Terrorist of the State** due to their malicious attempt to defame my character for personal gain. As if, to display their income was is not satisfactory enough to fit their life style. Nor, do they respect the law or the people. The have showed me the people will steal, lie and cheat at will no matter their position or race.
3. Requesting that my district court case#CR17-599 be Un-**Sealed** for educational purposes to help other victims who come are facing the same unjustified treatment by city officials and licensed professionals under the UNITED STATES CORPORTATION. Hiding their paper trail of crime should not be their option to hide.
4. A public apology from the Governor and Mayor for Human Trafficking

5. Public Announcement of the Suit
6. Financial Damages Award in the amount $500,000,000 Million Dollars to restore me and my son's life and dignity. Which put us both in personal danger and robbed for my assets, by licensed professional and members employed under UNITED STATES CORPORATION.

### (Plaintiff) Witness list

1.  Attorney Mikki C. Jerabek (Douglas County Public Defender)

2. Attorney Corey Taylor (Douglas County Public Defender)

3. Angie Circo (Omaha Police Officer)

4. American Family Insurance Company: Alex (608)249-9777 **claim#**00225175452 (402-290-4143) Tim Regan (Insurance Agent) for (Jim/James Sobota) dental building owner

5. American Family Insurance Subrogation Special Investigations Unit Wisconsin 1(608) 242 4100 spoke w/Katharine Cullen ext.52609 and Paul ex.66220

6. David Goodwin (Plaintiff's Barber) on 91st & Sprague in Omaha, Nebraska

7. Donald W. Kleine (Douglas County Attorney)

8. Patricia Jessen (Wife of Dentist Peter C. Jessen)

9. David J. Sobokta (Omaha Fire Department)

10. James Sobota (Omaha Police Officer)

11. Judge Gary B. Randall

12. Judge Craig Q. McDermott

13. Mason Frazier

14. Jennifer Simms

### Defendants Witness List

1.  Timothy A Seiker #2218
2.  Matthew J. Hirz #2216
3.  Angela S. Circo #1546
4.  Jordan A. Jacobs #2102
5.  Scott A. Fox #9058
6.  Robert J. Dellutri #2217
7.  David J. Sobotka #9061
8.  James Sobota# Senior Police Office
9.  Jeffrey A. Quick #1879
10. Brandon D. Ozmun # 1887
11. Anthony L. Conner #1641
12. Todd M O Keefe#1504
13. Justin L. Smith #2098
14. Julie L. Medina
15. Attorney Corey Taylor
16. Attorney Mikkie C. Jerabek
17. Judge Gary B. Randall
18. Judge Craig Q. McDermott
19. Mason Frazier
20. Jennifer Simms
21. Dentist Peter C. Jessen
22. Patricia Jessen

X.                    **Summary**

The malicious acts on behave of the (Defendant's) is proof that anyone who will Lie, Cheat, and Steal….Will Kill!

State of Nebraska } SS
County of Douglas
Subscribed and sworn to (or affirmed) before me this 15
day of November 20 18 by
Karnetta L Rushing
Notary Public
Residing at Omaha, NE
My commission expires 3/1/2022

GENERAL NOTARY - State of Nebraska
KARNETTA L RUSHING
My Comm. Exp. March 1, 2022

Sincerely Moorish Devine Truth, representing for
The Great Seal 7 Allah Therocracy

Alphonso Vernell Frazier II.

Alphonso V. Frazier II          11/15/2018

CONTINUATION OF AFFIDAVIT OF COMPLAINING WITNESS          PAGE 2
FOX was able to retrieve video surveillance from Keith's BP gas station, 5220 North 90th Street, Omaha, Nebraska. The video shows a Toyota Tacoma 4 door truck, with accessories including distinctive rims, running boards and tonneau cover that matches the known vehicle of Alphonso FRAZIER. The video shows the Toyota Tacoma driving through the parking lot at 2249 hours on 12 NOV 16 which is approximately sixteen minutes before the fire was reported to 911. FOX confirmed that the call to report the fire was made at 2306 on 12 NOV 16.

Dr. JESSEN stated Alphonso FRAZIER had called his home on 10 OCT 16 and spoke to his wife, Patricia JESSEN, telling her that, "I just want you to know your husband has been screwing my wife for years." Dr. JESSEN states Alphonso FRAZIER is convinced that the reason his marriage is ending is because of an affair between Jennifer FRAZIER and Dr. JESSEN, which both Jennifer FRAZIER and Dr. JESSEN state is not true.

FILED
CRIM/TRAF DIVISION
JAN 3 0 2017
Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

Jennifer FRAZIER has made repeated reports regarding Alphonso FRAZIER following her since July 2015 (under AH07172). On 11 DEC 15, Jennifer FRAZIER went to MHA, Northwest Assembly, 10245 Wiseman Drive, Omaha, Nebraska, after she had been followed by Alphonso FRAZIER, who was driving his blue truck. When Jennifer FRAZIER arrived, Officers saw Alphonso FRAZIER leaving the police assembly parking lot (AH40728). On 29 FEB 16, Jennifer FRAZIER reported receiving a threat from Alphonso FRAZIER, who told her, "put some bullets in your gun, bitch. I'm coming out there and make you kill me" (AH59135). On 02 MAR 16, Jennifer FRAZIER reported receiving multiple harassing phone calls and texts from Alphonso FRAZIER, who stated, "You get your gun loaded, get ready", "Stay away from me, you're becoming the enemy", "Pray to your God that you worship because you're going to need it" and "You keep running to the police station trying to build a case against me" (AH59516).   On 20 SEP 16, Jennifer FRAZIER reported that Alphonso FRAZIER told her he was going to "get" her. Jennifer FRAZIER states when she was able to get away from Alphonso FRAZIER, he drove recklessly causing her to slam on her brakes to avoid colliding with his blue Toyota truck (AJ09148). On 20 SEP 16, Jennifer FRAZIER applied for a protection order against Alphonso FRAZIER (served 21 SEP 16). On 07 OCT 16, Jennifer FRAZIER reported that when she left work to go to lunch, she saw Alphonso FRAZIER's blue Toyota truck across the street at the public library. Jennifer FRAZIER states Alphonso FRAZIER drove to Taco Bell and the Nebraska Humane Society, near 90th Fort Street, Omaha, Nebraska (AJ13578). On 27 OCT 16, Jennifer FRAZIER states she was leaving work and travelling south on North 90th Street, Omaha, Nebraska, when she saw Alphonso FRAZIER in his blue Toyota truck, following her.

On 14 NOV 16, Dr. JESSEN states he observed Alphonso FRAZIER, sitting in his blue Toyota truck, outside of his residence, 12612 Izard Street, Omaha, Nebraska. Dr. JESSEN states he drove towards Alphonso FRAZIER, but FRAZIER took off at a high rate of speed, travelling at least 100 miles per hour in a residential neighborhood.

On 11 JAN 17, Dr. JESSEN was driving down N. 90th Street, Omaha, Nebraska, when he noticed Alphonso FRAZIER was following him in his blue Toyota truck. Dr. JESSEN states he pulled over and Alphonso followed. Dr. JESSEN states he approached Alphonso FRAZIER's truck and said that he never had a personal relationship with Alphonso FRAZIER's wife. Dr. JESSEN states Alphonso FRAZIER produced a knife, got out of his vehicle and yelled, "I am going to fuck you up, fuck your family up and you fucked my wife". A felony warrant was drafted and issued for Alphonso FRAZIER.

1800 -
1092 - 6324

Report # P0472181

HR# A537341

| VEHICLES | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PERSON # Reporting Party #1 | PLATE# / STATE / YEAR SJP631 / NE NE / 2017 | | VIN | 5 | T | B B | | 4 4 | 1 9 4 | 5 4 | 4 9 | 8 | 9 3 |
| VEH # 2 | | | | | | | | | | | | | |
| COLOR GRY | YEAR 2004 | MAKE TOYT | MODEL | | | | | | STYLE 20 | OTHER | | | |

**PROPERTY STOLEN OR DAMAGED**

(EVIDENCE AND PROPERTY BOOKED/SEIZED ENTERED DIRECTLY INTO THE EVIDENCE TRACKING SYSTEM IS NOT LISTED HERE)

| Insured ☐ Yes ☐ No | Company/Agent's Name: | | PHONE #: | | |
|---|---|---|---|---|---|
| ITEM | QUAN | DETAILS | Affected [L] | Value | Date Recovered |

NARRATIVE: On WED 11JAN17 at 1705 hours R/O's DELLUTRI 2217 and SMITH 2098 were dispatched to the area of N 91st Street and Sprague Street for a check the well being. Upon arrival R/O's spoke to the victim who was identified as JESSEN, Peter who advised R/O's that FRAZIER, Alphonzo started to follow JESSEN from the area of N 90th Street and Fort street yelling and gesturing at JESSEN while driving down N 90th street Southbound but was unable to make out what FRAZIER was saying. JESSEN stated that he had told FRAZIER to pull over at N 91st Street and Sprague Street to talk to FRAZIER. JESSEN stated that he had gotten out of his vehicle and approached FRAZIER in his vehicle to talk to FRAZIER. As JESSEN was approaching FRAZIER's vehicle JESSEN began to state that he has not had any personal relationships with his wife. JESSEN advised R/O's that FRAZIER then told JESSEN to get his hand off of his truck. JESSEN advised R/O's that FRAZIER then grabbed a knife and then got out of his vehicle and began to yell "I am going to fuck you up, fuck your family up, and you fucked my wife. " JESSEN stated that he yelled "what are you going to do stab me?" and then proceeded back to his vehicle. JESSEN advised R/O's that FRAZIER got back into his vehicle and left the area. When R/O' asked JESSEN if he was physically assaulted JESSEN advised R/O's that no physical assault occurred

R/O's spoke to a witness who was identified as MILLER, Paul who advised R/O's that as he was on his way to work and was stopped just before the intersection due to the fact that both FRAZIER and JESSEN vehicles were blocking traffic. MILLER advised R/O's that he observed an older white male with a white beard get out of his vehicle and approach the blue pickup truck with license plates of UAN570 in a non threatening manor. MILLER stated that the dark skinned male in the blue pickup truck then punched the white male in the face MILLER advised R/O's that the white male then got into his vehicle and moved it out of the intersection MILLER stated that he then left the scene and proceeded to work. MILLER did not advise R/O's of any weapons being seen MILLER advised R/O's that there were multiple vehicle driving by at the time. R/O's were unable to locate any of the witnesses that may have driven by. R/O's believe based on MILLER's descriptions that JESSEN approached FRAZIER in the blue pickup.

R/O's spoke to the employee of JESSEN who was identified as FRAZIER, Jennifer who advised R/Os that she was on the phone with JESSEN while he was interacting with FRAZIER, Alphonzo. FRAZIER, Jennifer stated that she had heard JESSEN yell " he has got a knife, what are you going to do stab me?". FRAZIER, Jennifer stated that is when she had ended the phone call and called police FRAZIER, Jennifer advised R/O's that FRAZIER, Alphonzo has been constantly following JESSEN for the past few months.

R/O's advised Sgt. TAYLOR 1791 and arson investigator Sgt. Fox. S 9058 was on scene.

| Other Reports | |
|---|---|
| REPORTING OFFICER | INCIDENT REPORT |



**ORIGINAL**

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT

Page 5 of 22

RB # AJ-23248 (AA)

| OFFENSE: | VICTIM: | ADDRESS: |
|---|---|---|
| TERROISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. | 5156 NORTH 90TH STREET OMAHA, NEBRASKA |

| ORIGINAL REPORT: | THIS REPORT: |
|---|---|
| SAT, 12 NOV 2016 2313 HRS. | TUE, 21 FEB 2017 1035 HRS. |

| TYPED BY: | REPORTING OFFICER. |
|---|---|
| MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | CIRCO, ANGIE #1546 |

12612 Izard Street
Omaha, Nebraska 68154
(JESSEN's Residence)

5156 North 90th Street
Omaha, Nebraska
(JESSEN's business)
5220 North 90th Street
Omaha, Nebraska
(Bucky's)

1701 Farnam Street #100
Omaha, Nebraska 68183
(County Attorney Office)

RB's ASSOCIATED WITH THIS REPORT:

O34127

AH07172

AH40728

AH59135

AH59516

AJ09148  2/21/17

AJ13578

AJ14423

Scott A Fox
# 9058

David J Sobotka #9061

**ORIGINAL**

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT

| | Page | 6 | of | 22 |
|---|---|---|---|---|
| | RB # | | AJ-23248 (AA) | |

| OFFENSE: | VICTIM: | ADDRESS: |
|---|---|---|
| TERRORISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. | 5156 NORTH 90TH STREET OMAHA, NEBRASKA |

| ORIGINAL REPORT: | THIS REPORT: |
|---|---|
| SAT, 12 NOV 2016 2313 HRS. | TUE, 21 FEB 2017 1035 HRS. |

| TYPED BY: | REPORTING OFFICERS: |
|---|---|
| MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | CIRCO, ANGIE #1546. |

AJ23512

AJ37341   1/16/17

AJ41663

## VEHICLES MENTIONED IN THIS REPORT:

Blue 2016 Toyota pickup truck
NE License plate:      TLAN300
VIN #:      3TMCZ5ANXGM007975

## ITEMS RETAINED AS EVIDENCE:

ITEM #1:   Video of suspect vehicle minutes before the fire was reported to Dr. JESSEN's office. The business' video surveillance is approximately 50 yards north of this fire scene from Bucky's, 5220 North 90th Street recovered by arson investigator Kurt THEILER on 11-16-16.

ITEM #2:   One black I-phone in black case recovered by Officer Mathew HIRZ on 1-30-17 from 4112 North 56th Street

ITEM #3:   Three thousand one hundred sixty dollars in cash verified by forensic investigator SMITH Kristen #C030 and recovered by Officer Mathew HIRZ on 1-30-17 from 4112 north 56th Street.

ITEM #4:   13 grams of marijuana as packaged recovered by Officer Mathew HIRZ ON 1-30-17 from 4112 North 56th Street

ITEMS 5-11 recovered during a court authorized search warrant at 4314 North 53rd Street on 2-3-17:

ITEM #5:   black handled sword, approximately 24" in total length and approximately 18" blade with black fabric sheath recovered from a shelf in the North livingroom closet by reporting Officer CIRCO #1546 on 2-3-17 from 4314 North 53rd Street.

ORIGINAL

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT

Page  7  of  22
RB #  AJ-23248 (AA)

| OFFENSE: | VICTIM: |
| --- | --- |
| TERROISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. |

ADDRESS:
5156 NORTH 90TH STREET
OMAHA, NEBRASKA

ORIGINAL REPORT:
SAT, 12 NOV 2016 2313 HRS.

THIS REPORT:
TUE, 21 FEB 2017 1035 HRS.

TYPED BY:
MCLENNON, A. #C799
THUR, 23 FEB 2017 WIN #58978

REPORTING OFFICERS:
CIRCO, ANGIE #1546

**ITEM #7:** pill bottle in the name of Alphonso FRAZIER for TEMAZEPAM 30 milligrams, dated 1-2-14 containing approximately 1.5 grams of suspected marijuana recovered from South livingroom closet by Sergeant NOVOTNY #1720.

**ITEM #8:** black with gold "Avalanche" brand mini cross bow recovered from the top of a chair in the dining room table by Sergeant NOVONTY #1720.

**ITEM #9:** A black "L.L. Bean" backpack monogramed "MVF" containing water filter emergency, fishing kit, sheets and black pen recovered from the South livingroom closet by Sergeant NOVONTY #1720.

## Located in the backpack were:

- A bag containing 12 yellow fireworks recovered by Sergeant NOVONTY #1720

- A pair of black and green "Rothco" brand work boots size 12 are located in the large main pocket of the backpack

- Grey fruit of the loom brand size 2XL t-shirt with a front pocket and two black maroon with grey toes socks recovered by Sergeant NOVONTY #1720 and found inside the backpack

- Greenish-brown ball cap size large

- A pair of regular large camouflage print pants, waist 36-38, commander tag with green belt in the left side cargo pockets located inside the back pack.

- Box of diamond brand strike anywhere matches located inside the larger front pocket of the backpack and recovered by Sergeant NOVONTY #1720

**ITEM #10:** black with yellow flight groove cross bow recovered by Sergeant NOVONTY#1720 from the livingroom

**ITEM #11:** Item of venue to Alphonso V. FRAZIER 4314 North 54 Street, Omaha Nebraska 68104-2814 recovered by CIRCO #1546

ORIGINAL

**OMAHA POLICE DEPARTMENT**
**SUPPLEMENTARY REPORT**

Page    8    of    22

RB #    AJ-23248(AA)

| OFFENSE:<br>TERROISTIC<br>THREATS, BURGLARY<br>ARSON | VICTIM:<br>JESSEN, PETER C. | ADDRESS:<br>5156 NORTH 90TH STREET<br>OMAHA, NEBRASKA |
|---|---|---|
| ORIGINAL REPORT:<br>SAT, 12 NOV 2016 2313 HRS. | | THIS REPORT:<br>TUE, 21 FEB 2017 1035 HRS. |
| TYPED BY:<br>MCLENNON, A. #C799<br>THUR, 23 FEB 2017 WIN #58978 | | REPORTING OFFICERS:<br>CIRCO, ANGIE #1546 |

**ITEM #13:**   3 photographs taken by victim, Jennifer FRAZIER, of Alphonso FRAZIER's vehicle.
These items were recovered by arson investigator FOX #9058 on 11 16-16.

**ITEM #14:**   Order for ex parte relief dated and signed by a judge on 1-2-17 recovered by CIRCO
#1546 on 2-3-17 from 4314 North 53rd Street

**ITEM #15:**   Dental records for Alphonso FRANZIER from Doctor Peter JESSEN office showing that
Alphonso FRAZIER's last dental visit was on 2-29-17 recovered by CIRCO #1546 on 2-
2-17.

**DETAILS OF INVESTIGATON:**

On 30 July 2015, Reporting Officer, Angie CIRCO was assigned a police report under RB# AH07172
regarding an incident that occurred on 23 July 2015. According to the report, victim #1, Jennifer
FRAZIER, received 10 calls from Alphonso FRAZIER, her estranged husband, who was known for
mental and physical abuse. Jennifer FRAZIER reported that she had been harassed by Alphonso
FRAZIER for 7 months prior to this report. Jennifer FRAZIER stated Alphonso told her "the only way
out of this marriage is die," "get the rest of your things out of the house," "you are not going to get in,"
"if you bring police, you'll see what happens if you bring the police to this house," "bitch," "big fucking
whore" "and big fucking whore." This investigation was not forwarded to the county attorney due to the
lack of evidence.

On 11 December 2015, Jennifer FRAZIER went to the Northwest assembly to report that she was being
followed and harassed by Alphonso. Jennifer FRAZIER stated she was afraid for her safety and an
Officer walked Jennifer to the parking lot to make sure she was safe. While the Officer was walking
Jennifer to her vehicle, the Officer saw Alphonso leaving the assembly parking lot. Jennifer FRAZIER
reported that she had already moved out of the residence and she and Alphonso were getting a divorce.
Jennifer states she and Alphonso agreed to meet at the library to discuss their mortgage, but ended up
getting into a fight. Jennifer did not have any injuries and there was no assault injury or damage to
report. An Information report was generated under AH40728. This incident was not assigned to a
detective.

On 29 February 2016, Jennifer FRAZIER reported that Alphonso came to her work at the dental office
to get a tooth fixed for free. Later, Alphonso called Jennifer stating that he wanted money but Jennifer
told him no. Jennifer reported Alphonso said "put some bullets in your gun bitch I'm coming out there
and make you kill me." Jennifer reported that she filed for divorce in September 2015 and states that
there was a history of physical abuse. Jennifer FRAZIER was reluctant to talk about the specifics
regarding the abuse because her son was present. An information report was generated under RB#
AH59135.



ORIGINAL

**OMAHA POLICE DEPARTMENT**
**SUPPLEMENTARY REPORT**

Page 9 of 22
RB # AJ-23248 (AA)

| OFFENSE: | VICTIM: | ADDRESS: |
|---|---|---|
| TERROISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. | 5156 NORTH 90TH STREET OMAHA, NEBRASKA |

| ORIGINAL REPORT: | THIS REPORT: |
|---|---|
| SAT, 12 NOV 2016 2313 HRS. | TUE, 21 FEB 2017 1035 HRS. |

| TYPED BY: | REPORTING OFFICERS: |
|---|---|
| MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | CIRCO, ANGIE #1546 |

1) It should be noted on Thursday, 2 February 2017, Reporting Officer did receive a copy of Alphonso FRAZIER's dental records showing that he had in fact received dental care on 29 February 2016, by Doctor Peter JESSEN.

2) RB#AH 59135 was not assigned to a detective at the time.

3) On 3 March 2016, Reporting Officer Angie CIRCO was assigned another incident report under RB#AH59516. According to the report, Jennifer FRAZIER made contact with police on 2 March 2016 after receiving multiple harassing phone calls and text messages from Alphonso FRAZIER. Jennifer FRAZIER stated Alphonso FRAZIER showed up at her work, followed her in the parking lot, slammed on his brakes, and then got out of his vehicle. Jennifer reported that she ran towards her work. Jennifer reported that Alphonso stated 'you get your gun loaded, get ready," "stay away from me, your becoming my enemy," "pray to your god you worship because you're going to need it" and "you keep running to the police station to build a case against me."

4) After Reporting Officer made contact with Jennifer FRAZIER, Jennifer stated that she did not wish to pursue criminal charges because she was trying to keep the relationship civil with Alphonso because they have a child in common.

5) On 20 September 2016, Jennifer FRAZIER made another report regarding threats from Alphonso when she and Alphonso were at school having a meeting over their son. Jennifer stated Alphonso began yelling at her "I'm gonna get you" so she went inside the school building and had to be escorted outside by security. Jennifer states she drive away and when she tried to pass Alphonso's vehicle she he almost hit her vehicle. Jennifer stated she had to slam on her brakes to avoid collision with Alphonso's vehicle. An information report was generated AJ09148. This particular incident was not assigned to a detective.

6) On 20 September 2016, Jennifer applied for a protection order.

7) On 21 September 2016, Alphonso FRAZIER was served with a protection order.

8) On 10 October 2016, Jennifer FRAZIER reported she had gone outside to go to lunch when she saw Alphonso's truck across the street at the public library. Jennifer states Alphonso then drove to Taco Bell

Mail - Phyllis Knight - Outlook



ORIGINAL

**OMAHA POLICE DEPARTMENT**
**SUPPLEMENTARY REPORT**

Page   10   of   22

SB #   AO-23248 (AA)

| OFFENSE:<br>TERROISTIC<br>THREATS, BURGLARY<br>ARSON | VICTIM:<br>JESSEN, PETER C. | ADDRESS:<br>5156 NORTH 90TH STREET<br>OMAHA, NEBRASKA |
|---|---|---|
| ORIGINAL REPORT:<br>SAT, 12 NOV 2016 2313 HRS. | | THIS REPORT:<br>TUE, 21 FEB 2017 1035 HRS. |
| TYPED BY:<br>MCLENNON, A. #C799<br>THUR, 23 FEB 2017 WIN #58978 | | REPORTING OFFICERS:<br>CIRCO, ANGIE #1546 |

On 10 October 2016, victim #4 Patricia JESSEN received a phone call from Alphonso stating "I just want you to know your husband has been screwing my wife for years." Patricia JESSEN stated that Alphonso had called her at approximately 0430 hours, when she was sleeping from phone number (402) 493-0992. Patricia also stated that prior to this call from Alphonso; there had been a call from the same number sometime between Saturday, 1 October 2016 and Wednesday, 5 October 2016.
It should be noted that this report was made to the telephone response unit by Dr. Peter JESSEN. DR. JESSEN advised that he thought Alphonso FRAZIER was trying to get Jennifer FRAZIER fired and that the relationship between him and Jennifer FRAZIER was work related only.

On 31, October 2016, Reporting Officer Angie CIRCO was assigned a protection order violation under RB#AJ19017. According to the incident report, Jennifer FRAZIER stated she had been leaving work on 27 October 2016, heading South on 90th Street when she saw Alphonso's vehicle coming out of the Meineke lot, 4839 North 90th Street. Jennifer states Alphonso started following her. Jennifer states while she was driving down the street she received a phone call from her dad who said that Alphonso called him saying "if she thinks I'm going forget about everything, I'm not gonna forget. One of these days I'm gonna kick the door in." Jennifer states Alphonso is known for physical and mental abuse and is bi-polar but refuses to take medication. Jennifer stated Alphonso was weaving in and out of traffic to keep up with her and then turned West on Bedford Street. Prosecution was denied on this particular investigation.

On 12, November, 2016 Omaha Police Officer Jordan JACOBS #2102 was dispatched to 5148 North 90th Street to assist OFD on a call. Upon arrival Officer JACOBS made contact with Omaha Fire Department Personnel who were attempting to put out a fire at 5156 North 90th Street, which is a business of Dr. Peter JESSEN, DDS Officer JACOBS was advised that the fire appeared to have been set intentionally to cover up a burglary. Officer JACOBS was advised OFD personnel had located a broken window on the Northside of the business and multiple areas of the business were ransacked. A laptop and cash were found to be missing from Dr. JESSEN's office. Arson investigators FOX, THEILER and SOBOTKA were on scene.

Arson investigator FOX interviewed Jennifer FRAZIER and Peter JESSEN regarding the arson. During an interview, Jennifer FRAZIER explained that she was going through a divorce from Alphonso FRAZIER and she had made numerous calls to the Omaha Police Department regarding threats and violations of a protection order. Jennifer stated she believed Alphonso was responsible for starting the fire. Jennifer states Alphonso is convinced that Jennifer is having an affair with her boss, Dr. Peter JESSEN.

Arson investigator FOX and SOBOTKA interviewed Alphonso FRAZIER on Monday, 14 November 2016 regarding the arson. Alphonso was curious as to why arson investigators were speaking to him.

https://outlook.live.com/mail/inbox/id/AQMkADAwATZiZmNmAhAwATZiZ9BHDrQQcADxW1w%2FAFBEOQg5U1eeTU3g-AAgEMAAAADxW1w%2...   1/2

ORIGINAL

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT

Page   11   of   22
RB #   AJ-23248(AA)

| OFFENSE:<br>TERROISTIC<br>THREATS, BURGLARY<br>ARSON | VICTIM:<br>JESSEN, PETER C. | ADDRESS:<br>5156 NORTH 90TH STREET<br>OMAHA, NEBRASKA |
|---|---|---|
| ORIGINAL REPORT:<br>SAT, 12 NOV 2016 2313 HRS. | | THIS REPORT:<br>TUE, 21 FEB 2017 1035 HRS. |
| TYPED BY:<br>MCLENNON, A. #C799<br>THUR, 23 FEB 2017 WIN #58978 | | REPORTING OFFICERS:<br>CIRCO, ANGIE #1546 |

1) Alphonso was asked when the last time was that he had been to the dentist office and he stated that he did not know but goes by there everyday because of gas, the store and his route to his son's school. Alphonso stated he was unsure if he had been by the dental office on 12 November 2016. Alphonso told arson investigators that he had watched a game at a friend's house that was up the block from his on 12 November 2016.

2) While arson investigators were speaking with Alphonso FRAZIER, there was a black male with Alphonso who refused to provide his name or identification.

3) On Saturday, 12 November 2016 arson investigators had arrived at the scene of a fire. After conducting a walk-through of the surrounding area and noting several points of origin in the dental office, a smell of gasoline or flammable vapors of some kind similar to gasoline in the dental office, the office had been ransacked and furniture was disturbed, it was determined that the fire was suspicious.

4) Officer JACOBS spoke with the building owner Jim SOBOTA who stated that he had last been to the business on Friday, 11 November 2016 and that the dental office had been there approximately five years without any problems. The office was in good working order with no electrical problems notes. SOBOTA advised that Dr. JESSEN was a good tenant and rent was always paid on time.

5) Officer JORDAN spoke with a witness Nicholas NELSON who stated that he had been at the bar in a shared parking lot when the business caught on fire. NELSON stated he went out sided and smelled smoke and could see smoke coming from the building across the parking lot, which would have been Dr. JESSEN's office. NELSON stated he saw smoke from the Northside of the building an went to investigate NELSON states smoke was coming from a window and the roof and he could see a broken window with files outside located on the deck walkway. NELSON states he observed a chair on fir inside and 911 was called.

6) Arson investigator FOX spoke with Dr. Peter JESSEN who stated he had been in the building fo approximately five years without any problems. Dr. JESSEN advised that the building was in goo working order. Dr. JESSEN stated he believed a laptop and cash with other small belongings that ma have been missing. Dr. JESSEN spoke about an employee of his, Jennifer FRAZIER who had bee going through a nasty divorce with her

*10.*

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT    ORIGINAL

Page   12   of   22

RB #   AJ-23248(AA)

| OFFENSE: TERRORISTIC THREATS, BURGLARY ARSON | VICTIM: JESSEN, PETER C. | ADDRESS: 5156 NORTH 90TH STREET OMAHA, NEBRASKA |
|---|---|---|

| ORIGINAL REPORT: SAT, 12 NOV 2016 2313 HRS.   3 men | THIS REPORT: TUE, 21 FEB 2017 1035 HRS. |
|---|---|

| TYPED BY: MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | REPORTING OFFICERS: CIRCO, ANGIE #1546 |
|---|---|

Arson investigators were able to determine that there were clear patterns of flammable liquids that were used to ignite the fire. There were also a presence of ignitable fluids found inside Dr. JESSEN's office but had not been ignited.

Arson investigators believe that the ignited liquids had been poured from Dr. JESSEN's office into the hall in through the breakroom where Jennifer's desk was located. Please refer to arson investigator's reports regarding known information at the scene of the arson as well as follow up interviews.

On 13 November 2016, Jennifer FRAZIER called 911 to report her son, Mason missing. While Officers were speaking with Jennifer, she stated that her estrange husband, Alphonso, had called Jennifer's boss's wife stating that Jennifer was "fucking" her boss. Jennifer also stated that she was 110 percent sure that Alphonso set fire to her work place. An information report was generated under AJ23343 the information report was not assigned to a detective.

On 14 November 2016, Dr. Peter JESSEN called 911 after looking outside of his window at 12612 Izard Street and seeing Alphonso FRAZIER's blue 2016 Toyota TUCOMA parked near Dr. JESSEN's residence. Dr. JESSEN states he got into his own vehicle and attempted to make contact with Alphonso but Alphonso took off at a high rate of speed traveling at least a hundred miles per hour in a residential neighborhood. Dr. JESSEN spoke about his fear Alphonso and feared for his own safety. Officers made contact with Jennifer FRAZIER and she was visibly upset and scared. An incident report was generated under RB#AJ23512.

On 15 November 2016, Dr. Peter JESSEN applied for a protection order.

On 21 November 2016, Alphonso FRAZIER was served with the protection order.

On 15 December 2016, the protection order was dismissed.

On 19 January 2017, a terroristic threats report was assigned to the felony assault unit. The report, generated under RB#AJ37341 was made on 11 January 2017. According to the report made by Dr. Peter JESSEN, he reported that he had had been traveling down 90th Street and noticed that he was being followed by Alphonso FRAZIER. JESSEN states he pulled over in the area of 91st and Sprague Street to talk to Alphonso. JESSEN states when he got out of the vehicle and approached Alphonso, he was telling Alphonso that he did not have a personal relationship with Alphonso's wife Jennifer. JESSEN states Alphonso told JESSEN to get his hand off his vehicle, then produced a knife and put out of his

ORIGINAL

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT

Page   13   of   22
RB #   AJ-23248 (AA)

| OFFENSE: TERROISTIC THREATS, BURGLARY ARSON | VICTIM: JESSEN, PETER C. | ADDRESS: 5156 NORTH 90TH STREET OMAHA, NEBRASKA |
| ORIGINAL REPORT: SAT, 12 NOV 2016 2313 HRS. | | THIS REPORT: TUE, 21 FEB 2017 1035 HRS. |
| TYPED BY: MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | | REPORTING OFFICERS: CIRCO, ANGIE #1546 |

Officers DELLUTRI #2217 and SMITH #2098 responded, making contact with JESSEN and making the police report. Officers at the scene made contact with witness, Paul MILLER, who stated that he was on his way to work and was stopped in the intersection because JESSEN and Alphonso FRAZIER were blocking traffic.
MILLER states he saw JESSEN get out of the car and approach Alphonso FRAZIER. MILLER states he saw the black male, referring to Alphonso FRAZIER, punch the white male referring to DR. JESSEN, and then they both got in their vehicles and left. MILLER states he did not see any weapons.

Officers made contact with Jennifer FRAZIER who stated she was on the phone with Dr. JESSEN while he was interacting with Alphonso. Jennifer states she heard JESSEN say "he has got a knife what are you going to do, stab me?" Jennifer states she hung up the phone and called police.

A felony warrant affidavit was drafted and presented to a judge for authorization.

On 13 January 2017, Dr. JESSEN applied for a protection order again.

On 16 January 2017, Alphonso FRAZIER was arrested for terroristic threats under RB# AJ37341.

On 17 January 2017, Alphonso was served with the protection order.

On 25 January 2017, Alphonso was released from jail.

On Monday, 30 January 2017, Reporting Officer, Arson investigators FOX and SOBOTA and Sergeant NOVONTY met with Douglas County Attorney, Julie MEDINA regarding the series of events that had occurred between Alphonso FRAZIER, Jennifer FRAZIER and Dr. Perter JESSEN. While the discussion was taking place, Reporting Officer was advised that Alphonso FRAZIER was currently in Douglas County Attorney Don KLEINE's office requesting to provide information regarding his recent arrest and property that was illegally taken from his residence. Don KLEINE advised Alphonso FRAZIER that he would need to make contact with his own legal representation and FRAZIER left KLEINE's office.

It was determined during the meeting with the Douglas County Attorney, that Reporting Officer would draft an arrest warrant for Alphonso FRAZIER regarding the arson and burglary of Dr. JESSEN's office, felony stalking and felony child abuse resulting from a jail call that Alphonso FRAZIER



ORIGINAL

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT          Page   14   of   22

RB #   | AJ-23248 (AA)

| OFFENSE:<br>TERROISTIC<br>THREATS, BURGLARY<br>ARSON | VICTIM:<br>JESSEN, PETER C. | ADDRESS:<br>5156 NORTH 90TH STREET<br>OMAHA, NEBRASKA |
|---|---|---|
| ORIGINAL REPORT:<br>SAT, 12 NOV 2016 2313 HRS. | | THIS REPORT:<br>TUE, 21 FEB 2017 1035 HRS. |
| TYPED BY:<br>MCLENNON, A. #C799<br>THUR, 23 FEB 2017 WIN #58978 | | REPORTING OFFICERS:<br>CIRCO, ANGIE #1546 |

and 43 seconds. During this call, Alphonso FRAZIER told Mason about his recent arrest and stayed "if my wife was doing what she was supposed to be doing, I wouldn't be here. I wouldn't even have to trip with Peter JESSEN." "He's accusing me of many things," quote Dr. Peter JESSEN said that I threatened him and pulled a knife on him," "he is alleging that I threatened him. I alleging that I didn't." At one point during the conversation Alphonso FRAZIER told Mason "put all my little weed and stuff paraphernalia...put it in a tub. Put that away so it's hidden."

A felony arrest warrant affidavit was drafted for Alphonso FRAZIER's arrest. The affidavit included burglaries second degree arson, stalking, and child abuse under RB#AJ242248. The felony warrant was approved and signed by a judge. Alphonso FRAZIER was arrested on 30 January 2017.

On 2, February 2017, Reporting Officer and Arson investigator FOX met with Dr. JESSEN at Dr. JESSEN's dental office, 5156 North 90th Street.

During the interview with Dr. JESSEN, Dr. JESSEN advised that he had been a dentist for approximately 42 years with the last five years being at 5156 North 90th Street. JESSEN advised employee Jennifer FRAZIER had worked for him for 15 and a half years. JESSEN advised that he never had any problems with Jennifer. JESSEN advised that Alphonso FRAZIER has been harassing Jennifer for quite sometime and that Jennifer has been coming to work talking about things that Alphonso has been saying or doing to her. JESSEN stated his wife Patricia, received a phone call from Alphonso who said that Dr. JESSEN was "screwing" Jennifer for years. Dr. JESSEN states Alphonso identified himself to Patricia. Dr. JESSEN stated that obviously he was upset about this because it was now affecting his wife. Dr. JESSEN stated that he has been married to his wife Patricia for 43 years and that Alphonso calling Patricia put strain onto his marriage. Dr. JESSEN was adamant that he was not or has not had an affair with Jennifer FRAZIER.

Dr. JESSEN stated that he assured his wife that there was nothing going between him and Jennifer. Dr. JESSEN states that he knew that things were bad between Jennifer and Alphonso because Jennifer was constantly talking about it pretty much every day for the last 2-3 years. Dr. JESSEN states that he got to the point that he told Jennifer that she needed to stop bringing her personal problems to work. Dr. JESSEN expressed how awful he felt for not really listening to Jennifer.

Dr. JESSEN states that the text and calls to Jennifer cell phone were constant and occasionally on the office phone from Alphonso.

Dr. JESSEN states on November 12, 2016, approximately 1230



Mail - Phyllis Knight - Outlook

11/6/2018

https://outlook.live.com/mail/inbox/id/AQMkADAwATZiZmYAZC04M2Y4LTM4NDMtMDACLTAwCgBGAAADXHpwbTSLaEKYZIz9BHDrQQcADxW1w%2FAF8EOQg5U1eeTU3gAAAgEMAAAADxW1w%2...

6/9

talked to Arson investigator FOX. Dr. JESSEN described his emotional state as "very shocked" and began to wonder if had left a candle burning. JESSEN states within fifteen minutes of being at the scene of the fire, it finally dawned on him and he began to wonder "I thought this was Jennifer's crazy ex-husband."

Dr. JESSEN states the office reopened on December 17, 2016 and stated "without a doubt" he still believes that it was Alphonso FRAZIER who started the fire.

JESSEN states on Sunday, November 13 2016, he and his wife Patricia had come to the dental office to assess the damage. JESSEN states he saw Jennifer's desk and it was "pretty obvious" that the fire was the greatest at her desk. JESSEN stated that it was clear to him that most of the damage was at Jennifer's desk as opposed to the rest of the business.

JESSEN states on Monday, 14 November 2016, he had made an appointment to meet the insurance company agent at the dental office but prior to arriving; he had gone to take a shower in his residence when he observed a blue truck his residence. JESSEN described the vehicle as a powder blue Tacoma, 2016 -2017. JESSEN states he told his wife "oh my God! Trish that's Alphonso FRAZIER. There he is" JESSEN states he immediately thought that FRAZIER was going to do the same thing to his residence and that he would start JESSEN's house on fire. JESSEN stated that Alphonso's truck was on the opposite side of the street but facing JESSEN house.

JESSEN states he got into his truck and drove around not really thinking clearly about what he was doing. JESSEN states that he called 911 from his cell phone at approximately 0715 hours and told the dispatcher "the guy who burned my office is outside my house." JESSEN states he drove around for approximately five minutes through the candlewood neighborhood and pulled in front of Alphonso FRAZIER at the entrance of the neighborhood.

JESSEN states he told FRAZIER "you burned my office down Al" and Alphonso backed up in the yard pulling around JESSEN's vehicle and traveling approximately 100 miles per hour. JESSEN states he remembers thinking he's gonna kill someone" and realized that he couldn't keep up with Alphonso's rate of speed.

JESSEN states he went back home and an Officer arrived. JESSEN states he told the Officers that it was Alphonso FRAZIER that was in the truck and that he saw him and could identify him. JESSEN stated the Officers who were on scene stated that the suspect was "Alphonso Fry." JESSEN stated he was not aware that Alphonso FRAZIER also uses the last name "FRY."

JESSEN stated the Officer took a police report and JESSEN went to work.

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT                    ORIGINAL
                              Page  15  of  22
                              RB #   AJ-23248 (AA)

OFFENSE:                    VICTIM:         ADDRESS:
TERRORISTIC                 JESSEN, PETER C.  5156 NORTH 90TH STREET
THREATS, BURGLARY                           OMAHA, NEBRASKA
ARSON

ORIGINAL REPORT:                            THIS REPORT:
SAT, 12 NOV 2016 2313 HRS.                  TUE, 21 FEB 2017 1035 HRS.

TYPED BY:                                   REPORTING OFFICERS:
MCLENNON, A. #C799                          CIRCO, ANGIE #1546
THUR, 23 FEB 2017 WIN #58978

**OMAHA POLICE DEPARTMENT**
**SUPPLEMENTARY REPORT**

ORIGINAL

Page   16   of   22

RB #   AJ-23248 (AA)

| OFFENSE: | VICTIM: | ADDRESS: |
|---|---|---|
| TERROISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. | 5156 NORTH 90TH STREET OMAHA, NEBRASKA |

| ORIGINAL REPORT: SAT, 12 NOV 2016 2313 HRS. | | THIS REPORT: TUE, 21 FEB 2017 1035 HRS. |
|---|---|---|

| TYPED BY: MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | | REPORTING OFFICERS: CIRCO, ANGIE #1546 |
|---|---|---|

JESSEN stated he applied for a protection order but it was not granted. JESSEN stated he had gone to protection order hearing and there was a black male with Alphonso FRAZIER who was identified as "Dwayne Willis SANDERS" JESSEN stated he was not thinking clearly and went to the protection order hearing alone not thinking it would be unsafe. JESSEN stated that he thought he his word alone was good but the protection order was not granted.

JESSEN stated the judge ordered Alphonso to stay away from JESSEN before rescinding the protection order. JESSEN states as he was leaving, Alphonso looked at JESSEN, shaking his finger and shaking his head as if he were mocking JESSEN.

JESSEN states they were trying to get the office up and running by January 16, 2017. So they were working hard to get several things that needed to be done. JESSEN states a meeting was scheduled for Monday, 9 January 2017 at 0815 hours to discuss what needed to be completed or purchased for his staff. JESSEN states he was driving up to the office traveling North bound when he attempted to turn left and that is when he noticed Alphonso's blue truck again. JESSEN states Alphonse yelled out "I'm gonna fuck up. I'm gonna fuck you up." JESSEN states he was trying to explain to Alphonso that Alphonso had everything all wrong and that it was a misunderstanding. JESSEN states he thought Alphonso was going to hit him with his vehicle but JESSEN was able to turn into the office parking lot in time. JESSEN states he was very disturbed about the frequency of Alphonso's random visits.

JESSEN states that he believes Alphonso wanted to harass Jennifer to the point that she would get fired so she would need Alphonso again.

JESSEN states on 11 January 2017, he was getting ready to go home from work to meet a friend so they could go to the Creighton basketball game. JESSEN states at approximately 5pm he pulled out of the parking lot of his business and was looking forward to going when he received a phone call from Jennifer FRAZIER. JESSEN states Jennifer "Pete Al is right behind you." JESSEN states he looked behind him and saw Alphonso FRAZIER's blue truck behind him. JESSEN states he pulled over onto the residential street and thought he would just talk with Alphonso. JESSEN states when he pulled on to the residential street and Alphonso followed, JESSEN states he got out of the vehicle and started to talk to Alphonso. JESSEN states he heard Alphonso say "I'm gonna fuck you up. I know you got four kids. I'm gonna fuck them up. You fucked my wife." JESSEN states he told Alphonso "No. No you got it all wrong." JESSEN states he veered off to Sprague Street and Alphonso disappeared but ended up showing up again on Sprague Street. JESSEN states Alphonso drove down the Street and was facing West bound. JESSEN states that he did not tell him to pull over. JESSEN states he got out of his truck and walked up to Alphonso's truck and that was when JESSEN began to wonder how Alphonso knew that JESSEN had four kids. JESSEN then went on to state that he had a note book on his desk that had his kid's names addresses and important phone numbers that he has used throughout the 42 years at his dental practice.



OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT         Page   17   of   22

ORIGINAL

RB #   AJ-23248 (AA)

| OFFENSE: | VICTIM: | ADDRESS: |
|---|---|---|
| TERROISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. | 5156 NORTH 90TH STREET OMAHA, NEBRASKA |

| ORIGINAL REPORT: | THIS REPORT: |
|---|---|
| SAT, 12 NOV 2016 2313 HRS. | TUE, 21 FEB 2017 1035 HRS. |

| TYPED BY: | REPORTING OFFICERS: |
|---|---|
| MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | CIRCO, ANGIE #1546 |

1) JESSEN states that was one of the things that bothered him most about the burglary and arson to his business was that he has so much valuable in that notebook. JESSEN described the notebook as a cheap black spiral notebook with fake leather that was 40 years old containing writings, addresses, medications, etc.

2) JESSEN states as time went on he began to wonder if Alphonso knew the names of kids because he took that notebook during the burglary and arson on November 12, 2016.

3) JESSEN continued stating that he "stupidly" got out of the car and approached Alphonso's truck that already had the driver's side door opened. JESSEN states Alphonso took a swing at him but JESSEN stated "Al, will you please listen? Let's talk man to man." JESSEN states Alphonso reached over and pulled out a knife stating, "You fucking asshole." JESSEN states when he saw the knife he literally turned to "jelly" and stated, "You're gonna stab me?" JESSEN states he ran back to his truck and got away as fast as he could. JESSEN states he was still on the phone with Jennifer and she heard JESSEN say something about a knife. JESSEN stated Alphonso said "fuck" so many times that he couldn't even begin to count.

4) JESSEN described the knife that Alphonso produced as a "long, filet knife with a black scabbard." JESSEN stated he scrambled back to his car to get away. JESSEN stated he was terrified.

5) Reporting Officer asked JESSEN if Alphonso had ever been hired to clean the dental office. JESSEN stated that Alphonso occasionally showed up when Jennifer cleaned the office but he never lifted a finger. JENSEN stated Jennifer had cleaned the office on and off for ten years and when Alphonso showed up he would mostly sit around and watch Jennifer clean. JESSEN stated that he paid Jennifer to do the work but never paid Alphonso.

6) JESSEN stated that Alphonso had received disability from a back injury from the Lead Coalition, but did not think that Alphonso had any other form of income. JESSEN stated he was allowing Jennifer to clean for extra money to help Jennifer out. JESSEN stated Jennifer was there every Wednesday and Sunday nights. Alphonso could have been with her on those nights so he was very familiar with business.

7) JESSEN states sometime in 2015 Jennifer made it clear that she did not want Alphonso around

OMAHA POLICE DEPARTMENT
SUPPLEMENTARY REPORT                              ORIGINAL

Page  18   of   22

| OFFENSE: | VICTIM: | RB #  AJ-23248 (AA) |
|---|---|---|
| TERROISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. | ADDRESS: 5156 NORTH 90TH STREET OMAHA, NEBRASKA |
| ORIGINAL REPORT: SAT, 12 NOV 2016 2313 HRS. | | THIS REPORT: TUE, 21 FEB 2017 1035 HRS. |
| TYPED BY: MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | | REPORTING OFFICERS: CIRCO, ANGIE #1546 |

the dental office. JESSEN stated that his employee Jay BURGESS stated that there was a black male at the door asking to speak with JESSEN. JESSEN states he went to the door and made contact with the black male who asked JESSEN to step outside stating that he wanted to talk to him. JESSEN immediately recognized the black male as the same person who was with Alphonso FRAZIER at the protection order

Hearing that had been rescinded by Judge RETELSDORP.

JESSEN states Jay tried to take a picture of the black male. JESSEN states the male him to "call me Willis." JESSEN states the male told him "if you want this all to stop with Mr. FRY, I can arrange to be a mediator. You can provide restitution to Mr. FRY for ruining his life." JESSEN stated that he believed Jay or Jennifer had recorded the conversation and that Jay did take a picture of the black male.

JESSEN Stated the black male told him that he could "provide compensation to Mr. FRY" and JESSEN asked him if that meant that they wanted him pay Alphonso. JESSEN states he told the black male that he needed to get out of there thinking that this was "true insanity." JESSEN states that he was very afraid of the male not knowing exactly what his intentions were.

JESSEN states jay got into his vehicle and followed the black male who walked from the dental office to the Nebraska Humana Society which is just east of the dental office. The black male got into Alphonso FRAZIER's blue Toyota pickup. JESSEN states Jennifer told him that Alphonso and his friend were "shaking you down" trying to get money from JESSEN. JESSEN states he believes that somehow Alphonso FRAZIER thinks he has a lot of money. JESSEN went on to state that his deceased brother was associated with Koley JESSEN which is a well-known law firm in Omaha. JESSEN states Alphonso thinks JESSEN is receiving some kind of death benefits, which he states he is not. JESSEN stated that he has never had office parties with families of his employees, stating that he give them bonuses at the end of the year instead of parties. JESSEN stated that he does not know how Alphonso would be aware of his own family because Alphonso has never been invited to any of these parties or would have any knowledge of JESSEN's family.

JESSEN stated that since the incident he has become very worried that Alphonso FRAZIER will continue to harass him or Jennifer or destroy property. JESSEN stated in the past Jennifer would come in "spitless" stating that Alphonso had grabbed her and shook her. Jennifer would have bruises on her arms and back. JESSEN stated that he has lots of regret that he did not listen to Jennifer when she was telling about things that Alphonso had done to her.

JESSEN states since everything has happened with Alphonso, he is so afraid Alphonso will continue to harass him or try to hurt his family. JESSEN states that he has taken his wife out to practice shooting their shotgun in case she ever would need to use.

8:18-cv-00538-NGK-PRSE   Doc # 1   Filed: 11/15/18   Page 42 of 169 - Page ID # 42



|  OMAHA POLICE DEPARTMENT SUPPLEMENTARY REPORT | ORIGINAL |
|---|---|

**OFFENSE:** TERRORISTIC THREATS, BURGLARY ARSON

**VICTIM:** JESSEN, PETER C.

Page 19 of 22
RB # AJ-23248(AA)

**ADDRESS:** 5156 NORTH 90TH STREET OMAHA, NEBRASKA

**ORIGINAL REPORT:** SAT, 12 NOV 2016 2313 HRS.

**THIS REPORT:** TUE, 21 FEB 2017 1035 HRS.

**TYPED BY:** MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978

**REPORTING OFFICERS:** CIRCO, ANGIE #1546

JESSEN stated that during the burglary and arson incident a tablet which he later stated was a nook reader in a black case, money and Creighton basketball tickets were taken from the dental office. JESSEN advised the Creighton Bluejay's men's basketball season tickets were in section 108 row 17 and seats 15 and 16. JESSEN stated that he was issued new tickets since the burglary.

## DETAILS OF INVESTIGATION CONTINUED:

On Friday, 3 February 2017, approximately 1400 hours, Reporting Officer received a phone call from Jennifer Frazier. Jennifer stated that she had an order for ex parte relief signed by a judge on 01, February 2017. Jennifer stated the court order was to allow her immediate access to the residence at 4314 North 53rd Street in Omaha, Nebraska. Jennifer stated she was going to go to the residence and Reporting Officer asked her if she had come across a black notebook belonging to JESSEN or any Creighton basketball tickets. Jennifer stated that had not had much time to look at any of the property inside the residence. Reporting Officer asked, Jennifer to stand by while a search warrant was drafted.

After Reporting Officer completed the search warrant and had it signed by a judge, Reporting Officer and Sergeant Marlene NOVOTNY made contact with Jennifer FRAZIER at 4314 North 53rd Street Omaha, Nebraska.

On Friday, 3 February 2017, 1652 hours, Reporting Officer and Sergeant NOVOTNY made contact with Jennifer FRAZIER. Crime lab arrived at 1741 hours and the search warrant time of exit was 1857 hours.

While Reporting Officers were at the residence, Jennifer showed Reporting Officer a video dated January 12, 0927 hours, and was six minutes and 40 seconds long. The video was on Jennifer's cell phone, I-phone (402) 968-8173. The video showed a black male who had come to Dr. JESSEN's dental office on January 12, 2017. Jennifer stated that she had been working when another co-worker said there was a black male in the waiting room asking for "Mr. JESSEN" which Jennifer states was odd because everyone referrers to Dr. JESSEN as either "Dr. JESSEN or Doctor." Jennifer states Dr. JESSEN went on the balcony with "Willis" and she and another employee Jay went outside and took a picture of the black male. Jennifer states Dr. JESSEN told her and Jay to go inside, stating that he was fine. Jennifer states she and Jay were standing in the lobby listening when Jay said he was going to go outside and take picture of the man's car. Jennifer states she heard the black male say "I'm Mr. FRAZIER's representation. Are you interested in talking about this?" Jennifer states Dr. JESSEN stated "yes" and the man stated "Mr. FRAZIER wants compensation." Jennifer states she heard Dr. JESSEN say "he's going to sue me?" Jennifer states the black male stated "he wants compensation for alienation of affection. If you're interested in making that happen, I-can mediate that." Reporting Officer could hear Jennifer say in the video I don't know if there is audio...but they want money from the Doctor."

8:18-cv-00539-RGK-PRSE   Doc # 1   Filed: 11/15/18   Page 43 of 169 - Page ID # 43



*18.*



| OMAHA POLICE DEPARTMENT SUPPLEMENTARY REPORT | | **ORIGINAL** |
|---|---|---|
| | | page 10 of 22   RB # 3J-33246 (AA) |
| **OFFENSE:** TERROISTIC THREATS, BURGLARY ARSON | **VICTIM:** JESSEN, PETER C. | **ADDRESS:** 3156 NORTH 30TH STREET OMAHA, NEBRASKA |
| **ORIGINAL REPORT:** SAT, 12 NOV 2016 2313 HRS. | | **THIS REPORT:** TUE, 21 FEB 2017 1033 HRS. |
| **TYPED BY:** MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58976 | | **REPORTING OFFICERS:** CIRCO, ANGIE #1346 |

1) Jennifer states she could then hear the black male say that neither party would be harmed and Jennifer states she then walked to Dr. JESSEN and where the black male were standing because she was worried about what was going to happen. Jennifer states the black male told Dr. JESSEN "you better ask if she is worth it." Jennifer states Jay followed the black male across the street and saw him get into Alphonso FRAZIER's vehicle.

2) While executing the search warrant, Reporting Officer located an item of venue to Alphonso FRAZIER along with a knife in a sheeth matching the description given by Dr. JESSEN. Sergeant NOVOTNY located a prescription pill bottle with suspected marijuana in the livingroom, a gun case with ammo box in the livingroom, a cross bow in the livingroom, a cross bow in the diningroom under the kitchen table, a backpack with shoes, shirt and camouflage pants that smelled of accelerants. The items were retrieved, packaged and photographed by crime lab.

3) On Sunday, 12 February 2017, Officers responded to 43114 North 53rd Street to investigate found property. Officers made contact with Jennifer FRAZIER who stated she had located a 9mm Blvd semi-automatic handgun serial #EP1540457. Jennifer stated she found the gun in the basement of the residence and believed that it belonged to her estranged husband Alphonso. The gun was recovered and bokked into property as evidence. Reporting Officer was later notified that the gun was actually a starter pistol.

4) On Monday, 13 February 2017 at 1125 hours, Reporting Officer spoke to Jennifer regarding the gun that she located. Jennifer told Reporting Officer that she had moved out of 4324 North 53rd Street in December of 2014 so she is unaware of all of the property that would be located inside the residence. Jennifer states that she had been told by Alphonso that he had a gun and that she told him that he couldn't possess one because he was a convicted felon. Jennifer states that in the past Alphonso had pointed the gun at her while it was in the case stating, "If you could have one, I can have one too." Jennifer states that Alphonso did that because it was meant to intimidate her. Jennifer states that this occurred sometime in August of 2016. Jennifer stated she knew that Alphonso was a convicted felon and also stated that the case the gun was in was taken during the search warrant that was conducted on February 3, 2017. Reporting Officer later advised Jennifer that the gun was located was in fact a starter pistol and was not capable of shooting projectiles or actual bullets.

5) On Monday, 20 February 2017, at 1237 hours, Reporting Officer made contact with Jennifer FRAZIER. Jennifer provided photographs on her cell phone that were dated October 7, 2016 at 1132 hours, 1136 hours. Jennifer states on October 7, 2016 she was trying to go to lunch around 1130 hours when she noticed Alphonso FRAZIER's truck in the parking lot across the street at the library. Jennifer states the car was not parked in the stall but was parked crossed two stalls. Jennifer states she saw Alphonso before she pulled on to 90th Street so she backed up and parked in front of the accountants business that is located in the same building as Dr. JESSEN's dental office. Jennifer states Alphonso left the library



**OMAHA POLICE DEPARTMENT**
**SUPPLEMENTARY REPORT**    Page   **ORIGINAL**

21 of 22

RB #   AJ-23248 (AA)

| OFFENSE: | VICTIM: | ADDRESS: |
|---|---|---|
| TERRORISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. | 5156 NORTH 90TH STREET OMAHA, NEBRASKA |

| ORIGINAL REPORT: | THIS REPORT: |
|---|---|
| SAT, 12 NOV 2016 2313 HRS. | TUE, 21 FEB 2017 1035 HRS. |

| TYPED BY: | REPORTING OFFICERS: |
|---|---|
| MCLENNON, A. #C799 | CIRCO, ANGIE #1546 |
| THUR, 23 FEB 2017 WIN #58978 | |

1. and drove to the Taco Bell that is also located on 90th Street across from Dr. JESSEN's dental office. Jennifer states Alphonso kept circling around 90th Street so she photographed him and video recorded him on her cell phone.

2. Jennifer states every single Thursday, Alphonso would follow her from work because she got off work early that day.

3. Jennifer stated Alphonso's truck would be in the library parking lot on the eastside of 90th Street and he would follow her at least a couple of blocks but never off of 90th Street. Jennifer states that she felt that it was just intimidation and that Alphonso was "just letting her know that he was there." Reporting Officer reviewed the photographs and video. In the video Reporting Officer could hear Jennifer's voice saying "this is now the 5th time that he's driven past."

4. Jennifer also provided photographs of the black male that had come to Dr. JESSEN's dental office on January 12, 2017. The photograph was taken on January 12, at 922 am and the video was on January 12, 0927am.

5. Jennifer also stated the night the incident occurred with Dr. JESSEN and Alphonso was around the time that Alphonso had been following Jennifer for about three weeks straight. Jennifer states she was leaving work and noticed that Alphonso was behind her so she pulled onto a residential Street thinking that he would stop, which he did. Jennifer states she saw Alphonso turn around and go back towards Dr. JESSEN's dental office so she called Dr. JESSEN to warn him. Jennifer states when Dr. JESSEN answered the phone she told him that Alphonso had followed her and she believed he was going back towards the dental office. Jennifer states Dr. JESSEN stated he saw Alphonso and stated that Alphonso was driving next to him as Dr. JESSEN was speaking to Jennifer. Jennifer states that she heard Dr. JESSEN say that he was going to talk to him and she urged him not to, telling him to call 911.

6. Jennifer states Dr. JESSEN then got out of the car because Jennifer could hear the car beeping to alert that the door was open. Jennifer states she then heard Alphonso stating "I'm gonna fuck you up, I'm gonna fuck your family up." Jennifer states she could hear Dr. JESSEN stating "this is all a miss understanding." Jennifer states she heard Dr. JESSEN say about Alphonso having a knife and Jennifer hung up the phone and called 911.

7. Reporting Officer also received photographs from arson investigator, FOX dated Wednesday, 16 November 2016 at 204pm. The photographs had been sent to him by Jennifer FRAZIER. The photographs were of Alphonso's blue Toyota Tacoma pickup. Two of the photographs show FRAZIER's truck on 90th Street and the third photograph is of Alphonso FRAZIER's truck parked in the Taco Bell parking lot.



20.

**OMAHA POLICE DEPARTMENT**
**SUPPLEMENTARY REPORT**

# ORIGINAL

Page   22   of   22

RB #   AJ-23248(AA)

| OFFENSE: | VICTIM: | ADDRESS: |
|---|---|---|
| TERROISTIC THREATS, BURGLARY ARSON | JESSEN, PETER C. | 5156 NORTH 90TH STREET OMAHA, NEBRASKA |

| ORIGINAL REPORT: | THIS REPORT: |
|---|---|
| SAT, 12 NOV 2016 2313 HRS. | TUE, 21 FEB 2017 1035 HRS. |

| TYPED BY: | REPORTING OFFICERS: |
|---|---|
| MCLENNON, A. #C799 THUR, 23 FEB 2017 WIN #58978 | CIRCO, ANGIE #1546 |

1) Reporting Officer also contacted Officer HEREFORT and requested that he take the video of the black male at Dr. JESSEN's office on January 12, 2017.

2) Reporting Officer did locate a Duane W. SANDERS, black male DOB: 11-5-59 also known as "WILLIS" D: SANDERS DOB: 11-5-59 under data number 0419214 or 3102221.

3) Reporting Officer believes that this is the party who was attempting to make some type of financial deal between Dr. JESSEN and Alphonso FRAZIER.

4) At the time of this report there is no further information. This ends Reporting Officers supplementary report.

**END OF REPORT**

8:18-cv-00539-RGK-PRSE   Doc # 1   Filed: 11/15/18   Page 46 of 169 - Page ID # 46

21.

## OMAHA POLICE DEPARTMENT
## INCIDENT REPORT

| Report # | Incident Type | RB# |
|---|---|---|
| P0388138 | MISDEMEANOR, DOMESTIC VIOLENCE | AJ19017 |

| | OCCURRED | | | | | | REPORTED | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location Occurred | | | | District # | Location Reported | | | | District # |
| 4839 N 90TH ST Omaha , Douglas County | | | | 16 | 508 S 16TH ST Omaha , Douglas County | | | | 51 |
| Day of Week | Month | Day | Year | Hour:Minute | Day of Week | Month | Day | Year | Hour:Minute |
| THURSDAY | 10 | 27 | 2016 | 12:30 | THURSDAY | 10 | 27 | 2016 | 20:18 |
| THURSDAY | 10 | 27 | 2016 | 12:30 | CAD# | | | | |

| V | 1 of 1 | Victim Name or Victim Business | | | DOB or Approx. Age | Date # - Data Center Use |
|---|---|---|---|---|---|---|
| | | FRAZIER, JENNIFER L | | | 09/25/1975 | 3182850 |
| I | Address | | | City | State | Zip Code |
| | 14108 MANDERSON PLZ #306 | | | OMAHA | NE | 68164 |
| C | Driver's License #/State | Social Security # | Phone 1 - Mobile | | Phone 2 - Work | |
| | H12275392 / NE | 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 | (402) 968-8173 | | (402) 451-3126 | |
| T | Race [F] | Sex [G] | Victim Type [J] | Height | Weight (lbs) | EMAIL |
| I | W | F | J02 | | | |
| M | Indicates Victim Using | Victim Advised of Procedure for | Will Prosecute | Victim's Relationship to Offender(s) [H] |
| | NONE | VICTIM/WITNESS | Yes | Suspect #1(N01) |

### OFFENSES

| Offense 1 | Conv Code-Supp Code | Location Code [B] | Hate/Bias [D] | Weapon [E] |
|---|---|---|---|---|
| PROT ORD-DOMESTIC ABUSE | 22738 - 0 | B17 | D98 | |

### PROPERTY STOLEN OR DAMAGED
(EVIDENCE AND PROPERTY BOOKED/SEIZED ENTERED DIRECTLY INTO THE EVIDENCE TRACKING SYSTEM IS NOT LISTED HERE)

| ☐ Evidence Seized | Insured ☐ Yes ☐ No | Company/Agent's Name | Phone # | |
|---|---|---|---|---|
| ☐ Sex Assault Kit | | | | |
| Item | Quan | Details | Affected [L] | Value | Date Recovered |

| SUSPECT | 1 of 1 | Name | | DOB or Approx. Age | Data # - Data Center Use Only |
|---|---|---|---|---|---|
| | | FRAZIER, ALPHONSO V , II | | 02/20/1964 | |
| Address | | | City | State | Zip Code |
| 4314 N 63RD ST | | | OMAHA | NE | 68134 |
| Driver's License #/State | Social Security # | Phone 1 | | Phone 2 | |
| Race [F] | Sex [G] | Height | Weight | Hair | Eyes | Alias/Maiden/Nickname | Email |
| B | M | 6' 1" | 210 | BLK | BRO | | |
| Business/School Name | | Business Address | | Work Hours | Occupation |
| Clothing/Scars/Tattoos/Other | | | | | |
| SCAR EYEBROW, RIGHT/RIGHT EYE AREA - BY EYEBROW | | | | | |
| Assoc w/ Offense # | Arrest [K] | Booking/Citation # | Month | Day | Year | Hour:Minute |
| 1 | | | | | | |

### VEHICLES

| Person # | Plates / State / Year | VIN | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Veh #   1 | | | | | | | | | | | | |
| Color | Year | Make | Model | | | Style | Other | | | | | |
| BLU | 2015 | TOYT | TUNDRA | | | 20 | | | | | | |

Narratives:   On Thu, 27 Oct 16 at 2018 hrs, Cable, Mary C847 while working in TRS spoke with FRAZIER, Jennifer in regards to violation of protection order. Docket 16-8016 verified in the computer as being served. FRAZIER, Jennifer stated that on Thu, 27 Oct 16 at 1230 hrs, she was leaving work near 90th and Fort St. heading south on 90th St. when she was driving by Meineke, 4839 N. 90 St. she noticed FRAZIER II, Alphonso the suspect pull out of the parking lot of Meineke and started following her. FRAZIER, Jennifer stated that FRAZIER II, Alphonso weaved in and out of traffic to keep up with her then turned west on Bedford St. FRAZIER, Jennifer stated that she also received a call on 10/27/16 at 1800 hrs, from SIMMS, Loy (lives in Crescent, IA) phone 402-440-7885 her father who informed her that he had just received a phone call from FRAZIER II, Alphonso who stated "If she thinks I am going to forget about everything I'm not gonna forget. One of these days I'm gonna kick the door in". FRAZIER, Jennifer stated that FRAZIER II, Alphonso is known for physical/mental abuse and is bipolar (refuses to take medication).

OPD Form 169            Page   1   of   2            P0388138

22.

**OMAHA POLICE**
**SUPPLEMENTAL REPORT**

| Report # | Date Reported | Offense | Business/Government Agency | RB# |
|---|---|---|---|---|
| P0036478 | 11/12/2016 | ARSON | DR. PETERE C. JESSEN DDS (VICTIM) | AJ23248 |

## PEOPLE

**SUSPECT - 1 of 1** — Name: FRAZIER, ALPHONSO V . II — DOB or Approx. Age: 02/20/1964 — Data # - Data Center Use Only

Address: 4314 N 63RD ST — City: OMAHA — State: NE — Zip Code: 68104

Drivers License #/State: H12305944 / NE — Social Security #: 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 — Phone 1 - Mobile: (402) 609-9018 — Alias/Maiden/Nickname: FRY — EMAIL:

Race (F): B — Sex (G): M — Height: 6' — Weight: 200 — Hair: BRO — Eyes: BRO

Business/School Name: — Business Address: — Work Hours: — Occupation:

Clothing/Scars/Tattoos/Other:

---

**WITNESS - 1 of 3** — Name: FRAZIER, JENNIFER L — DOB or Approx. Age: 06/25/1975 — Data # - Data Center Use Only

Address: 14108 MANDERSON PLZ #306 — City: OMAHA — State: NE — Zip Code: 68164

Drivers License #/State: H12275392 / NE — Social Security #: 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 — Phone 1 - Mobile: (402) 968-8173 — Alias/Maiden/Nickname: — EMAIL:

Race (F): W — Sex (G): F — Height: — Weight: — Hair: — Eyes:

Business/School Name: DR. PETER C JESSEN DDS — Business Address: 5156 N 90TH ST OMAHA, Nebraska 68134 — Work Hours: 40 — Occupation: OFFICE ASSISTANT

Clothing/Scars/Tattoos/Other:

---

**WITNESS - 2 of 3** — Name: JESSEN, PETER C — DOB or Approx. Age: 10/17/1950 — Data # - Data Center Use Only

Address: 12612 IZARD ST — City: OMAHA — State: NE — Zip Code: 68154

Drivers License #/State: G01113338 / NE — Social Security #: 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 — Phone 1 - Mobile: (690) 273-2 — Alias/Maiden/Nickname: — Phone 2 - Home: (402) 493-0992 — EMAIL:

Race (F): W — Sex (G): M — Height: — Weight: — Hair: — Eyes:

Business/School Name: DR PETER C JESSEN DDS — Business Address: 5156 N 90TH ST OMAHA, Nebraska 68134 — Work Hours: — Occupation: DENTIST

Clothing/Scars/Tattoos/Other:

## VEHICLES

| PERSON #: 1 — VEH #: 1 | PLATE# / STATE / YEAR: UAN570 / NE / 2017 | VIN | 3 | T | M | C | Z | 5 | A | N | X | G | M | 0 | 0 | 7 | 9 | 5 |

COLOR: BLU — YEAR: 2016 — MAKE: TOYT — MODEL: TACOMA — STYLE: 20 — OTHER:

## PROPERTY STOLEN OR DAMAGED
(EVIDENCE AND PROPERTY BOOKED/SEIZED ENTERED DIRECTLY INTO THE EVIDENCE TRACKING SYSTEM IS NOT LISTED HERE)

Insured ☐ Yes ☐ No — Company/Agent's Name: — PHONE #:

| ITEM | QUAN. | DETAILS | Affected [L] | Value | Date Recovered |
|---|---|---|---|---|---|
| | | | | | |

**NARRATIVE:** On Monday 14NOV2016 at 1030 hours R/O FOX #9058 interviewed FRAZIER, Jennifer W/F outside Panera Bread at 138th and Maple St in the parking lot. During this interview the following information was obtained. FRAZIER, Jennifer arrived emotionally upset and just returned from the Douglas County Sherriff's office. Jennifer had gone there for assistance because she feared for herself and son. Jennifer explained that she is going through a divorce from her estranged husband FRAZIER, Alphonso B/M. Jennifer explained with a list of RB#'s, of all the times she has called a Police department to file reports of threats or violations of a signed Protection Oder. Jennifer shares custody with Alphonso of a child. Jennifer claimed that Alphonso started the fire but had no proof. She further stated he is to smart to admit to it and gets away with everything. R/O asked if he had any communication with her over the fire or recently. Jennifer stated no she only communicates with him through heir son.
Jennifer showed a Protection Oder, a video stated what she claimed is Alphonso violating that order. The video was reported to the Omaha Police but charges were not filed against Alphonso. Jennifer claimed she was going to end up dead so she told a friend about her insurance information for her children in case.

OPD Form 280A

Page 1 of 2

P0036478



# OMAHA POLICE DEPARTMENT
## INFORMATION REPORT
### Investigation



| District Number | RB Number | | |
|---|---|---|---|
| **District 15** | **AJ23343** | | |
| Offense/Subject Matter | Day/Date/Time Reported | | Attention Unit(s) |
| **DOMESTIC DISTURBANCE** | **11/13/2016 11:50** | | **CVSA / DV** |

INVESTIGATION DETAILS SHOULD CONTAIN NAME AND ADDRESS OF PERSON OR ORGANIZATION REPORTING, DESCRIBE SUSPECT(S) AND VEHICLE(S), IF INFORMATION IS AVAILABLE.

ROLL CALL ALERT ☐        ENTER OFFICER ALERT ☐        P.O. CARD MADE ☐ (IF APPLICABLE)

PRECINCT:
Provide copy to supervisor prior to end of shift.

DATA REVIEW: Do not cross reference by Data Number any person, business or organization mentioned in the report EXCEPT OFFICER ALERT Use assigned Unit or Data Number for administrative control only.

OCCURRED AT LOCATION: 5156 N 90th St            CITY: Omaha
REPORTED AT LOCATION: 5156 N 90th St            CITY: Omaha

**PERSON**

PERSON TYPE: **Reporting Person**
NAME: **JENNIFER L FRAZIER**
ADDRESS: **14108 Manderson Plz Apt/Unit 306**
CITY: **OMAHA**        STATE: **NE**        ZIP: **68164**

**IDENTIFICATION**
TYPE: **Driver License**    PHYSICALLY PRESENTED? ☐    ID NUMBER: **H12275392**
EXPIRATION: **06/25/2019**        STATE: **NE**
CLASS: **Operator**
ENDORSEMENTS:
RESTRICTIONS:

**BIRTH**
DATE: **06/25/1975**        CITY:        STATE:
COUNTRY: **United States**

**DESCRIPTION**
RACE: **White**        COMPLEXION:        GENDER: **Female**
CLOTHING:
HEIGHT: **5 ft 4 in**        WEIGHT: **110 lb**        EYE COLOR: **Brown**
HAIR COLOR: **Brown**

**Details**

On SUN 13 NOV 16 at 1109 hrs, R/O GURZICK #1884 and Ofc. SNIPES #1856 were called to 5156 N. 90 st regarding a Missing Juvenile report. Upon arrival, R/O observed Ofc. SNIPES and a female caller talking in the rear parking lot of AJ's Diner. The female caller (FRAZIER, Jennifer 6/25/75) was telling Ofc. SNIPES that she no longer needed police because she was able to find out where her 13 yr old son was staying at.
FRAZIER then began talking about her office space being burglarized the previous night and her estranged/soon to be ex-husband (FRAZIER, Alfonso) had set her desk and belongings on fire. FRAZIER stated that she was able to retain a Protection Order on Alfonso for herself, but was denied to have their 13 yr old son added to the Order. R/O and Ofc.

OPD FORM 42net (01/06)        Page 1 of 2        P03946

Mail - Phyllis Knight - Outlook

11/6/2018

11/13

https://outlook.live.com/mail/inbox/id/AQMKADAwATZiZmYzYZC04M2Y4LTM4NDMlMDAcLTAwCgBGAAADXHpwbTSLaEKyZrz9BHDrQQcADxW1w%2FAFBEOOg5U1eeTU3gAAAgEMAAAADxW1w...



| | | |
|---|---|---|
| District 15 | **RB Number**<br>AJ23343 | |
| **DOMESTIC DISTURBANCE** | **Day/Date/Time Reported**<br>11/13/2016 11:50 | **Attention Unit(s)**<br>CVSA / DV |

SNIPES commented that if Alfonso is the biological dad, then he has the same rights as her with their child, until an Order is obtained by the courts stating otherwise. R/O explained that it's a Civil Matter until the Temporary Order is in place and there is only so much that Police can do in these types of matters. FRAZIER replied "I'm not stupid, I know how the law works!" R/O was still sitting in his cruiser as FRAZIER was talking with Ofc. SNIPES next to R/O's driver side window. FRAZIER then said "I'm 110% sure that that Mother Fucker did the fire to my office and desk, because he called my bosses wife and said that her husband is fucking my wife. " R/O asked if police were called out earlier for the fire, and FRAZIER replied "yes". FRAZIER said "I'm telling you I have a stack of police reports a foot tall on Alfonso, so there is no doubt that he will lose in court and get locked up!" R/O asked if the Arson incident was on camera. FRAZIER replied "No. " R/O asked "How can you be sure or certain 110% that it was in fact Alfonso that did it? Was there any other evidence found at the scene?"

FRAZIER immediately became irate and approached R/O's driver side window in an aggressive manner with her finger pointed at R/O's face. FRAZIER yelled very loud "Are you patronizing me?! You Mother Fuckers need to do your job and lock him up!" R/O asked her to calm down, and FRAZIER replied "I don't need to calm down, do YOUR FUCKING JOB!" FRAZIER was continuing to flair her arms at R/O (R/O turned the Body Worn Camera on, since FRAZIER became irate). FRAZIER yelled "Don't tell me to calm down!"

R/O then got out of the cruiser and gave verbal commands to FRAZIER "Do you want to go to jail? Calm down or you will be arrested for being disorderly" FRAZIER yelled at her teenage daughter to get out of their car. FRAZIER continued to yell at R/O "I'm Disorderly?! I'm emotional!" R/O replied "I don't care if your emotional, you need to calm down." R/O replied "Okay. I'm leaving". R/O said "Stay calm. You don't act like that especially in front of a Police Officer". FRAZIER yelled " You are now threatening to arrest me for being emotional?! FRAZIER then walked towards her vehicle as her daughter was getting out and yelled "Thanks for doing your job!" Then FRAZIER turned and came towards R/O and Ofc. SNIPES. FRAZIER yelled "I want your badge number because I am going to put paper on you!" R/O complied and provide FRAZIER with R/O's name and badge number. FRAZIER yelled back at R/O "I'm going to report you! He has threatened to kill me, so don't patronize me! I have Rights! I have fucking Rights!!" FRAZIER then yelled "I'm putting paperwork on you! You are a fucking disgrace!" R/O replied "Go ahead, have a nice day ma'am. I just asked you for the facts when you said that you were 110% certain that he did this. "

FRAZIER replied "I'm not interested in what you have to say, fucking Protect & Serve and do your fucking job!". FRAZIER got in her car and left.

R/O and Ofc. SNIPES then left the call together.

Sgt TIMPERLEY #1304 advised immediately afterwards.

Ofc. SNIPES also completed an Information Report.

**OTHER REPORTS: Other**

**INTERNAL ASSISTING OFFICERS:**
SNIPES, KAREN/1856; TIMPERLEY, Scott/1304

| Approved By (Supervisor/Serial No.) | Report Completed By (Signature/Serial No.)<br>**GURZICK, AARON  / 1884** |
|---|---|




25.
ARTMENT
ORT

RB#
AJ23512

| REPORTED | | | | District # |
|---|---|---|---|---|
| 1 Reported | | | | |
| Same as Occurred Location | | | | Hour:Minute |
| Week | Month | Day | Year | |
| )AY | 11 | 14 | 2016 | 07:54 |

| rict Number | RB Number | |
|---|---|---|
| trict 15 | AJ23343 | |
| ese/Subject Matter | Day/Date/Time Reported | Attention Unit(s) |
| HESTIC DISTURBANCE | 11/13/2016  12:00 | CVSA / DV |

s:

ZICK then questioned how sure she was that it was her husband that set fire to her workplace. R
y stated "Are you patronizing me?" GURZICK told R/P that she needed to calm down. R/P contin
her voice and state that officers need to do our job. GURZICK stated that R/P needed to calm d
vould be arrested for disorderly. It was at that time she asked for GURZICK'S name and badge n
ted that she was going to "put paper on you". GURZICK wrote down his name and badge numb
d "I'm leaving, thanks for doing your fucking job". R/O's then left the area.

| d By (Supervisor/Serial No.) | Report Completed By (Signature/Serial No.) |
|---|---|
| AGE, BRETT R  (2065) | SNIPES, KAREN  / 1856 |

2/13

| Report # | Date Reported | Offense | | Business/Government Agency | RB# |
|---|---|---|---|---|---|
| P0036477 | 11/14/2016 | ARSON | | DR. PETER C. JESSEN DDS (VICTIM) | AJ23248 |

## PEOPLE

| BUILDING OWNER - 3 of 4 | Name | SOBOTA, JAMES | | | DOB or Approx. Age 05/12/1952 | Data # - Data Center Use Only |
|---|---|---|---|---|---|---|
| Address | 11797 P28 | | City BLAIR | State NE | Zip Code 68008 | |
| Driver's License #./State | | Social Security # | Phone 1 | | Phone 2 | |
| Race [F] W | Sex [G] M | Height | Weight | Hair | Eyes | Alias/Maiden/Nickname | EMAIL |
| Business/School Name BUILDING OWNER | | Business Address 5148 N 90TH ST OMAHA, Nebraska 68134 | | Work Hours | Occupation | |
| Clothing/Scars/Tattoos/Other | | | | | | |

| EMPLOYEE - 4 of 5 | Name | FRAZIER, JENNIFER L | | | DOB or Approx. Age 06/25/1975 | Data # - Data Center Use Only |
|---|---|---|---|---|---|---|
| Address | 14108 MANDERSON PLZ #306 | | City OMAHA | State NE | Zip Code 68164 | |
| Driver's License #./State | | Social Security # | Phone 1 | | Phone 2 | |
| Race [F] W | Sex [G] F | Height | Weight | Hair | Eyes | Alias/Maiden/Nickname | EMAIL |
| Business/School Name | | Business Address | | Work Hours | Occupation | |
| Clothing/Scars/Tattoos/Other | | | | | | |

| REPORTING PARTY - 1 of 5 | Name | JESSEN, PETER C | | | DOB or Approx. Age 10/17/1950 | Data # - Data Center Use Only |
|---|---|---|---|---|---|---|
| Address | 12612 IZARD ST | | City OMAHA | State NE | Zip Code 68154 | |
| Driver's License #./State G01113338 / NE | | Social Security # 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 | Phone 1 - Home (402) 493-0992 | | Phone 2 - Mobile (402) 690-2732 | |
| Race [F] W | Sex [G] M | Height 6' | Weight 180 | Hair GRY | Eyes BLU | Alias/Maiden/Nickname | EMAIL |
| Business/School Name DR. PETER C JESSEN DDS | | Business Address 5156 N 90TH ST OMAHA, Nebraska | | Work Hours | Occupation DENTIST | |
| Clothing/Scars/Tattoos/Other | | | | | | |

| SUSPECT - 5 of 5 | Name | FRAZIER, ALPHONSO V, II | | | DOB or Approx. Age 02/20/1964 | Data # - Data Center Use |
|---|---|---|---|---|---|---|
| Address | 4314 N 53RD ST | | City OMAHA | State NE | Zip Code 68104 | |
| Driver's License #./State | | Social Security # 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 | Phone 1 | | Phone 2 | |
| Race [F] B | Sex [G] M | Height | Weight | Hair | Eyes | Alias/Maiden/Nickname | EMAIL |
| Business/School Name | | Business Address | | Work Hours | Occupation | |
| Clothing/Scars/Tattoos/Other | | | | | | |

| WITNESS - 2 of 4 | Name | NELSON, NICOLAS | | | DOB or Approx. Age 02/22/1985 | Data # - Data Center Us |
|---|---|---|---|---|---|---|
| Address | 2448 N 149TH ST | | City OMAHA | State NE | Zip Code 68116 | |
| Driver's License #./State | | Social Security # | Phone 1 - Mobile (402) 639-6040 | | Phone 2 | |
| Race [F] W | Sex [G] M | Height | Weight | Hair | Eyes | Alias/Maiden/Nickname | EMAIL |
| Business/School Name | | Business Address | | Work Hours | Occupation | |
| Clothing/Scars/Tattoos/Other | | | | | | |

https://outlook.live.com/mail/inbox/id/AQMkADAwATZiZmYzAZC04M2Y4LTM4NDMlMDACLTAwCgBGAAADXHpwbTSLaEkYZlz89BDrGQQcADxW1w%2FAF8EOQg5U1eeTU3gAAAgEMAAAADxW1w%...

Mail - Phyllis Knight - Outlook

1/16/2018



| STATE OF NEBRASKA<br>FORM NO. DC 19:22.1<br>Rev. 12/11  REQUIRED<br>Neb. Rev. Stat. § 28-311.09 | **ORDER DISMISSING**<br>**EX PARTE HARASSMENT**<br>**PROTECTION ORDER** | CASE NUMBER:<br><br>DOCUMENT No.:<br>CI 16 - 9573 |
|---|---|---|

# IN THE DISTRICT COURT OF ___DOUGLAS___   COUNTY, NEBRASKA

Peter C. Jessen pro )

_____
Petitioner

VS.

Alphonso Frazier
_____
Respondent

**ORDER**
**DISMISSING**
**EX PARTE HARASSMENT**
**PROTECTION ORDER**
(After Hearing, Ex Parte Issued)

   **THIS MATTER** came before the Court, pursuant to Neb. Rev. Stat. § 28-311.09(4), upon the petition and affidavit. The petitioner ( ☒ was) ( ☐ was not) present in court ( ☐ with counsel, _____).
The respondent ( ☒ did) ( ☐ did not) appear ( ☒ with counsel, _A. McChesney_ ).

☐ The petitioner did not appear and no evidence was adduced, and the requested relief should be denied. IT IS THEREFORE ORDERED that the Ex Parte Harassment Protection Order, issued on_____ _____, shall not be affirmed and is therefore dismissed.

OR

☒ The petitioner appeared but did not carry his/her burden to establish, by a preponderance of the evidence, the truth of the facts alleged in the Petition and Affidavit to Obtain Harassment Protection Order and the requested relief should be denied. IT IS THEREFORE ORDERED that the Ex Parte Harassment Protection Order issued on _____11-15-16_____, shall not be affirmed and is therefore dismissed with prejudice.

OR

☐ The respondent has shown cause why the requested relief granted in the Ex Parte Harassment Protection Order should be denied and dismissed. IT IS THEREFORE ORDERED that the Ex Parte Harassment Order, issued on _____, shall not be affirmed and is therefore dismissed with prejudice.

   The Court has made specific findings as set forth below.

_____
_____
_____
_____
_____



| | | CASE NUMBER: |
|---|---|---|
| STATE OF NEBRASKA<br>FORM NO. DC 19:2<br>Rev. 05/13<br>Neb. Rev. Stat. § 28-311.09<br>REQUIRED | PETITION AND AFFIDAVIT TO<br>OBTAIN HARASSMENT<br>PROTECTION ORDER | CI 16 - 9573 |

IN THE DISTRICT COURT OF __DOUGLAS__ COUNTY, NEBRASKA

Peter C. Jessen DDS

Petitioner

vs.

Alphonso Frazier

Respondent

**PETITION AND AFFIDAVIT
TO OBTAIN HARASSMENT
PROTECTION ORDER**

ASSIGNED TO __BETESDORF__

1. I am the petitioner in this case. I am petitioning for a harassment protection order pursuant to Neb. Rev. Stat. § 28-311.09. (If your age is less than nineteen (19) years old, state age: __66__.)
   ☐ I am filing this petition on behalf of the following individuals who are family or household member(s):

   Name(s): _____

   Age(s): _____ Relationship(s): _____

2. Address: (Check Only One):
   ☐ My address is __12612 T 22nd St Omaha Nebr 68154__
   _____(Street or Route/Box)_____(City)_____(State)_____(Zip)

   Mailing address, if different: _____

   Email address: _____

   ☐ I am living in this county at an undisclosed address for my own protection.
   ☐ I have received address protection from the Secretary of State under the Address Confidentiality Program. (Service of any court process shall be made by mailing two copies of the process to the Office of Secretary of State, Address Confidentiality Program, Suite 2300, State Capitol Building, Lincoln, NE, 68509)

3. I am filing this petition against the respondent whose age is: __57__ and resides at:
   __4814 No. 53rd St Omaha Nebraska 68104__
   _____(Street or Route/Box)_____(City)_____(State)_____(Zip)

   Mailing address (if different) _____

4. The respondent is a person who has willfully harassed me and has engaged in a knowing and willful course of conduct directed at me which seriously terrifies, threatens, or intimidates me and serves no legitimate purpose.

5. I have been a party to the following past, pending, or current court proceedings (i.e., dissolution, paternity, custody, juvenile or protection orders). Indicate, when, type of case, name of court(s), and docket/case number(s). __P.O. CI 16-8016 9-20-16 FRAZIER V. FRAZIER II JUDGE RANDALL__

#30 FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

NOV 15 2016

JOHN M. FRIEND
CLERK DISTRICT COURT

6. I hereby ask the court to enter a protection order (mark all that apply):
   ☑ prohibiting the respondent from imposing any restraint upon me or upon my liberty;
   ☑ prohibiting the respondent from harassing, threatening, assaulting, molesting, or attacking me, or otherwise disturbing my peace;
   ☑ prohibiting the respondent from telephoning, contacting, or otherwise communicating with me.

DC 19:2
Page 1 of 2



29.

7. I (☑ do, ☐ do not ) speak English. If you do not speak English, what language do you speak? _____
Does the respondent speak English? (☑ yes ☐ no ) If no, what language
does respondent speak? _____

9. Describe the facts of the most recent series of acts of harassment toward me (and my family or household members.)

A. Date/Time: *Nov. 14, 2016*    Description: *Parking and driving by my home and office, following me while driving or walking, threatening*
*Police Report : AJ 23512*

B. Date/Time: *Nov. 13 early A.M.*    Description: *Breaking in, Vandal[?] and burning (ARSON) my Dental office*
*police report # RB# AJ23248*

C. Date/Time: *multiple times*    Description: *Stalking, attempting assault, threatening my employees*

*Nov. 5 — late night calling my wife, threatening, harass[?]*

I hereby swear, or affirm, under penalty of perjury, the foregoing affidavit is true.

*Peter C. Jessen DDS*
Signature of Petitioner

Subscribed and sworn on oath before me on   NOVEMBER 15   2016

_____
Clerk of the District Court/Notary Public

GENERAL NOTARY - State of Nebraska
TERI L. KNIGHT
My Comm. Exp. April 6, 2019    (Seal)

* *My employee, Jennifer Frazier has been granted a protection order against Al Frazier for threats, assault, stalking and Harassment*

**FORM NO. DC 19:22.1**
Rev. 12/11    **REQUIRED**
Neb. Rev. Stat. § 28-311.09

**ORDER DISMISSING
EX PARTE HARASSMENT
PROTECTION ORDER**

**CASE NUMBER:**

**DOCUMENT NO.:**
    **CI 16 - 9**

## IN THE DISTRICT COURT OF   DOUGLAS          **COUNTY, NEBRA**

Peter C. Jessen PD)

_____

          **Petitioner**

VS.

Alphonso Frazier

          **Respondent**

**ORDER
DISMISSING
EX PARTE HARASSMENT
PROTECTION ORDER**
**(After Hearing, Ex Parte Issued**

THIS MATTER came before the Court, pursuant to Neb. Rev. Stat. § 28-311.09(4), upon the petition affidavit. The petitioner ( ☒ was) ( ☐ was not) present in court ( ☐ with counsel, _____
The respondent ( ☒ did) ( ☐ did not) appear ( ☒ with counsel, _A. mcChesney_ ).

☐ The petitioner did not appear and no evidence was adduced, and the requested relief should be denied. THEREFORE ORDERED that the Ex Parte Harassment Protection Order, issued on_____
_____, shall not be affirmed and is therefore dismissed.

**OR**

☒ The petitioner appeared but did not carry his/her burden to establish, by a preponderance of the evidence truth of the facts alleged in the Petition and Affidavit to Obtain Harassment Protection Order and the request relief should be denied. IT IS THEREFORE ORDERED that the Ex Parte Harassment Protection Order issued on _____ 11 - 15 - 16 _____, shall not be affirmed and is therefore dismissed with prejudice.

**OR**

☐ The respondent has shown cause why the requested relief granted in the Ex Parte Harassment Protection Order should be denied and dismissed. IT IS THEREFORE ORDERED that the Ex Parte Harassment Order issued on _____, shall not be affirmed and is therefore dismissed with prej

The Court has made specific findings as set forth below.

_____
_____
_____
_____
_____

**#26**   **FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRAS**

**DEC 15 2016**

**JOHN M. FRIEND
CLERK DISTRICT COUR**

*DC 19:22.1*
*Page 1 of 2*

3/.

## OMAHA POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

| | Date Reported | Offense | | Person | | RB# |
|---|---|---|---|---|---|---|
| 43447 | 11/12/2016 | | ARSON | JESSEN, PETER (VICTIM) | | AJ23 |

### PEOPLE

| D/ | Name | | | | DOB or Approx. Age | Data # - Data Center Use |
|---|---|---|---|---|---|---|
| CIATE  - 1 of 1 | | LIPKINS, GROVER | | | 10/01/1959 | |

| | | | | City | State | Zip Code |
|---|---|---|---|---|---|---|
| 4422  N 53RD ST | | | | OMAHA | NE | 68104 |

| License #/State | | Social Security # | | Phone 1 - Mobile | | Phone 2 |
|---|---|---|---|---|---|---|
| | | | | (402) 689-6638 | | |

| | Sex [O] | Height | Weight | Hair | Eyes | Alias/Maiden/Nickname | EMAIL |
|---|---|---|---|---|---|---|---|
| | M | 6' 2" | 180 | BLK | BRO | | |

| ss/School Name | Business Address | Work Hours | Occupation |
|---|---|---|---|
| | | | |

ng/Scars/Tattoos/Other

### PROPERTY STOLEN OR DAMAGED
(EVIDENCE AND PROPERTY BOOKED/SEIZED ENTERED DIRECTLY INTO THE EVIDENCE TRACKING SYSTEM IS NOT LISTED HERE)

| d ☐ Yes ☐ No | Company/Agent's Name: | | PHONE #: | | |
|---|---|---|---|---|---|
| QUAN | DETAILS | | Affected [L] | Value | Date Recovere |

ATIVE    On TUE, 15NOV15 at 0938 hours, R/O D. SOBOTKA #9061 and J. CANIGLIA #9053 conducted a follow-up interview N 53rd St. The person interviewed was identified as Grover LIPKINS (B/M DOB:10/01/59). R/O SOBOTKA developed inform Alphonso FRAZIER (B/M DOB:02/20/64) claimed to be with LIPKINS the night of the fire (SAT, 12NOV16) watching the Nebra ball game. LIPKINS confirmed that FRAZIER was at the residence but stated it was SUN, 13NOV16 and not SAT, 12NOV16. L sure of the date because LIPKINS wife cooked dinner and he and FRAZIER watched the ???Dallas??? football game. LIPKINS ecall what time FRAZIER left, but he confirmed it was before 2200 hours because LIPKINS remembered watching the 10 o???? s then going to bed. LIPKINS did not confirm that FRAZIER was at his house on SAT, 12NOV16 watching the Nebraska Footb e as FRAZIER had claimed.

CANIGLIA then checked the stats of the football game and determined the Dallas Cowboys did in fact play a game SUN, 13NO 5 hours.

| r Reports | | SUPPLEMENTAL REPORT , INCIDENT REPORT , OTHER | | | | |
|---|---|---|---|---|---|---|
| RTING OFFICER | | SERIAL | APPROVED BY | | | SERIAL |
| SOBOTKA, David | | 9061 | KRYSL, Douglas | | | 90 |

Mail - Phyllis Knight - Outlook

11/6/2018

https://outlook.live.com/mail/inbox/id/AQMkADAwATZiZmYAZC04M2Y4LTM4NDMtMDAClTAwQgBGAAAADXHpwbTSLaEKYZIz9BHDrQQcADxW1w%2FAF8EOQg5U1eeTU3gAAAgEMAAAADxW1w%...    4/13



STATE OF NEBRASKA

**REQUEST FOR HEARING –
PROTECTION ORDER**

CASE NUMBER

IN THE DISTRICT COURT OF _____ DOUGLAS _____ COUNTY, NEBRASKA

Peter T. Jensen DDS
_____
_____
Petitioner

vs.
Adonus Foster
_____
Respondent

**REQUEST FOR
HEARING –
PROTECTION ORDER**

I wish to request a hearing on the protection order. I understand the notice of the time and place of the hearing shall be mailed to the address below.

☐ I do not speak English. My language is _____

Date 11/21/16

Signature

Mailing Address 434 North 58rd Street
City, State, Zip Code Omaha Ne 68104
Telephone Number 402-618-1926

RETURN TO:
PROTECTION ORDER DEPARTMENT
Clerk of the District Court
Hall of Justice, Room #300
Omaha, NE 68183

or Fax to: 402-595-9455

# OMAHA POLICE DEPARTMENT
# INCIDENT REPORT

P0472160

| | | | | | | | | RB# |
|---|---|---|---|---|---|---|---|---|
| | | | | **Incident Type** FELONY | | | | AJ37341 |

**OCCURRED**

| Location Occurred | N 91st St / Sprague St Omaha, Douglas County | | | | | | **REPORTED** | |
|---|---|---|---|---|---|---|---|---|
| Day of Week | Month | Day | Year | **District #** 15 | **Location Reported** Same as Occurred Location | | | **District #** |
| WEDNESDAY | 01 | 11 | 2017 | **Hour:Minute** 16:55 | **Day of Week** | **Month** | **Day** | **Year** | **Hour:Minute** |
| WEDNESDAY | 01 | 11 | 2017 | 17:05 | WEDNESDAY | 01 | 11 | 2017 | 17:05 |

**V I C T I M**

| 1 of 1 | Victim Name or Victim Business | | | | | | |
|---|---|---|---|---|---|---|---|
| Address | JESSEN, PETER C | | | | **DOB or Approx. Age** 10/17/1950 | **Data # - Data Center Use** 0085409 |
| | 12612 IZARD ST | | City | OMAHA | | **State** NE | **Zip Code** 68164 |
| Driver's License #/State G01113338 / NE | Social Security # | Phone 1 | | | Phone 2 | | |
| Race [F] W | Sex [G] M | Victim Type [J] J02 | Height 6' 0" | Weight (lbs) 210 | EMAIL | | |
| Indications Victim Using NONE | | Victim Advised of Procedure for N/A | | Will Prosecute Yes | | Victim's Relationship to Offender(s) [N] Suspect #1(N24) | |

## VICTIM'S VEHICLE

| Vehicle # 2 | Plate # / State / Year SJP631 / NE / 2017 | | VIN 5 T B 8 T 4 4 1 9 4 8 4 4 9 8 9 3 | | |
|---|---|---|---|---|---|
| Color GRY | Year 2004 | Make TOYT | Model TUNDRA | Style 20 | Other |

## OFFENSES

| Offense 1 TERRORISTIC THREAT / KNIFE-CUTTING INST | Conv Code-Supp Code 10560 - 2 | Location Code [B] 817 | State/Bias [D] | Weapon [E] |
|---|---|---|---|---|

## PROPERTY STOLEN OR DAMAGED
(EVIDENCE AND PROPERTY BOOKED/SEIZED ENTERED DIRECTLY INTO THE EVIDENCE TRACKING SYSTEM IS NOT LISTED HERE)

| ☐ Evidence Seized ☐ Sex Assault Kit | Insured ☐ Yes ☐ No | Company/Agent's Name | | Phone # | |
|---|---|---|---|---|---|
| Item | Quan | Details | | Affected [L] | Value | Data Recovered |

**S U S P E C T**

| SUSPECT - 1 of 1 | Name FRAZIER, ALPHONSO VERNELL | | | | **DOB or Approx. Age** 02/20/1964 | **Data # - Data Center Use Only** |
|---|---|---|---|---|---|---|
| Address | 4314 N 53RD ST | | City OMAHA | **State** NE | **Zip Code** 68104 | |
| Driver's License #/State H12306944 / NE | Social Security # | Phone 1 - Mobile (402) 609-9016 | | Phone 2 | |
| Race [F] B. | Sex [G] M. | Height 6' 0" | Weight 200 | Hair BRO | Eyes BRO | Alias/Maiden/Nickname / | Email |
| Business/School Name | | Business Address | | Work Hours | Occupation | |
| Clothing/Scars/Tattoos/Other | | | | | | |
| Assoc w/ Offense # 1 | | Arrest [O] | Booking/Citation # | Month | Day | Year | Hour:Minute |

## VEHICLES

| Person # Suspect #1 | Plate# / State / Year UAN670 / NE / 2016 | | VIN 3 T M C Z 5 A N X G M 0 0 7 9 7 5 | | |
|---|---|---|---|---|---|
| Veh # 1 | | | | | |
| Color BLU | Year 2016 | Make TOYT | Model TACOMA | Style 20 | Other |

**Narrative:** On WED 11JAN17 at 1705 hours R/O's DELLUTRI 2217 and SMITH 2098 were dispatched to the area of N 91st Street and Sprague Street for a check the well being. Upon arrival R/O's spoke to the victim who was identified as JESSEN, Peter who advised R/O's that FRAZIER, Alphonzo started to follow JESSEN from the area of N 90th Street and Fort street yelling at JESSEN while diving down N 90th street Southbound. JESSEN stated that he had pulled over at N 91st Street and Sprague Street to talk to FRAZIER. JESSEN then advised R/O's that FRAZIER then grabbed a knife and threatened JESSEN and his family. Sgt Taylor 1789 advised. See supplement report for further details.

OPD Form 189        Page 1 of 2        P0472160



Mail - Phyllis Knight - Outlook

https://outlook.live.com/mail/inbox/id/AQMkADAwATZiZmYzAZC0I4M2Y4LTM4NDMiMDACLTAwCgBGAAAADXHpwbTSLaEKYZlz9BHDrQQcADxW1w%2FAF8EOQg5U1eeTU3gAAAgEMAAAADxW1w%...   6/13

| Report #<br>P0036478 | | RB#<br>AJ23248 |

**NARRATIVE**   Jennifer also stated that Alphonso has a pistol and showed it to her stating he said "you have one and now I do to". Jennifer claimed she advised him that he would get in huge trouble because he is a previously convicted felon. Jennifer stated that Alphonso started accusing the Dentist JESSEN and her of having an affair. Jennifer stated he called the Dentist wife and told her of it. Jennifer claimed it was to have her fired so she would lose her job. Jennifer was also concerned that because she everyone believed Alphonso started the fire she would be fired. She further stated that all the office staff knew Alphonso, he came around as a patient to the Dentist office as a patient, that Jennifer had previously and recently when he would show up to argue.

R/O advised her to notify Domestic Violence Unit about the violation. She advised R/O that she had a court date Wed 16NOV2016 at 0930 hours at the Douglas county Court room #316. Jennifer stated it was over custody and property but she was worried that Alphonso would harm her after the court case. R/O advised Jennifer to call 911 if Alphonso makes contact after hearing on that date for a violation of the order. Jennifer agreed to forward video and pictures to R/O. Jennifer also reported that Alphonso uses Sprint as his cellular carrier.

On Monday 14NOV2016 R/O FOX #9058 and I/O SOBOTKA #9059 interviewed FRAZIER, Alphonso B/M 02/20/1964 outside his residence at 4314 N. 53rd St. In the presence of an unidentified 40 to 50 y/o B/M whom was a guest of FRAZIER. FRAZIER invited R/O to speak to him at his residence. R/O and I/O stood off the front cement stoop while FRAZIER sat on his porch. Interview was recorded by I/O SOBOTKA. FARZIER stated he heard of the fire on the news and that his soon to be ex-wife worked there. September 2016 was the last time he was in the dental office located at 5156 N. 90th St. for some free dental work. FRAZIER cleaned the office with his estranged spouse FRAZIER, Jennifer, and the last time he cleaned the office was August or September 2016. Alphonso stated he was curious on why we were talking to him? R/O explained it was common practice to speak to all or some of the employees of a business that has caught fire. R/O also informed Alphonso that due to the fact he was the estranged husband of one of the full time employees he might have some insight into who started or might be involved in the fire/burglary.

Alphonso stated he had now idea and that probably one of his estranged wife's boyfriend. Alphonso explained that his wife just left and was sketchy at the end of their relationship. Alphonso believed that JESSEN, Peter and FRAZIER, Jennifer were having a sexual relationship. Alphonso stated we should ask JESSEN's wife about it. Alphonso also claimed that Jennifer had several boyfriends and played around often. Alphonso claimed Jennifer has some one attack him while he worked his morning paper route. Alphonso provided a RB# and showed R/O a photo on his phone of the damage to his eye. Alphonso only knew it was a 6'2" W/M that assaulted him. No other description because he was knocked out and couldn't provide any further details.

Alphonso was asked when was the last time he was at the dentist office? Alphonso provided that he goes by there everyday because of gas, store and his route through his sons school goes directly by there. Alphonso provided that he was unsure if he went by there Saturday 12NOV2016. Alphonso stated he watched a game at Grover house up the block with the blue ven (pointing to a home closer to Ames Ave). Alphonso claimed he watched the game and went home at the end. I/O SOBOTKA asked if the cameras on his house worked and recorded. Alphonso said yes they did and asked "why, are you accusing me of something"? I/O and R/O explained no but it would be helpful if he could show the investigators the video showing he was home.

Alphonso stated "then get a warrant", became verbally upset calling R/O and I/O racists. During this time Alphonso's unidentified B/M friend with him started to ask Alphonso to ask us questions. I/O SOBOTKA asked the male if he wanted to ask us direct questions and who he was? The male stated he didn't have to identify himself and refused to do so.

I/O SOBATKA removed himself from the interview because Alphonso and the male became upset. I/O SOBOTKA saw a vehicle parked on the street with expired plates and searched the license plate number, away from the interview R/O was conducting. The vehicle came back unregistered so a UPB cruiser was requested to ticket or tow the vehicle from the public street. When a OPD officer arrived both males became verbally upset and Alphonso became verbally insulting towards officer's and their race. Alphonso asked officers not to block his driveway so he could leave. Alphonso driveway was unblocked and Alphonso left the scene and returned 5 to 10 minutes later. At which R/O and I/O could see and hear that Alphonso was becoming even more upset, so officers removed themselves to diffuse the situation.

R/O FOX spoke by phone on Monday 14NOV2016 at 1615 hours to JESSEN. R/O learned from this phone interview with JESSEN, Peter W/M that he had filed a Stalking report on Monday 14NOV2016 in the morning under RB#AJ23512 against FRAZIER, Alphonso. JESSEN stated he saw FRAZIER, Alphonso parked outside his home and became upset. JESSEN went out confront him when FRAZIER sped off. JESSEN was able to catch up in his own vehicle due to FRAZIER getting lost in the neighborhood. JESSEN said he cornered FRAZIER and got to within 10 feet and positively identified FRAZIER, Alphonso as the driver of a 2016 Blue Toyota Truck. JESSEN stated he new both the truck and Alphonso well enough to recognize him. R/o read the report and it matched what JESSEN reported to R/O.

R/O FOX spoke again to JESSEN, Peter W/M on the phone on Wednesday 16NOV2016 at 1300 hours. During this phone interview JESSEN reported he had filed a Protection Order against FRAZIER, Alphonso on Tuesday 15NOV2016. Also that he learned his Creighton Basketball Season ticket had been stolen during the Burglary. JESSEN was advised to report the ticket but provided the information of the tickets. Season tickets were for SEC 108, ROW 17, Seats 15 & 16.

JESSEN reported he located the Model and serial for the Samsung Tab 2 Serial# CE0890.

| Other Reports | INCIDENT REPORT , SUPPLEMENTAL REPORT , DV SUPP , OTHER | | | |
|---|---|---|---|---|
| **REPORTING OFFICER** | | **SERIAL** | **APPROVED BY** | **SERIAL** |
| FOX, Scott | | 9058 | KRYSL, Douglas | 9049 |

OPD Form 120A

Page   2   of   2

P0036478

| Nebraska State Court Form<br>REQUIRED | **HARASSMENT**<br>**PROTECTION ORDER** | DC 19:4   Revised 10/13<br>Neb. Rev. Stat. §28-311.09<br><br>Document # **CI** |
|---|---|---|

IN THE DISTRICT COURT OF __DOUGLAS__   COUNTY, NEBRASKA

Peter C Tejicn pn

AKA Alphon 10   Petitioner

vs. Alphon io Frazier (Fru   Respondent

Case # __N -27__

429845

**HARASSMENT**
**PROTECTION ORDER**
**(Ex Parte)**

THE COURT, having received the Petition and Affidavit of the petitioner, finds that a harassment protection order pursuant to Neb. Rev. Stat. § 28-311.09 should be issued. FURTHER, it reasonably appears from the specific facts included in the affidavit that irreparable harm, loss or damage will result before this matter can be heard on notice, therefore, the court having jurisdiction of the parties finds that a harassment protection order should be issued.

IT IS THEREFORE ORDERED, that unless modified by order of the court, pursuant to Neb. Rev. Stat. § 28-311.09, a harassment protection order against the respondent is granted for a period of one year from the date of this order and the petitioner is granted the following relief:

X  1. respondent is enjoined from imposing any restraint upon the person or liberty of the petitioner.
X  2. respondent is enjoined from harassing, threatening, assaulting, molesting, attacking, or otherwise disturbing the peace of the petitioner.
X  3. respondent is enjoined from telephoning, contacting, or otherwise communicating with the petitioner.
___  4. this order shall also apply to the following family or household members:_____
_____
_____

If the respondent wishes to appear and show cause why this order should not remain in effect for a period of one year, he or she shall affix his or her current address, telephone number, and signature on the **Request for Hearing** form provided and return it to the clerk of the district court within five (5) days after service upon him or her. This order shall remain in effect during the time prior to the hearing. Costs are waived unless otherwise ordered by the court.

DATED: __January 13, 2017__  JUDGE _____

**NOTICE TO RESPONDENT**

PURSUANT to the Violence Against Women Act of 1994, this order is enforced in all fifty states, the District of Columbia, tribal lands and U.S. territories. Moreover, if no hearing is requested or a final order is entered against you after a hearing of which you had actual knowledge and an opportunity to participate, whether or not you actually participated and if this court order restrains you from harassing, stalking, or threatening an intimate partner or child of such intimate partner, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child, you may be subject to a federal penalty for possessing, transporting, or accepting a firearm or ammunition under the 1994 amendment to the Gun Control Act.

State of Neb. }
County of Douglas } SS
I hereby certify that the above and foregoing is a true and correct copy as the same appears fully upon the records and files of this Court now in my charge.
JOHN M. FRIEND
Clerk of the District Court of Douglas County, Nebr.
By ................................................ Deputy
Date: .......... 1-13-17 ..........

Page 1 of 2

*Harassment Protection Order (Ex Parte)*
*DC 19:4 Rev 10/13*



# M|F MCCHESNEY & FARRELL LAW

Andrea Finegan McChesney *
Mark T. Farrell **
*Licensed in Nebraska
**Licensed in Iowa and Nebraska

Telephone: (402) 934-4884
Fax: (888) 315-9780
amcchesney@mflawomaha.com
mfarrell@mflawomaha.com

The Douglas Building
209 South 19th Street
Suite #640
Omaha, NE 68102

January 13, 2017

Alphonso Frazier
4314 North 53rd Street
Omaha, NE 68104

Re: Frazier v. Frazier CI 15-8083

Dear Mr. Frazier,

It has come to my attention that after Court yesterday, January 11, 2017, you were involved in some sort of altercation with Dr. Peter Jessen. As I have repeatedly advised you, and as Judge Retelsdorf **admonished** you at the protection order hearing, held between you and Dr. Jessen, any contact with him by you would be seen as threatening, highly improper, and grounds for a new protection order. As you are aware, after Court yesterday I reiterated that you should *NOT* have any contact with your wife. As you are aware, there is a current protection order, and considering there is a pending arson investigation, and taking in consideration of the Court's stern reprimand, you should *NOT* have any contact with Dr. Jessen.

Al, I am at a complete loss for words. I have advocated for you with fervor. The entirety of our office has been completely dedicated to assisting you towards an amicable conclusion in your matter, despite your efforts to seemingly disrupt the same. Your actions are consistently contrary to and completely against my express advice. Given your actions, time and again, are contrary to my advice, it is clear that the breakdown in communication is irreparable and I am no longer able to assist you with your dissolution.

As such, please allow this to serve as notice that this office and myself will no longer be representing you in any fashion. Please find enclosed a motion and notice of hearing to withdraw from your pending dissolution.





# OMAHA POLICE DEPARTMENT
## SUPPLEMENTAL REPORT



| Report # | Date Reported | Offense | Person | RB# |
|---|---|---|---|---|
| P0195319 | 01/16/2017 | TERRORISTIC THREATS | FRAZIER, ALPHONSO (SUSPECT) | AJ37341 |

## PEOPLE

| ARRESTEE ~ 1 of 1 | Name | FRAZIER, ALPHONSO VERNELL | | | | DOB or Approx. Age 02/20/1964 | Data # - Data Center Use Only |
|---|---|---|---|---|---|---|---|

| Address | | City | | State | Zip Code |
|---|---|---|---|---|---|
| 4314 N 53RD ST | | OMAHA | | NE | 68104 |

| Driver's License #/State | Social Security # | Phone 1 | Phone 2 |
|---|---|---|---|
| H12305944 / NE | | (402) 609-9016 | |

| Race [F] | Sex [G] | Height | Weight | Hair | Eyes | Alias/Maiden/Nickname | EMAIL |
|---|---|---|---|---|---|---|---|
| B | M | 6' 0" | 200 | BRO | BRO | | |

| Business/School Name | Business Address | Work Hours | Occupation |
|---|---|---|---|
| | | | |

| Clothing/Scars/Tattoos/Other |
|---|
| |

## PROPERTY STOLEN OR DAMAGED
(EVIDENCE AND PROPERTY BOOKED/SEIZED ENTERED DIRECTLY INTO THE EVIDENCE TRACKING SYSTEM IS NOT LISTED HERE)

| Insured ☑ Yes ☐ No | Company/Agent's Name: | | PHONE #: | | |
|---|---|---|---|---|---|
| ITEM | QUAN | DETAILS | Affected [L] | Value | Date Recovered |

**NARRATIVE:**   On MON 16 JAN 17 at approximately 1930 hours, R/Os SMITH, J. #2098 and JONES, J. #1983 went to 4314 N. 53rd St. to locate a wanted party. FRAZIER, Alphonso (B/M, 2/20/64). R/Os were assisted by Officers DELLUTRI #2217, MOORE #1984, YARPE #2062 and BRANDT #2128.

R/Os learned via data check that FRAZIER had a felony warrant for Terroristic Threats and a locate for a protection order. R/Os believed FRAZIER was home due to his blue Toyota pickup being parked in the driveway. R/Os went to the front door of FRAZIER's last known address at 4314 N. 53rd St. and knocked on the front door. FRAZIER opened the door for R/Os and FRAZIER was immediately taken into custody and advised that a warrant had been issued for his arrest. R/Os observed a silver knife inside of a black sheath on the floor next to FRAZIER's front door. The overall length of the knife appeared to be approximately 12 inches, and the blade was later determined to be approximately 8 inches. R/O SMITH had prior knowledge that the weapon used in the report of Terroristic Threats against JESSEN, Peter, was described as being approximately 12 inches in length. The victim had reported seeing the knife in a sheath and thought it to be black in color. Given the black sheath, length and description provided by JESSEN, R/Os believed the knife just inside FRAZIER's front door was possibly the same knife used in the incident of Terroristic Threats. The knife was booked into evidence and FRAZIER was provided a Receipt and Inventory.

While FRAZIER was in handcuffs, R/Os retrieved shoes and property that FRAZIER requested. After R/Os told FRAZIER there was a felony warrant for his arrest, issued for Terroristic Threats, he made the excited utterance asking if this was because of the Doctor and "my wife". FRAZIER's statements were captured on a body worn camera worn by Ofc. JONES.

FRAZIER was transported to DCDC and booked on the outstanding warrant. DCDC staff was advised that FRAZIER had a locate for a protection order. Sgt. FOX #1990 was advised and Sgt. FOX made CIB notifications.

| Other Reports | | | |
|---|---|---|---|
| REPORTING OFFICER | SERIAL | APPROVED BY | SERIAL |

# OMAHA POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

| Report # | Date Reported | Offense | Person | | RB# |
|---|---|---|---|---|---|
| P0195319 | 01/16/2017 | TERRORISTIC THREATS | FRAZIER, ALPHONSO (SUSPECT) | | AJ37341 |

### PEOPLE

| ARRESTEE - 1 of 1 | Name | | | | | DOB or Approx. Age | Data # - Data Center Use Only |
|---|---|---|---|---|---|---|---|
| | FRAZIER, ALPHONSO VERNELL | | | | | 02/20/1964 | |

| Address | | | City | | State | Zip Code |
|---|---|---|---|---|---|---|
| 4314 N 53RD ST | | | OMAHA | | NE | 68104 |

| Driver's License #./State | | Social Security # | Phone 1 | | Phone 2 |
|---|---|---|---|---|---|
| H12305944 / NE | | | (402) 609-9016 | | |

| Race (F) | Sex (G) | Height | Weight | Hair | Eyes | Alias/Maiden/Nickname | EMAIL |
|---|---|---|---|---|---|---|---|
| B | M | 6' 0" | 200 | BRO | BRO | | |

| Business/School Name | | Business Address | | Work Hours | Occupation |
|---|---|---|---|---|---|
| | | | | | |

| Clothing/Scars/Tattoos/Other |
|---|
| |

### PROPERTY STOLEN OR DAMAGED
(EVIDENCE AND PROPERTY BOOKED/SEIZED ENTERED DIRECTLY INTO THE EVIDENCE TRACKING SYSTEM IS NOT LISTED HERE)

| Insured ☐ Yes ☐ No | Company/Agent's Name: | | PHONE #: | | |
|---|---|---|---|---|---|
| ITEM | QUAN | DETAILS | Affected (L) | Value | Date Recovered |
| | | | | | |

**NARRATIVE:** On MON 16 JAN 17 at approximately 1930 hours, R/Os SMITH, J. #2098 and JONES, J. #1983 went to 4314 N. 53rd St. to locate a wanted party, FRAZIER, Alphonso (B/M, 2/20/64). R/Os were assisted by Officers DELLUTRI #2217, MOORE #1984, YARPE #2082 and BRANDT #2128.

R/Os learned via date check that FRAZIER had a felony warrant for Terroristic Threats and a locate for a protection order. R/Os believed FRAZIER was home due to his blue Toyota pickup being parked in the driveway. R/Os went to the front door of FRAZIER's last known address at 4314 N. 53rd St. and knocked on the front door. FRAZIER opened the door for R/Os and FRAZIER was immediately taken into custody and advised that a warrant had been issued for his arrest. R/Os observed a silver knife inside of a black sheath on the floor next to FRAZIER's front door. The overall length of the knife appeared to be approximately 12 inches, and the blade was later determined to be approximately 8 inches. R/O SMITH had prior knowledge that the weapon used in the report of Terroristic Threats against JESSEN, Peter, was described as being approximately 12 inches in length. The victim had reported seeing the knife in a sheath and thought it to be black in color. Given the black sheath, length and description provided by JESSEN, R/Os believed the knife just inside FRAZIER's front door was possibly the same knife used in the incident of Terroristic Threats. The knife was booked into evidence and FRAZIER was provided a Receipt and Inventory.

While FRAZIER was in handcuffs, R/Os retrieved shoes and property that FRAZIER requested. After R/Os told FRAZIER there was a felony warrant for his arrest, issued for Terroristic Threats, he made the excited utterance asking if this was because of the Doctor and "my wife". FRAZIER's statements were captured on a body worn camera worn by Ofc. JONES.

FRAZIER was transported to DCDC and booked on the outstanding warrant. DCDC staff was advised that FRAZIER had a locate for a protection order. Sgt. FOX #1990 was advised and Sgt. FOX made CIB notifications.

| Other Reports | | | | | |
|---|---|---|---|---|---|
| REPORTING OFFICER | | SERIAL | APPROVED BY | | SERIAL |
| SMITH, JUSTIN | | 2098 | FOX, LINDSEY A | | 1990 |



## ARREST WARRANT

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA

Doc. No.   4118709

State of Nebraska v. Alphonso V Frazier Ii
                    Citation No: CW 170085    Case ID: CR 17   2475

TO: THE Omaha Police Department OR ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

A complaint has been filed in the above court alleging the above-named defendant committed the following offense(s):

| Statute | Offense Description | Type | Cls | Off. Date |
|---------|---------------------|------|-----|-----------|
| 28-507 | Burglary | FEL | 2 | 11/12/2016 |
| 28-503 | Arson-2nd degree | FEL | 3 | 11/12/2016 |
| 28-311.04 | Stalking-felony offense | FEL | 3 | 11/12/2016 |
| 28-707 | Commit child abuse intentional/no injury | FEL | 3 | 11/12/2016 |

The court finds, upon complaint supported by oath or affirmation, probable cause exists for the issuance of a warrant

THEREFORE YOU ARE ORDERED to immediately arrest said defendant wherever he/she may be found and to bring him/her promptly before this court or any judge or magistrate having jurisdiction of this matter, to answer such complaint and be further dealt with according to law.

Date: ___1/30/17___      Judge/Magistrate _____



0335766CRC01

| Officer: | Angela Circo | Omaha Police Department |
|----------|--------------|-------------------------|

| Defendant | Alphonso V Frazier Ii | AKA Alphonso V Fry |
|-----------|-----------------------|--------------------|
| | 4314 N 53 St | AKA |
| | Omaha, NE  68104-0000 | AKA |
| | | AKA |

Drivers Lic: H12305944                NE
Vehicle Lic:                  Plate Type
DOB: 02/20/1964  Ht: 6 00  Wt: 200  Sex: M  Eyes: BRO  Hair: BRO  Race: B

●●●○○ Sprint  LTE　　**10:25 AM**　　🛰 ⚡ 82% 🔋



**(402) 690-2732**

cameras on my house and a
neighbor's should you c

ontinue to stalk within 100
yds.
I have NEVER had and
would never have any
romantic involvement with
your wife. She is a loyal
employee and friend.
I

am reasonably sure you
vandalized and burned my
office and have told this to
investigators. That is a
serious felony offence.

**Go Fuck Yourself**

**Thu, Nov 17,** 11:31 AM

This is Peter,　Scott, I hope
you got the messages I just
forwarded.

 Text Message 

## ORDER TO APPEAR IN COURT

### IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

ST V. ALPHONSO V FRAZIER II                    Printed on  2/01/2017 at   9:35
DOB:  2/20/1964                                                    Room 01C50
Case ID: CR 17   2475                                                Page    1

    ALPHONSO V FRAZIER II is ordered to appear in

               Douglas Co. Felony Ctrm #225

    at 09:00 AM on February 22, 2017 for:
        Prelim Hearing

    Failing to appear in the court as directed may result in a warrant being issued
for your arrest.  You may be subject to an additional charge of Failure to
Appear or a finding of Contempt of Court.  Each of these may be punishable
by a fine and/or imprisonment.

Date: February  1, 2017   BY THE COURT _____

Defendant signature _____

E-mailed: Medina,Julie,L,
        julie.medina@douglascounty-ne.gov

        Saathoff,Cathy,Renee,
        cathy.saathoff@douglascounty-ne.gov



> **February**
> **22**
> 2017
> ___
> **Wednesday**
> **09:00 AM**
> **Prelim Hearing**
> **Courtroom 25**

Alphonso V Frazier Ii
4314 N 53 St
Omaha, NE 68104-0000



0273052CRC01

| CASE FILE COPY | **FILED BY**<br>Clerk of the Douglas County Court<br>02/01/2017 | ORDER TO APPEAR IN COURT |

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA,                    )          CR 17 - 599
                                      )
                    Plaintiff,        )
                                      )
vs                                    )          WAIVER OF APPEARANCE/
                                      )          PLEA OF NOT GUILTY
Alphonso Frazier.                     )
                                      )
                    Defendant,        )

Pursuant to Neb. Rev. Stat. § 29-4206, I, Defendant in the above-entitled matter, waive my right to physically appear for arraignment in Douglas County District Court and ask the Court to enter a plea of not guilty on my behalf. I understand my attorney will notify me of all appearances in this matter. I waive my right to 24-hour service of the information prior to entering a plea and the formal reading of the information. I consent to service of the information upon my attorney of record. I request the Court grant my motion for discovery and enter an order for mutual and reciprocal discovery.

My attorney has advised me of my rights: The right to a jury trial; my right to confront accusers; to subpoena witnesses; to remain silent; to counsel; to have this matter transferred to juvenile court, if appropriate; and my right to be presumed innocent unless proven guilty beyond reasonable doubt. My attorney has also advised me of the possible penalties for the crime(s) charged, and the possibility that I will be required to make restitution for damages, if appropriate.

Date 2/22/17   Defendant's signature  Alphonso V. Frazzion II

**APPEARANCE OF COUNSEL**

I, Mikh Jule , advise the Court that I am the Attorney for the above-entitled Defendant. I have advised my client of all rights and the possible penalties for the charge(s) filed against him or her. I understand that the Court will expect me to represent the Defendant at all hearings before the Court in this matter.

Date 2/22/7          Mikh Jule
                     (Attorney's signature and Attorney Number)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this waiver was served upon the Douglas County Attorney's Office, 100 Hall of Justice, Omaha, NE 68183 this 28 day of February , 2017.

                     Mikh Jule
                     Attorney for Defendant

White-Court
Yellow-State
Pink-Defense

FILED
#6 IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

FEB 27 2017

JOHN M. FRIEND
CLERK DISTRICT COURT

Adopted 11-17-2015

001459826D01



 RT OF DOUGLAS COUNTY, NEBRASKA

| JENNIFER L. FRAZIER,<br>PLAINTIFF,<br>VS.<br>ALPHONSO V. FRAZIER II,<br>DEFENDANT, | Case No. CI 15 8083<br><br>FURTHER ORDER FOR<br>TEMPORARY RELIEF |
|---|---|

**THIS MATTER** came before the Court on the 28th day of March, 2017, upon the application of the Plaintiff. The Plaintiff was represented by Liliana Shannon, Legal Aid of Nebraska. The Defendant was represented by Erin Wetzel. Evidence was adduced, and the Court, being fully advised in the premises, finds that:

**IT IS, THEREFORE, ORDERED**:

1.      The marital residence shall be permitted to be listed and sold. If the residence is sold prior to trial, the proceeds shall be held in trust until the matter can be disposed of at trial.

2.      Defendant is awarded the washer and dryer currently in the residence, and as such, the washer and dryer shall not be permitted to be sold with the marital residence.

3.      The remaining personal items, to wit: (2 gray rocker/recliners; 1 grey love seat; 2 end tables; 2 coffee tables; 2 small lamps; Dinner room table with 4 chairs; 1 twin bed with frame; 1 twin bed no frame; Black desk with chair; 2 accent chairs; 1 40 inch TV; Misc. Dishes), shall remain in the marital residence prior to sale. If the residence is sold prior to trial, such items shall be placed in storage by Plaintiff until the Court disposes of such at trial. Plaintiff shall be permitted to present proof of costs incurred for storage to the Court at trial.

4.      The Court's previous Temporary Order dated February 24, 2017 shall remain in full force and effect unless otherwise specified herein.

5.      This Order will remain in effect until further order of the Court.

**Signed this** 31 **day of** March , 2017.

#44    **FILED**
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

APR 0 3 2017

JOHN M. FRIEND
CLERK DISTRICT COURT

**BY THE COURT:**



Honorable Gary B. Randall
District Court Judge

1



001610315D01

<del>.......</del>CT COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA, )          CASE NO. CR 17-599
                    )
        Plaintiff,  )
                    )
                    )
        vs.         )          **ORDER OF DISMISSAL**
                    )          **AND TO SEAL**
ALPHONSO V. FRAZIER, )
                    )
        Defendant.  )

THIS MATTER comes before the Court on the motion of Jennifer K. Meckna, Deputy County Attorney, for an order dismissing the above entitled action. The Court, being fully advised in the premises, finds that such an order should be entered.

**IT IS THEREFORE ORDERED** that the above-captioned matter is dismissed ~~without prejudice~~. Bond, if any, is released and exonerated.
*Jkm 4/8/8*

**IT IS FURTHER ORDERED** that pursuant to Neb. Rev. Stat. § 29-3523, the above entitled matter shall be sealed and that all records, including any information or other data concerning any proceedings relating to the case, including the arrest, taking into custody, petition, complaint, indictment, information, trial, hearing, adjudication, correctional supervision, dismissal, or other disposition or sentence, are not part of the public record and shall not be disseminated to persons other than criminal justice agencies, except as provided in subsection (1) or (2) of § 29-3523.

**IT IS FURTHER ORDERED** that the Clerk of the District Court shall send notice of this order to the Nebraska Commission on Law Enforcement and Criminal Justice; to the Nebraska State Patrol; and to law enforcement agencies, county attorneys, and city attorneys referenced in the court record.

**IT IS SO ORDERED**

DATED this _12th_ day of _Jan_, 20_18_.

BY THE COURT:

Marlon A. Polk
District Court Judge

FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

JAN 1-9 2018

JOHN M. FRIEND
CLERK DISTRICT COURT



## CERTIFICATE OF SERVICE

I, the undersigned, certify that on January 19, 2018  , I served a copy of the foregoing document upon the following persons at the addresses given, by mailing by United States Mail, postage prepaid, or via E-mail:

Mikki C Jerabek
mikki.jerabek@douglascounty-ne.gov

Julie L Medina
julie.medina@douglascounty-ne.gov

County Court Criminal Traffic-Jess
Jessica.Barbee@nebraska.gov

County Court Criminal - Etta
etta.carlisle@nebraska.gov

NSP Criminal Identification
NSP.CriminalIdentification@Ne.Gov

Do Cty Sheriff - Malinda
malinda.farhart@douglascounty-ne.gov

Do Cty Sheriff - Carisa
carisa.roberts@douglascounty-ne.gov

Do Cty Sheriff-Dora
dora.carrera@douglascounty-ne.gov

OPD Sealed - Kelly McDonald
kelly.mcdonald@cityofomaha.org

NE Crime Comission
Laurie.Holman@Nebraska.gov

Do Co. Corrections
wayne.lovett@douglascounty-ne.gov

Date:  January 19, 2018      BY THE COURT:   John M. Friend

CLERK





**City of Omaha**
**Jean Stothert, Mayor**

**Law Department**

Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, Nebraska 68183-0804
(402) 444-5115
FAX: (402) 444-5125

**Paul D. Kratz**
City Attorney

June 7, 2018

Alphonso Frazier, II
4112 N. 56th Street
Omaha, NE 68104

Re:    Claim No. 285-18

Dear Mr. Frazier,

Your tort claim submitted to the City of Omaha has been received in the City Law Department. At this time, we will begin investigation of this incident.

If you have any additional information or questions, you can contact me at 402-444-5115.

Very truly yours,

Jeffrey A. Bloom
Assistant City Attorney



50.

# IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRAKSA

Peter C. Jessen DDS

CI # 16  -  9573

                                                    Petitioner

VS.                                           **NOTICE OF HEARING**

Alphonso Frazier

                                                    Respondent

**IT IS ORDERED** that a hearing on this matter be held on December 14, 2016
at 8:45 , Court Room # 408 , Hall of Justice, Omaha, Nebraska, to provide the respondent
an opportunity to appear and show cause why the requested protection order should not be issued,
modified, or remain in effect. Any protection order previously issued shall remain in effect until the
date that the hearing is actually held.

**IT IS FURTHER ORDERED** that a copy of this notice shall be mailed to both the petitioner and the
respondent at their respective addresses.

**NOTICE TO PETITIONER**: You must appear at the place, date and time show to show cause why your
protection order should be issued, modified, or remains in effect.

Dated: November 22, 2016

/s/ M Pelzer
Deputy, CLERK OF THE DISTRICT COURT

CERTIFICATE OF SERVICE
I, the undersigned, certify that I served by mailing (by United States mail), postage prepaid, a copy of the forgoing notice
of hearing upon the petitioner and the respondent at their respective addresses shown in the request for hearing and
petition.

Dated : November 22, 2016

/s/ M Pelzer
                        SIGNATURE

**City of Omaha**
**Fire Department**

**Firefighter Scott Fox**
Fire Investigator

Fire Investigation Unit
3124 South 16th Street
Omaha, Nebraska 68108
(402) 444-1970
(402) 444-6006 FAX
(402) 444-FIRE (3473) Arson Hotline
scott.fox@cityofomaha.org

Nebraska State Court Form
**REQUIRED**

**HARASSMENT
PROTECTION ORDER**

DC 19.4                    Revised 10/13

Neb. Rev. Stat. §28-311.09

Document # **CI**

IN THE DISTRICT COURT OF **DOUGLAS** COUNTY, NEBRASKA   419468

Peter C. Jessen BD J

Case # 16 - **9573**

_____ Petitioner

vs. Alphonso Frazier

_____ Respondent

**HARASSMENT
PROTECTION ORDER
(Ex Parte)**

THE COURT, having received the Petition and Affidavit of the petitioner, finds that a harassment protection order pursuant to Neb. Rev. Stat. § 28-311.09 should be issued. FURTHER, it reasonably appears from the specific facts included in the affidavit that irreparable harm, loss or damage will result before this matter can be heard on notice, therefore, the court having jurisdiction of the parties finds that a harassment protection order should be issued.

IT IS THEREFORE ORDERED, that unless modified by order of the court, pursuant to Neb. Rev. Stat. § 28-311.09, a harassment protection order against the respondent is granted for a period of one year from the date of this order and the petitioner is granted the following relief:

✓ 1. respondent is enjoined from imposing any restraint upon the person or liberty of the petitioner.
✓ 2. respondent is enjoined from harassing, threatening, assaulting, molesting, attacking, or otherwise disturbing the peace of the petitioner.
✓ 3. respondent is enjoined from telephoning, contacting, or otherwise communicating with the petitioner.
_____ 4. this order shall also apply to the following family or household members:_____

_____

_____

If the respondent wishes to appear and show cause why this order should not remain in effect for a period of one year, he or she shall affix his or her current address, telephone number, and signature on the **Request for Hearing** form provided and return it to the clerk of the district court within five (5) days after service upon him or her. This order shall remain in effect during the time prior to the hearing. Costs are waived unless otherwise ordered by the court.

DATED: ____11/15/10____                 _____ JUDGE _____

**NOTICE TO RESPONDENT**

PURSUANT to the Violence Against Women Act of 1994, this order is enforced in all fifty states, the District of Columbia, tribal lands and U.S. territories. Moreover, if no hearing is requested or a final order is entered against you after a hearing of which you had actual knowledge and an opportunity to participate, whether or not you actually participated and if this court order restrains you from harassing, stalking, or threatening an intimate partner or child of such intimate partner, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child, you may be subject to a federal penalty for possessing, transporting, or accepting a firearm or ammunition under the 1994 amendment to the Gun Control Act.

Page 1 of 2

Harassment Protection Order Ex Parte
DC 19:4  Rev 10/13

I hereby certify that this is a true copy of the original writ with all the endorsements thereon.
**TIMOTHY F. DUNNING**
*Sheriff*
16-2291.8

State of Neb.
County of Douglas } SS

I hereby certify that the above and foregoing is a true and correct copy as the same appears fully upon the records and files of this Court now in my charge.
JOHN M. FRIEND
Clerk of the District Court of Douglas County, Nebr.
By....._____.....Deputy
Date:........._11-15-16_



001401935D01

STATE OF NEBRASKA
FORM NO. DC 19:2
Rev. 05/13
Neb. Rev. Stat. § 28-311.09
REQUIRED

## PETITION AND AFFIDAVIT TO OBTAIN HARASSMENT PROTECTION ORDER

CASE NUMBER:

CI 16 - **9573**

IN THE DISTRICT COURT OF **DOUGLAS** COUNTY, NEBRASKA

_Peter C. Jessen DDS_

Petitioner

vs.

_Alphonso Frazier_

Respondent

## PETITION AND AFFIDAVIT TO OBTAIN HARASSMENT PROTECTION ORDER

ASSIGNED TO **RETELSDORF**

1.  I am the petitioner in this case. I am petitioning for a harassment protection order pursuant to Neb. Rev. Stat. § 28-311.09. (If your age is less than nineteen (19) years old, state age: _66_ .)
    ☐ I am filing this petition on behalf of the following individuals who are family or household member(s):

    Name(s):_____

    Age(s):_____Relationship(s)_____

2.  Address: (Check Only One):
    ☐ My address is _12612 I 2and St_ _Omaha_ _Nebr_ _68154_
          (Street or Route/Box)    (City)    (State)    (Zip)

    Mailing address, if different:_____
    Email address_____
    ☐ I am living in this county at an undisclosed address for my own protection.
    ☐ I have received address protection from the Secretary of State under the Address Confidentiality Program.
    (Service of any court process shall be made by mailing two copies of the process to the Office of Secretary of State, Address Confidentiality Program, Suite 2300, State Capitol Building, Lincoln, NE, 68509)

3.  I am filing this petition against the respondent whose age is: _57_ and resides at:
    _4314   No. 53rd St   Omaha   Nebrasha   68104_
       (Street or Route/Box)    (City)    (State)    (Zip)

    Mailing address (if different)_____

4.  The respondent is a person who has willfully harassed me and has engaged in a knowing and willful course of conduct directed at me which seriously terrifies, threatens, or intimidates me and serves no legitimate purpose.

5.  I have been a party to the following past, pending, or current court proceedings (i.e., dissolution, paternity, custody, juvenile or protection orders). Indicate, when, type of case, name of court(s), and docket/case number(s). _P.O. CI 16-8016 9-20-16 FRAZIER V. FRAZIER II JUDGE RANDALL_

    #30   **FILED**
    IN DISTRICT COURT
    DOUGLAS COUNTY NEBRASKA

    NOV 1 5 2016

    JOHN M. FRIEND
    CLERK DISTRICT COURT

6.  I hereby ask the court to enter a protection order (mark all that apply):
    ☒ prohibiting the respondent from imposing any restraint upon me or upon my liberty;
    ☒ prohibiting the respondent from harassing, threatening, assaulting, molesting, or attacking me, or otherwise disturbing my peace;
    ☒ prohibiting the respondent from telephoning, contacting, or otherwise communicating with me.

DC 19:2
Page 1 of 2

7.  I ( ☒ do, ☐ do not ) speak English. If you do not speak English, what language do you speak? _____
    _____. Does the respondent speak English? ( ☒ yes ☐ no ) If no, what language
    does respondent speak?_____

9.  Describe the facts of the most recent series of acts of harassment toward me (and my family or household members.)

A. Date/Time: _Nov. 14, 2016_ _____ Description: _Parking and Driving_
_by my House and Office, following me while driving_
_or walking, threatening_
_Police Report: A J23512_

B. Date/Time: _Nov. 13 early A.M._ Description: _Breaking in, Vandalizing_
_and burning (ARSON) my Dental office_
_police report # RB# AJ23248_

C. Date/Time: _multiple times,_ Description: _Stalking, attempting_
_assault, threatening my employees_

_Nov. 5 - late night Calling my wife, threatening, harassing_

I hereby swear, or affirm, under penalty of perjury, the foregoing affidavit is true.

_Peter C. Jessen DDS_
Signature of Petitioner

Subscribed and sworn on oath before me on ____ _NOVEMBER 15_ , _2016_

_Teri L. Knight_
Clerk of the District Court/Notary Public

GENERAL NOTARY - State of Nebraska
TERI L. KNIGHT
My Comm. Exp. April 6, 2019

(Seal)

✱ My employee, Jennifer Frazier has been granted a
protection order against Al Frazier for
threats, assault, stalking and Harrasment



209 S. 19th Street, Ste. 200 • Omaha, NE 68102-1938 • legalaidofnebraska.com
phn (402) 348-1069 • tf (888) 991-9921 • fax (402) 348-1068

March 3, 2016

Andrea Laura McChesney
McChesney & Farrell Law Office
209 S 19th St #640
Omaha, Nebraska 68102

**RE: CI 15 8083**

FOR SETTLEMENT PURPOSES ONLY

Dear Counsel:

My client has authorized me to propose the following in an attempt to resolve the pending dissolution action between the parties.

1) **Custody/Parenting time:**
Plaintiff proposes that the parties to abide by the parenting plan attached to the attached 2004 Decree. As such, the parties would be awarded joint custody of their minor child.

2) **Child Support/Expenses:**
Plaintiff wishes for the parties to abide by the child support arrangement – neither party owes child support to the other, and the parties will split the child's unreimbursed medical and child care expenses equally.

3) **Marital Residence:**
Defendant shall be permitted to remain in the martial residence for a period of 24 months from the entry of the decree.
During his time in the house, Defendant shall attempt to refinance the house; buy the house outright; or transfer the current mortgage responsibility to his name.
Defendant shall continue to be solely responsible for the mortgage as long as he resides in the residence.
If Defendant has not refinanced the house; purchased it outright; or transferred the mortgage to his name by deadline, parties will list the house and will share the proceeds equally.
Finally, if Defendant misses 3 payments in a row during his time in the house, the house shall be listed immediately, sold, and the parties shall split the proceeds.

**LSC**

4) **Debts**:
Parties will be solely responsible for any and all debts incurred in their respective names during the marriage except for the mortgage which Defendant would be responsible for, provided Defendant refinances the mortgage; purchases the house outright; or assumes the mortgage. If Defendant cannot refinance the home; purchase it outright; or assume the mortgage, the parties would sell the home and split the proceeds.

5) **Personal property:**
Parties will be awarded the personal property in their possession which includes but is not limited to clothing, bank accounts, cars, and legal judgments. Parties will be solely responsible for car payments for vehicles in their possession, if such exist.

6) **Income Tax Exemption:**
Parties will alternate the income tax exemption with Defendant claiming the child in even years and the Plaintiff claiming the child in odd years.

We look forward to your response.

Sincerely,

Liliana E. Shannon
Attorney at Law

Encl.

Add: It waives any & all claims of Δ's pending / past / future work comp / PI / disability medical claims / settlements of Δ.

LSC

OMAHA • BANCROFT • LINCOLN • NORFOLK • GRAND ISLAND • NORTH PLATTE • SCOTTSBLUFF



001401935D01

| STATE OF NEBRASKA<br>FORM NO. DC 19:2<br>Rev. 05/13<br>Neb. Rev. Stat. § 28-311.09<br>REQUIRED | **PETITION AND AFFIDAVIT TO<br>OBTAIN HARASSMENT<br>PROTECTION ORDER** | CASE NUMBER:<br><br>CI 16 - **9573** |

IN THE DISTRICT COURT OF ___DOUGLAS___ COUNTY, NEBRASKA

_Peter C. Jessen DDS_

Petitioner

vs.

_Alphonso Frazier_

Respondent

**PETITION AND AFFIDAVIT
TO OBTAIN HARASSMENT
PROTECTION ORDER**

ASSIGNED TO ___BETELSDORF___

1. I am the petitioner in this case. I am petitioning for a harassment protection order pursuant to Neb. Rev. Stat. § 28-311.09. (If your age is less than nineteen (19) years old, state age: _66_.)
   ☐ I am filing this petition on behalf of the following individuals who are family or household member(s):

   Name(s):_____

   Age(s):_____ Relationship(s)_____

2. Address: (Check Only One):
   ☐ My address is _12612 I. 2and St_ _Omaha_ _Nebr_ _68154_
   (Street or Route/Box)     (City)     (State)     (Zip)
   Mailing address, if different:_____
   Email address_____
   ☐ I am living in this county at an undisclosed address for my own protection.
   ☐ I have received address protection from the Secretary of State under the Address Confidentiality Program.
   (Service of any court process shall be made by mailing two copies of the process to the Office of Secretary of State, Address Confidentiality Program, Suite 2300, State Capitol Building, Lincoln, NE, 68509)

3. I am filing this petition against the respondent whose age is: _57_ and resides at:
   _4314 No. 53rd St Omaha Nebraska 68104_
   (Street or Route/Box)     (City)     (State)     (Zip)
   Mailing address (if different)_____

4. The respondent is a person who has willfully harassed me and has engaged in a knowing and willful course of conduct directed at me which seriously terrifies, threatens, or intimidates me and serves no legitimate purpose.

5. I have been a party to the following past, pending, or current court proceedings (i.e., dissolution, paternity, custody, juvenile or protection orders). Indicate, when, type of case, name of court(s), and docket/case number(s). _P.O. CI 16-8016 9:20-16 FRAZIER V. FRAZIER II JUDGE RANDALL_

   #30  FILED
   IN DISTRICT COURT
   DOUGLAS COUNTY NEBRASKA

   NOV 1 5 2016

   JOHN M. FRIEND
   CLERK DISTRICT COURT

6. I hereby ask the court to enter a protection order (mark all that apply):
   ☒ prohibiting the respondent from imposing any restraint upon me or upon my liberty;
   ☒ prohibiting the respondent from harassing, threatening, assaulting, molesting, or attacking me, or otherwise disturbing my peace;
   ☒ prohibiting the respondent from telephoning, contacting, or otherwise communicating with me.

DC 19:2
Page 1 of 2



EXHIBIT
B



7. I (☑ do, ☐ do not ) speak English. If you do not speak English, what language do you speak? _____
_____. Does the respondent speak English? (☑ yes ☐ no ) If no, what language
does respondent speak? _____

9. Describe the facts of the most recent series of acts of harassment toward me (and my family or household members.)

A. Date/Time: _Nov. 14, 2016_     Description: _Parking and Driving_
_by my House and Office, following me while driving_
_or walking, threatening_
_Police Report: AJ23512_

B. Date/Time: _Nov. 13 early A.M._ Description: _Breaking in, Vandalizing_
_and burning (ARSON) my Dental office_
_police report # RB# AJ23248_

C. Date/Time: _multiple times_     Description: _Stalking, attempting_
_assault, threatening my employees_

_Nov. 5 — late night Calling my wife, threatening, harrassing_

I hereby swear, or affirm, under penalty of perjury, the foregoing affidavit is true.

_Peter C. Jessen DDS_
Signature of Petitioner

Subscribed and sworn on oath before me on ___NOVEMBER 15   2016___

_____
Clerk of the District Court/Notary Public

GENERAL NOTARY - State of Nebraska
TERI L. KNIGHT
My Comm. Exp. April 6, 2019

(Seal)

✱ My employee, Jennifer Frazier has been granted a
protection order against Al Frazier for
threats, assault, stalking and Harrasment

DC 19:2
Page 2 of 2



001401935D01

STATE OF NEBRASKA
FORM NO. DC 19:2
Rev. 05/13
Neb. Rev. Stat. § 28-311.09
REQUIRED

**PETITION AND AFFIDAVIT TO OBTAIN HARASSMENT PROTECTION ORDER**

CASE NUMBER:

CI 16 - 9573

IN THE DISTRICT COURT OF **DOUGLAS** COUNTY, NEBRASKA

_Peter C. Jessen DDS_

Petitioner

vs.

_Alphonso Frazier_

Respondent

**PETITION AND AFFIDAVIT TO OBTAIN HARASSMENT PROTECTION ORDER**

ASSIGNED TO _RETELSDORF_

1. I am the petitioner in this case. I am petitioning for a harassment protection order pursuant to Neb. Rev. Stat. § 28-311.09. (If your age is less than nineteen (19) years old, state age: _66_.)
   ☐ I am filing this petition on behalf of the following individuals who are family or household member(s):

   Name(s):_____

   Age(s):_____ Relationship(s)_____

2. Address: (Check Only One):
   ☐ My address is _12612 T 2ard St   Omaha   Nebr   68154_
      (Street or Route/Box)      (City)      (State)      (Zip)
   Mailing address, if different:_____
   Email address_____
   ☐ I am living in this county at an undisclosed address for my own protection.
   ☐ I have received address protection from the Secretary of State under the Address Confidentiality Program. (Service of any court process shall be made by mailing two copies of the process to the Office of Secretary of State, Address Confidentiality Program, Suite 2300, State Capitol Building, Lincoln, NE, 68509)

3. I am filing this petition against the respondent whose age is: _57_ and resides at:
   _4314   No. 53rd St   Omaha Nebraska 68104_
   (Street or Route/Box)      (City)      (State)      (Zip)
   Mailing address (if different)_____

4. The respondent is a person who has willfully harassed me and has engaged in a knowing and willful course of conduct directed at me which seriously terrifies, threatens, or intimidates me and serves no legitimate purpose.

5. I have been a party to the following past, pending, or current court proceedings (i.e., dissolution, paternity, custody, juvenile or protection orders). Indicate, when, type of case, name of court(s), and docket/case number(s). _P.O. CI 16-8016  9-20-16 FRAZIER V. FRAZIER II JUDGE RANDALL_

6. I hereby ask the court to enter a protection order (mark all that apply):
   ☑ prohibiting the respondent from imposing any restraint upon me or upon my liberty;
   ☑ prohibiting the respondent from harassing, threatening, assaulting, molesting, or attacking me, or otherwise disturbing my peace;
   ☑ prohibiting the respondent from telephoning, contacting, or otherwise communicating with me.

#30   FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

NOV 1 5 2016

JOHN M. FRIEND
CLERK DISTRICT COURT

EXHIBIT
1

DC 19:2
Page 1 of 2

7.   I (☒ do, ☐ do not ) speak English. If you do not speak English, what language do you speak? _____
_____. Does the respondent speak English?  (☒ yes ☐ no ) If no, what language
does respondent speak? _____

9.   Describe the facts of the most recent series of acts of harassment toward me (and my family or household members.)

A. Date/Time: _Nov. 14, 2016_____   Description: _Parking and Driving_
_by my House and Office, following me while driving_
_or walking, threatening_
_Police Report: A J 23512_

B. Date/Time: _Nov. 13 early A.M._   Description: _Breaking in, Vandalizing_
_and burning (ARSON) my Dental office_
_police report # RB# AJ 23248_

C. Date/Time: _multiple times_____   Description: _Stalking, attempting_
_assault, threatening my employees_

_Nov. 5 — late night Calling my wife, threatening, harassing_

I hereby swear, or affirm, under penalty of perjury, the foregoing affidavit is true.

_Peter C. Jessen DDS_
Signature of Petitioner

Subscribed and sworn on oath before me on _NOVEMBER 15, 2016_

_Teri L. Knight_
Clerk of the District Court/Notary Public

GENERAL NOTARY - State of Nebraska
TERI L. KNIGHT
My Comm. Exp. April 6, 2019          (Seal)

✱ My employee, Jennifer Frazier has been granted a
protection order against Al Frazier for
threats, assault, stalking and Harrasment

5l.

7   I (☒ do, ☐ do not) speak English. If you do not speak English, what language do you speak? _____
    _____. Does the respondent speak English? (☒ yes ☐ no) If no, what language
does respondent speak?_____

I filed for this harrasment order after the Respondent buried my office and couldn't prove he did it so the order was rescinded by Judge Rattles dout.

9.  Describe the facts of the most recent series of acts of harassment toward me (and my family or household members.)

A. Date/Time: _11/25___ __7:30 A.M.___ Description: Alphonso was parked outside my house early in the morning. This was after he buried my office. The police came and filled in a police report. I don't have the + number —

B. Date/Time: _11/9/17_ __8:00 A.m.___ Description: As I was driving into my office (which is being reconstructed) Mr Fry pulled along side of me and made threatening gestures and driving too close, then sped off. I did not call the police, but was badly shaken. My office is about ready to reopen for 11/2 Fire.

C. Date/Time: _11/11/17___ Description: As I left my office Mr. Fry pulled alongside making threatening remarks and driving too close — I was forced to pull on a side street where he drove next to me saying He was going to "Fuck me up" He was going to "Fuck up my Life" He was going to "Fuck up my Family", I stupidly tryed to get out of my truck and he opened the door and grabbed a large knife to backed off and realized how dumb

I hereby swear, or affirm, under penalty of perjury, the foregoing affidavit is true.

_Teri Knight (8/12am)_
Signature of Petitioner

Subscribed and sworn on oath before me on __JANUARY    12    2017__

_Teri L Knight_
Clerk of the District Court/Notary Public

GENERAL NOTARY - State of Nebraska
TERI L. KNIGHT
My Comm. Exp. April 6, 2019

(Seal)

I was for approaching him. Another person that was driving by called 911 as he had heard him screaming and threatening. He left in a hurry. The police got there shortly after. I told them about Mr. Fry and they said they knew of Him and that he has a long history with O.P.D. The police filled out a report.

DC 19:2
Page 2 of 2 — The number is AJ 37341. The Arson Investigator also came (Officer Scott Fox) He has told me that this is a very bad man but has been unable to arrest.

I, JULIE L. MEDINA, Deputy County Attorney, allege that this Information is true based upon my information and belief.

JULIE L. MEDINA, # 23768
Deputy County Attorney

Witnesses for the State:
TIMOTHY A SEIKER #2218
MATTHEW J HIRZ #2216
ANGELA S CIRCO #1546
JORDAN A JACOBS #2102
SCOTT A FOX #9058
ROBERT J DELLUTRI #2217
JUSTIN J SMITH #2098
DAVID J SOBOTKA #9061
JEFFREY A QUICK #1879
BRANDON D OZMUN #1887
ANTHONY L CONNEP. #1641
TODD M O KEEFE #1504
MARK LANG
PETER JESSEN
JENNIFER FRAZIER
M. F.
PAUL MILLER
LOY SIMMS

2



01/18/2017 Journal Entry & Order
           This action initiated by Thomas K Harmon
           Image ID  D04105874C01


01/18/2017 Bond Set
           Bond is set at $       50,000.00
           Bond has conditions. See Journal Entry for details.


01/18/2017 First Appearance


01/18/2017 Order-Release from Custody
           This action initiated by Thomas K Harmon
           Image ID  0324927CRC01



01/17/2017 Return-Warrant
           The document number is 04102996
           Served 01/16/2017, Omaha Police Department
           Personal Service
           Image ID  D04103772C01


01/13/2017 Signed Warrant
           The document number is 04102996
           Image ID  0321229CRC01


01/13/2017 Warrant Issued on Alphonso V Frazier
           The document number is 04102996


01/13/2017 Complaint
           This action initiated by party State of Nebraska


           Image ID  0321232CRC01



001438301D01

## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRAKSA

Peter C. Jessen, DDS

CI # 17    - 297

_____
                    Petitioner

VS.

### NOTICE OF HEARING

Alphonso Frazier  AKA Alphonso Fry

_____
                    Respondent

**IT IS ORDERED** that a hearing on this matter be held on February 1, 2017 _____
at 8 30 a m ____ , Court Room # 315, 3rd floor , Hall of Justice, Omaha, Nebraska, to provide the respondent
an opportunity to appear and show cause why the requested protection order should not be issued,
modified, or remain in effect. Any protection order previously issued shall remain in effect until the
date that the hearing is actually held.

**IT IS FURTHER ORDERED** that a copy of this notice shall be mailed to both the petitioner and the
respondent at their respective addresses.

**NOTICE TO PETITIONER**: You must appear at the place, date and time show to show cause why your
protection order should be issued, modified, or remains in effect.

Dated: January 20, 2017 _____

/s/ Teri Knight _____
Deputy, CLERK OF THE DISTRICT COURT

CERTIFICATE OF SERVICE
I, the undersigned, certify that I served by mailing (by United States mail), postage prepaid, a copy of the forgoing notice
of hearing upon the petitioner and the respondent at their respective addresses shown in the request for hearing and
petition.

Dated : January 20, 2017  *

/s/ Teri Knight _____
SIGNATURE

#30    FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

JAN 2 0 2017

JOHN M. FRIEND
CLERK DISTRICT COURT

## ARREST WARRANT

IN THE COUNTY COURT OF Douglas COUNTY, NEBRASKA

Doc. No.     4118709

State of Nebraska v. Alphonso V Frazier Ii
                           Citation No: CW 170085      Case ID: CR 17     2475

TO: THE Omaha Police Department OR ANY DULY AUTHORIZED LAW ENFORCEMENT OFFICER

A complaint has been filed in the above court alleging the above-named defendant
committed the following offense(s):

| Statute | Offense Description | Type | Cls | Off. Date |
|---------|---------------------|------|-----|-----------|
| 28-507 | Burglary | FEL | 2 | 11/12/2016 |
| 28-503 | Arson-2nd degree | FEL | 3 | 11/12/2016 |
| 28-311.04 | Stalking-felony offense | FEL | 3 | 11/12/2016 |
| 28-707 | Commit child abuse intentional/no injury | FEL | 3 | 11/12/2016 |

The court finds, upon complaint supported by oath or affirmation, probable cause
exists for the issuance of a warrant

THEREFORE YOU ARE ORDERED to immediately arrest said defendant wherever he/she may
be found and to bring him/her promptly before this court or any judge or magistrate
having jurisdiction of this matter, to answer such complaint and be further dealt
with according to law.

Date: _____     Judge/Magistrate _____



```
0335766CRC01
```

Officer:     Angela Circo                    Omaha Police Department

Defendant    Alphonso V Frazier Ii              AKA Alphonso V Fry
             4314 N 53 St                       AKA
             Omaha, NE  68104-0000              AKA
                                                AKA
                                       Drivers Lic: H12305944          NE
                                       Vehicle Lic:              Plate Type
      DOB: 02/20/1964  Ht: 6 00  Wt: 200  Sex: M  Eyes: BRO   Hair: BRO   Race: B

| Receipt | Type | Date | For | Amount |
|---------|------|------|-----|--------|
| | | | L.E.I.F. | $2.00 |
| | | | Legal Aid/Services Fun | $4.25 |
| 3289630 | Check | 01/26/2017 | Frazier,Alphonso,V | $5,000.00 |
| | | | 10% Bond Fees | $500.00 |
| | | | Bond-Appearance | $4,500.00 |

## Register of Actions

03/29/2017 Note from Court Staff
    Per Judge Keim, atty has to forclose on lien, so if either party appears
    for money, check should be issued to atty AND defendant/wm

02/08/2017 Order-Seal Case Dism/Not Guilty (6:
        This action initiated by Marcena Hendrix
        Image ID  D04128643C01

02/01/2017 Dismissal
        This action initiated by party State of Nebraska
   per Wear/vr

02/01/2017 Order-Release of Prisoner

        This action initiated by Craig Q McDermott
        Image ID  D04120527C01

02/01/2017 Journal Entry & Order
        This action initiated by Craig Q McDermott
        Image ID  D04120526C01



02/01/2017 Hearing

01/31/2017 Request
        This action initiated by party Alphonso V Frazier
   CD
        Image ID  0340125CRC01

01/27/2017 Attorney's Lien
        This action initiated by party Alphonso V Frazier

        Image ID  N17027EOSC01

01/26/2017 Bond Filed
   BOND  142699 FILED
        Image ID  0338878CRC01

01/18/2017 Commitment in Default of Bail
        This action initiated by Thomas K Harmon
        Image ID  0324924CRC01

01/18/2017 Order-Appt Public Defender
        This action initiated by Thomas K Harmon
        Image ID  0324933CRC01

01/18/2017 Order to Appear
        This action initiated by Thomas K Harmon

   for Prelim Hearing on 02/03/2017 @ 9am in #25.  /ch
        Image ID  0324930CRC01



IN THE DISTRICT COURT OF DOUG

| | |
|---|---|
| JENNIFER L. FRAZIER, | CASE NO. CI 15-8083 |
| Plaintiff, | |
| v. | MOTION TO WITHDRAW |
| ALPHONSO V. FRAZIER, II, | |
| Defendant. | |

COMES NOW Andrea Finegan McChesney, attorney of record for Defendant, ALPHONSO V. FRAZIER, II, and hereby moves the Court for permission to withdraw as attorney of record for Defendant in the above entitled matter. In support of this Motion, the undersigned states that there has been a breakdown in communication and that the Defendant has failed to abide by the Attorney Client Agreement.

In the event the Court grants this Motion, Defendant has informed the Defendant that further communication regarding this matter should be directed to Defendant at his home address, which is 4314 North 53rd Street, Omaha, NE 68104.

WHEREFORE, Andrea Finegan McChesney respectfully requests that the Court enter an Order granting her leave to withdraw as attorney for the Defendant in the above-entitled case.

DATED this 13th day of January, 2017.

By

Andrea Finegan McChesney, #25008
209 South 19th Street, Suite 640
Omaha, NE 68102
402.934.4884
888.315.9780
amcchesney@mflawomaha.com
ATTORNEY FOR DEFENDANT

FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA
JAN 13 2017
JOHN M. FRIEND
CLERK DISTRICT COURT



## NOTICE OF HEARING

You are hereby notified that the above matter will be called up for hearing on the ___20ᵗʰ___ day of January, 2017, at _1:45pm_ in the Douglas County District Court, Courtroom No. 16, 3rd Floor, Hall of Justice, 1701 Farnam Street, Omaha, Nebraska 68183, or as soon thereafter as counsel may be heard

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw was delivered via electronic mail and by regular United States mail postage prepaid to the following:

Liliana E. Shannon
LShannon@legalaidofnebraska.org

Alphonso Frazier
4314 North 53rd Street
Omaha, NE  68104
Alvfrazier2@gmail.com

Krista L. Mink

54.

IN THE DISTRICT COURT OF DOUG

001441495D01

JENNIFER L. FRAZIER,                  )        CASE NO. CI 15-8083
                                      )
            Plaintiff,                )
                                      )
v.                                    )        MOTION TO WITHDRAW
                                      )
ALPHONSO V. FRAZIER, II,              )
                                      )
            Defendant.                )

COMES NOW Andrea Finegan McChesney, attorney of record for Defendant, ALPHONSO V. FRAZIER, II, and hereby moves the Court for permission to withdraw as attorney of record for Defendant in the above entitled matter. In support of this Motion, the undersigned states that there has been a breakdown in communication and that the Defendant has failed to abide by the Attorney Client Agreement.

In the event the Court grants this Motion, Defendant has informed the Defendant that further communication regarding this matter should be directed to Defendant at his home address, which is 4314 North 53rd Street, Omaha, NE 68104.

WHEREFORE, Andrea Finegan McChesney respectfully requests that the Court enter an Order granting her leave to withdraw as attorney for the Defendant in the above-entitled case.

DATED this 13th day of January, 2017.

By_____
Andrea Finegan MCChesney, #25008
209 South 19th Street, Suite 640
Omaha, NE 68102
402.934.4884
888.315.9780
amcchesney@mflawomaha.com
ATTORNEY FOR DEFENDANT

FILED
#13 IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA
JAN 1 3 2017
JOHN M. FRIEND
CLERK DISTRICT COURT



JB

COURT CASE #: D01CI17297
COURT DOC #: 429845
ATTY:        D - DISTRICT COURT

RE: PETER C. JESSEN, DDS V. ALPHONSO FRAZIER AKA ALPHONSO FRY

RECEIVED DATE: JANUARY 13, 2017

SERVICE ON: ALPHONSO FRAZIER AKA ALPHONSO FRY

ACTION TYPE AND PAPER TYPE: HARASSMENT PO (EX PARTE), HARASSMENT PO (EX PARTE), PETITION, AFFIDAVIT TO OBTAIN HARRASSMENT PROTECTION ORDER, REQUEST FOR HEARING, HOW TO RESPOND TO AN EX PARTE PROTECTION ORDER BROCHURE, COMO RESPONDER A UNA ORDEN DE PROTECCION "EX PARTE" BROCHURE

RETURNED: SERVED

SERVICE TYPE: PERSONAL

SERVICE DATE/TIME: JANUARY 17, 2017  8:49 AM

SERVICE RECORD:

01/17/2017  08:49 AM   SERVED @ DCDC 710 SOUTH 17TH STREET  OMAHA NE

JOHN OGORZALY
AUTHORIZED AND APPOINTED BY TIMOTHY F. DUNNING, SHERIFF

| MILEAGE | $0.56 |
|---------|-------|
| RETURN  | $6.00 |
| SERVICE | $12.00 |
| TOTAL   | $18.56 |

*Timothy F. Dunning*

#12    FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

JAN 1 9 2017

JOHN M. FRIEND
CLERK DISTRICT COURT



50/87



**HARASSMENT
PROTECTION ORDER**

DC 19:4        Revised 10/13
Neb. Rev. Stat. §28-311.09

Document # **CI**

IN THE DISTRICT COURT OF __DOUGLAS__ COUNTY, NEBRASKA

Peter C Tessman pr 1

Case # __17 -27__

_____
Petitioner
vs.
Alphon 10 Frazier
Respondent

**HARASSMENT
PROTECTION ORDER**
**(Ex Parte)**

THE COURT, having received the Petition and Affidavit of the petitioner, finds that a harassment protection order pursuant to Neb. Rev. Stat. § 28-311.09 should be issued. FURTHER, it reasonably appears from the specific facts included in the affidavit that irreparable harm, loss or damage will result before this matter can be heard on notice, therefore, the court having jurisdiction of the parties finds that a harassment protection order should be issued.

IT IS THEREFORE ORDERED, that unless modified by order of the court, pursuant to Neb. Rev. Stat. § 28-311.09, a harassment protection order against the respondent is granted for a period of one year from the date of this order and the petitioner is granted the following relief:

X  1. respondent is enjoined from imposing any restraint upon the person or liberty of the petitioner.
X  2. respondent is enjoined from harassing, threatening, assaulting, molesting, attacking, or otherwise disturbing the peace of the petitioner.
X  3. respondent is enjoined from telephoning, contacting, or otherwise communicating with the petitioner.
____  4. this order shall also apply to the following family or household members: _____
_____

If the respondent wishes to appear and show cause why this order should not remain in effect for a period of one year, he or she shall affix his or her current address, telephone number, and signature on the **Request for Hearing** form provided and return it to the clerk of the district court within five (5) days after service upon him or her. This order shall remain in effect during the time prior to the hearing. Costs are waived unless otherwise ordered by the court.

DATED: _____ January  13 , 2017 JUDGE _____

**NOTICE TO RESPONDENT**
PURSUANT to the Violence Against Women Act of 1994, this order is enforced in all fifty states, the District of Columbia, tribal lands and U.S. territories. Moreover, if no hearing is requested or a final order is entered against you after a hearing of which you had actual knowledge and an opportunity to participate, whether or not you actually participated and if this court order restrains you from harassing, stalking, or threatening an intimate partner or child of such intimate partner, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child, you may be subject to a federal penalty for possessing, transporting, or accepting a firearm or ammunition under the 1994 amendment to the Gun Control Act.

Page 1 of 2

Harassment Protection Order (Ex Parte)
DC 19:4  Rev 10/13

#12   FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

JAN 1 3 2017

JOHN M. FRIEND
CLERK DISTRICT COURT.

| STATE OF NEBRASKA<br>FORM NO. DC 19-3<br>Rev. 7/06; Neb. Rev. Stat. § 28-311.09 | PROTECTION ORDER<br>INFORMATION<br>HARASSMENT | Copy on Reverse of 19-4,<br>19-5, 19-6 & 19-7 |
|---|---|---|

## GENERAL INFORMATION

A harassment protection order is a court order issued to a victim who has been harassed, pursuant to Neb. Rev. Stat. § 28-311.09 et seq. In order to qualify for a harassment protection order, the petitioner must show that the respondent has engaged in a knowing and willful course of conduct directed at the petitioner which seriously terrifies, threatens, or intimidates the petitioner and which serves no legitimate purpose. A course of conduct is defined as a pattern of conduct composed of a series of acts over a period of time, however short, evidencing a continuity of purpose, including a series of acts of following, detaining, restraining the personal liberty of, or stalking, telephoning, contacting, or otherwise communicating with the petitioner.

A protection order may prohibit the respondent from imposing any restraint upon the petitioner or family or household member, or liberty of the petitioner, harassing, threatening, assaulting, molesting, attacking, or otherwise disturbing the peace of the petitioner, and telephoning, contacting, or otherwise communicating with the petitioner.

Family or household member means a spouse or former spouse of the victim, children of the victim, a person presently residing with the victim or who has resided with the victim in the past, a person who had a child in common with the victim, other persons related to the victim by consanguinity or affinity, or any person presently involved in a dating relationship with the victim or who has been involved in a dating relationship with the victim. For purposes of this subdivision, dating relationship means frequent, intimate associations primarily characterized by the expectation of affection or sexual involvement but does not include a casual relationship or an ordinary association between persons in a business or social context. § 28-311.02 (c).

Fees to cover costs associated with the filing, issuance, or service of a protection order shall not be charged, except that a court may assess such fees and costs if the court finds that the statements contained in the application were false and that the protection order was sought in bad faith. The court may assess costs against the adverse party at the final hearing.

Once the protection order petition is granted, it may not be withdrawn except upon order of the court. The protection order shall be effective for one year unless otherwise modified by the court.

In order to qualify for a harassment protection order, the petition shall state the events and dates of acts constituting the alleged harassment.

## NOTICE TO RESPONDENT

If there has been an **Ex Parte** Protection Order served upon you and you wish to request a hearing to show cause why the order should not remain in effect, you must request a hearing on the provided "Request for Hearing" form by completing the form and returning it to the clerk of the district court at the address listed at the bottom of the form. You must return the form within five (5) days after you have been served. The court will schedule a hearing within thirty (30) days after reviewing your request and shall notify you and the petitioner of the hearing date. **Ex Parte** means "done for, in behalf of, or on the application of, one party only".

If there is a hearing scheduled and you wish to defend against the claims set forth in the application for a protection order, you must appear at the hearing. You are warned that if you fail to appear, the case will proceed without you and a final order may be entered against you for the relief requested in the petition. You are required to obey the terms of the protection order as soon as it is served upon you.

If you disobey the terms of the protection order, you will be subject to the following **Nebraska Revised Statutes.**

**Violation of a Protection Order:** Any person convicted of violating the terms of a harassment protection order after being served shall be subject to either Neb. Rev. Stat. § 28-311.04 or § 28-311.09(4).

If a protection order has been issued against you, the following **United States Federal Statutes** apply to the issuance of a valid protection order.

**Full Faith and Credit Provision:** Pursuant to the Violence Against Women Act of 1994, 18 U.S.C. § 2265, this order is enforceable in all fifty (50) states, the District of Columbia, tribal lands and U.S. territories. The penalties for violation of this order are determined by the existing penalty of the location in which the violation occurred. Nebraska's Harassment Full Faith and Credit provisions are found in § 28-311.10.

**Interstate Domestic Violence:** If you travel across state or tribal land with the intent to injure the petitioner and then intentionally commit a crime of violence causing bodily injury to the petitioner, you may be convicted of committing a federal offense under the VAWA, 18 U.S.C. § 2261(a)(1). You may also be convicted of committing a federal offense if you cause the petitioner to cross state or tribal land lines for this purpose. 18 U.S.C. § 2262(a) (2).

**Interstate Violation of a Protection Order:** If you travel across state or tribal land lines with the intent to violate the final protection order and subsequently violate such order, you may be convicted of committing a federal offense under the VAWA, 18 U.S.C. § 2261(a)(1). You may also be convicted of committing a federal offense if you cause the plaintiff to cross state or tribal land lines for this purpose. 18 U.S.C. § 2262(a)(2).

IN THE DISTRICT COURT OF DOUG[...]

| | |
|---|---|
| JENNIFER L. FRAZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALPHONSO V. FRAZIER, II, | ) |
| | ) |
| Defendant. | ) |

CASE NO. CI 15-8083

MOTION TO WITHDRAW

COMES NOW Andrea Finegan McChesney, attorney of record for Defendant, ALPHONSO V. FRAZIER, II, and hereby moves the Court for permission to withdraw as attorney of record for Defendant in the above entitled matter.  In support of this Motion, the undersigned states that there has been a breakdown in communication and that the Defendant has failed to abide by the Attorney Client Agreement.

In the event the Court grants this Motion, Defendant has informed the Defendant that further communication regarding this matter should be directed to Defendant at his home address, which is 4314 North 53rd Street, Omaha, NE  68104.

WHEREFORE, Andrea Finegan McChesney respectfully requests that the Court enter an Order granting her leave to withdraw as attorney for the Defendant in the above-entitled case.

DATED this 13th day of January, 2017.

Exhibit

By_____
Andrea Finegan McChesney, #25008
209 South 19th Street, Suite 640
Omaha, NE  68102
402.934.4884
888.315.9780
amcchesney@mflawomaha.com
ATTORNEY FOR DEFENDANT



FILED
#13 IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA
JAN 1 3 2017
JOHN M. FRIEND
CLERK DISTRICT COURT

I

JB

## NOTICE OF HEARING

You are hereby notified that the above matter will be called up for hearing on the __20th__ day of January, 2017, at __1:45pm__ in the Douglas County District Court, Courtroom No. 16, 3rd Floor, Hall of Justice, 1701 Farnam Street, Omaha, Nebraska 68183, or as soon thereafter as counsel may be heard

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Withdraw was delivered via electronic mail and by regular United States mail postage prepaid to the following:

Liliana E. Shannon
LShannon@legalaidofnebraska.org

Alphonso Frazier
4314 North 53rd Street
Omaha, NE 68104
Alvfrazier2@gmail.com

Krista L. Mink



## IN THE DISTRICT COURT FOR DOUGLAS COUNTY, NEBRASKA

JENNIFER L. FRAZIER, #6   **FILED**
                              IN DISTRICT COURT
   **PLAINTIFF**,DOUGLAS COUNTY NEBRASKA

   VS.                        FEB 0 9 2017

ALPHONSO V. FRAZIER II,

   **DEFENDANT**, JOHN M. FRIEND
                  CLERK DISTRICT COURT

**Case ID No.: CI 15-8083**

**STIPULATED ORDER FOR EX PARTE RELIEF**

   **THIS MATTER** came before the Court on Plaintiff's Motion for Ex Parte Relief. Whereupon, the Court, being fully advised in the premises, finds it has jurisdiction over the subject matter herein and the parties hereto; that this Court shall enter an Ex Parte Order awarding Plaintiff, Jennifer L. Frazier, immediate access to the marital residence located at 4314 N. 53rd Street, Omaha, NE 68104; that this Court shall grant Plaintiff immediate permission to change the locks to the marital residence, that this Court shall grant Plaintiff immediate permission to list the marital residence as soon as possible; and that this Court shall enter an Order excluding Defendant from the residence upon entry of this Order for Ex Parte Relief, until further order of the Court; and that this Court order all law enforcement to assist Plaintiff in enforcing this order.

   **IT IS THEREFORE ORDERED** that the Court's Temporary Order dated January 20, 2017 which grants Plaintiff, Jennifer L. Frazier, exclusive use of the premises shall remain in full force and effect subject to the following changes.

   **IT IS FURTHER ORDERED** that Plaintiff, Jennifer L. Frazier, is granted immediate access to the marital residence located at 4314 N. 53rd Street, Omaha, NE 68104. Further, Jennifer L. Frazier shall be permitted to change the locks to the residence upon entry of this Order. Jennifer L. Frazier shall be permitted to list the residence upon entry of this Order.

   **IT IS FURTHER ORDERED** that Defendant, Alphonso V. Frazier, shall be excluded from the residence located at 4314 N. 53rd Street, Omaha, NE 68104.

   **IT IS FURTHER ORDERED** that Defendant, Alphonso V. Frazier, shall be permitted to access the marital residence for the sole purpose of retrieving his belongings and solely with the accompaniment of a law enforcement escort and in the presence of a third party chosen by Plaintiff to monitor Defendant's presence in the marital residence while Defendant, Alphonso V. Frazier, retrieves his personal belongings. Prior to retrieving his belongings, Defendant, Alphonso V. Frazier, shall submit a list of his belongings to counsel for Plaintiff.

   **IT IS FURTHER ORDERED** that law enforcement, including any officer of the Omaha Police Department or the Douglas County Sheriff's Department, shall assist Plaintiff in enforcing this order.

   **IT IS FURTHER ORDERED** that this matter is set for further hearing before the Honorable Judge Gary B. Randall, District Court Judge, in the District Court of Douglas County, Nebraska, in Courtroom No. 316, 3rd Floor of the Douglas County Hall of Justice, 1701 Farnam Street, Omaha, Nebraska, on the 22nd day of February, 2017, at 2:45 pm or as soon thereafter as counsel may be heard.

Frazier v. Frazier                         Page 1 of 2
Case ID No.: CI 15 8083
Order for Ex Parte Relief



001435779D01

**IT IS FURTHER ORDERED** that this Order shall remain in full force and effect until said hearing.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2017.

**BY THE COURT:**

_____

**District Court Judge**

Prepared and submitted by:

~~Lillian E. Shannon #22854~~
~~Attorney for Plaintiff~~
~~Legal Aid of Nebraska~~
209 S. 19th Street, Suite 200
Omaha, Nebraska 68402
(402) 348-1069, extension 253
lshannon@legalaidofnebraska.org

Reviewed and approved by:

Erin E. Wetzel #25443
Attorney for Defendant
Oestmann & Albertsen Law, P.C. LLO
1907 Farnam St.
Omaha, Nebraska 68102
402-614-1880
erin@oalawomaha.com

Frazier v. Frazier                    Page 2 of 2
Case ID No.: CI 15 8083
Order for Ex Parte Relief

| ARRESTING AGENCY | ARREST NO | OPD NO. | DCS NO | REPORT NO |
|---|---|---|---|---|
| OMAHA POLICE DEPARTMENT | K1111916 | | 027731 | J37341    BP |

| ARRESTEE NAME | RAC | SEX | D.O.B. | HGHT | WGHT | HAIR | EYES | COMP | DATANO |
|---|---|---|---|---|---|---|---|---|---|
| FRAZIER ALPHONSO V 2 | B | M | 02/20/64 | 6 00 | 200 | BRO | BRO | | 2132480 |

| ARRESTEE ADDRESS | CITY | STAT | ZIP | HOME PHONE | BIRTH CITY | STATE |
|---|---|---|---|---|---|---|
| 4314 N 53 ST | OMAHA | NE | 68104 | 4026099016 | OMAHA | NE |

EMPLOYED BY          EMPLOYER ADDRESS                    BUS PHONE    WORK HOURS

| ALIAS/MAIDEN NAME | MAR. STAT | SOC. SEC. | DRIVER LICENSE | STAT | TYP OF LIC |
|---|---|---|---|---|---|
| | | 505980298 | H12305944 | NE | |

MARKS, SCARS, TATTOS:  NONE

IF SICK,INJURED,INTOXICATED DESCRIBE TO WHAT DEGREE          MEDICATION
NONE                                                        YES

NEXT OF KIN                    ADDRESS                      PHONE
NONE

| LOCATION OF ARREST | DIST | CITY | STAT | DAY | DATE ARSTD | TIME | SPECIMEN |
|---|---|---|---|---|---|---|---|
| 4314 N 53 ST | 22 | OMAHA | NB | · | 01/16/17 | 1946 | N |

| ARRESTING OFFICER 1 | SER NO | ARRESTING OFF 2 | SER NO |
|---|---|---|---|
| DELLUTRI     ROBERT | 2217 | MOORE,ADAM R | 1984 |
| COMMAND AUTHORIZATION | SER NO | TRANSPORTING OFFICER | SER NO |
| FOX,LINDSEY A | 1990 | MOORE,ADAM R | 1984 |
| BOOKED BY | SER NO | SEARCHED BY | SER NO |
| BATTEN,ANTHONY A | Y659 | DELLUTRI,ROBERT J 3 | 2217 |

| DATE BOOKED | TIME | ARRESTED WITH | D.O.B. | RIGHT INDEX FINGER |
|---|---|---|---|---|
| 01/16/17 | 2011 | | | 3 |

REMARKS                                                     3
PARTY ARRESTED ON WARRANT 04102996,MC                       3
                                                            3
                                                            3
                                                            3
                                                            3

| CONV | REPORT STATUTE | | | | | BOND | COURT | |
|---|---|---|---|---|---|---|---|---|
| CODE | NUMBER | ORDINANCE NO. | CLA | DESCRIPTION | | AMOUNT | TP DATE | TIME |
| 20563 | J37341 | 28-311.01 | F3A | TERRORISTIC THREAT | | JUDGE | E 011817 | 0900 |
| 22555 | J37341 | 28-1322 | M3 | DOMESTIC DISTURBING THE PEA | ROR | | E 020617 | 1330 |

BOND SET BY          DATE      TIME  TOTAL BOND  COURT
                                     JUDGE       CNTY

RECORD OF ARREST
** ARRESTEE COPY **

INTERPRETER                                                              PAGE: 1 OF 1

ARRESTING AGENCY              ARREST NO    OPD NO.    DCS NO    REPORT NO
OMAHA POLICE DEPARTMENT       K1112444                027731    J24248      BP

ARRESTEE NAME                 RAC SEX D.O.B.   HGHT WGHT HAIR EYES COMP DATANO
FRAZIER ALPHONSO V 2          B   M  02/20/6: 6 00  200  BRO  BRO       2182480

ARRESTEE ADDRESS              CITY      STAT  ZIP    HOME PHONE BIRTH CITY STATE
4314 N  53 ST                 OMAHA     NE   68104  4026099016 OMAHA       NE

EMPLOYED BY        EMPLOYER ADDRESS            BUS PHONE    WORK HOURS


ALIAS/MAIDEN NAME        MAR. STAT  SOC. SEC. DRIVER LICENSE  STAT TYP OF LIC
                                    505980298 H12305944       NE

MARKS, SCARS, TATTOS:

IF SICK,INJURED,INTOXICATED DESCRIBE TO WHAT DEGREE              MEDICATION
NO                                                              PAIN MEDS

NEXT OF KIN                      ADDRESS                  PHONE
NONE

LOCATION OF ARREST           DIST CITY      STAT DAY DATE ARSTD TIME SPECIMEN
4314 N  53 ST                  22  OMAHA      NB  MON 01/30/17  1806

ARRESTING OFFICER 1     SER NO    ARRESTING OFF 2        SER NO
SEIKER       TIMOTHY    2218      HIRZ,MATTHEW J         2216
COMMAND AUTHORIZATION   SER NO    TRANSPORTING OFFICER   SER NO
FOX,LINDSEY A           1990      HIRZ,MATTHEW J         2216
BOOKED BY               SER NO    SEARCHED BY            SER NO
DUTCHER,RICHARD A       Y050      SEIKER,TIMOTHY A       2218

DATE BOOKED   TIME   ARRESTED WITH         D.O.B.      RIGHT INDEX FINGER
01/30/17     1835                                      3
REMARKS                                                3
PARTY BOOKED ON W#4118709 DOC#17-2475                  3
                                                       3
                                                       3
                                                       3
                                                       3

CONV  REPORT STATUTE                                   BOND     COURT
CODE  NUMBER ORDINANCE NO. CLA DESCRIPTION          AMOUNT TP DATE   TIME
10624 J24248 28-507       F2A BURGLARY             JUDGE  N 020117 0900
21006 J24248 28-503       F3  ARSON, 2ND DEGREE    JUDGE  N 020117 0900
10035 J24248 28-311.04(2) F3A STALKING: VIOLATE PROTECTIO JUDGE N 020117 0900
22120 J24248 28-707(4)    F3A CHILD ABUSE BY INTENT-NO SE JUDGE N 020117 0900
225 5 J24248 28 432       M3  DOMESTIC DISTURBING THE PEA ROR R 022117 1330

                              TIME  TOTAL BOND COURT
                              JUDGE       CNTY



Justice # CW170085
Data # 2182480

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA
            Plaintiff,

vs.

ALPHONSO V FRAZIER, II,
            Defendant.
a.k.a.: ALPHONSO V FRY
D.O.B. 20 February 1964.
ADDRESS: 4314 N 53 ST
          OMAHA, NE 68104
DR. LIC.: H12305944  NE
AR# CW170085
RB# J24248
CMS# CW170085
EH

CR# 17 - 2475

**CRIMINAL COMPLAINT
(FELONY)**

FILED
CRIM/TRAF DIVISION

JAN 3 0 2017

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

       The State of Nebraska hereby complains to the Court that ALPHONSO V FRAZIER II, is alleged to have violated the laws of the State of Nebraska, to-wit:

## COUNT 1: BURGLARY CLASS IIA FELONY

On or about 12 November 2016, in Douglas County, Nebraska, ALPHONSO FRAZIER did then and there willfully, maliciously, and forcibly break and enter into a building located at 5148 N. 90TH STREET, with intent to commit a felony ARSON or with the intent to steal property of any value in violation of Neb. Rev. Stat. §28-507 a Class IIA Felony.
10624
28-507

## COUNT 2: ARSON SECOND DEGREE Class III Felony

On or about 12 November 2016, in Douglas County, Nebraska, ALPHONSO FRAZIER did then and there intentionally damage a building or property contained within a building by starting a fire or causing an explosion or if a fire is started or an explosion is caused in the perpetration of any robbery, burglary, or felony criminal mischief in violation of Neb. Rev. Stat. §28-503 a Class III Felony.
21006
28-503



1



IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| ALPHONSO FRAZIER, II, | ) | CASE NO. CI 17 862 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FIRST AMMENDED |
| vs. | ) | MOTION TO DISMISS AND |
| | ) | NOTICE OF HEARING |
| PETER C. JESSEN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the Defendant, Peter C. Jessen, by and through his attorney of record, Richard J. Rensch, and again moves the Court to dismiss the above-entitled action pursuant to §6-1112(b)(6) of the Nebraska Rules of Pleadings in Civil Cases. The Defendant further moves the Court to dismiss, with prejudice to a future action, because Defendant's actions and statements complained of by Plaintiff are entitled to absolute immunity. In support of said Motion, Defendant hereby asserts the following:

1. Plaintiff's "Complaint" filed on January 31, 2017 (a copy of which is attached hereto as **Exhibit "A"**), fails to state a claim upon which relief can be granted – in violation of §6-1108(a)(2) which requires "a short and plain statement...showing that the pleader is entitled to relief". Plaintiff's "Complaint" fails to state sufficient facts to establish a cause of action against Defendant. Plaintiff's "Complaint" fails to set out any duty owed to Plaintiff by Defendant or that Defendant breached any duty owed Plaintiff that would entitle him to relief.

2. Plaintiff's "Complaint" seeks damages of $3,000,000.00 for emotional distress he suffered because of intentional acts perpetrated by Defendant in connection with a Protection Order filed against Plaintiff under a separate action in the District Court of Douglas County which Plaintiff identified as civil action CI 16-9573. Attached hereto as **Exhibit "B"** is Defendant's "PETITION AND AFFIDAVIT TO OBTAIN HARASSMENT PROTECTION ORDER" filed by Defendant seeking protection from Plaintiff filed under CI 16-9573. Defendant's action in filing Exhibit B and his statements under oath found thereon are entitled to absolute immunity. See *Drew v. Davidson,* 12 Neb. App. 69, 667 N.W.2d 560 (2003) (a copy of *Drew v. Davidson* which is attached as **Exhibit "C"**). Therefore, in the exact words of *Drew v. Davidson*, "... no cause of action for intentional infliction of emotional distress can stand". Id. At 566.



**CONTINUATION OF AFFIDAVIT OF COMPLAINING WITNESS**      **PAGE 2**
FOX was able to retrieve video surveillance from Keith's BP gas station, 5220 North 90th Street, Omaha, Nebraska. The video shows a Toyota Tacoma 4 door truck, with accessories including distinctive rims, running boards and tonneau cover that matches the known vehicle of Alphonso FRAZIER. The video shows the Toyota Tacoma driving through the parking lot at 2249 hours on 12 NOV 16 which is approximately sixteen minutes before the fire was reported to 911. FOX confirmed that the call to report the fire was made at 2306 on 12 NOV 16.

Dr. JESSEN stated Alphonso FRAZIER had called his home on 10 OCT 16 and spoke to his wife, Patricia JESSEN, telling her that, "I just want you to know your husband has been screwing my wife for years." Dr. JESSEN states Alphonso FRAZIER is convinced that the reason his marriage is ending is <u>because of an affair between Jennifer FRAZIER and Dr. JESSEN, which both Jennifer FRAZIER and Dr. JESSEN state is not true.</u>

FILED
CRIM/TRAF DIVISION
JAN 30 2017

Jennifer FRAZIER has made repeated <u>reports</u> regarding Alphonso FRAZIER following her since July 2015 (<u>under AH07172</u>). On 11 DEC 15, Jennifer FRAZIER went to the Northwest Assembly, 10245 Wiseman Drive, Omaha, Nebraska, after she had been followed by Alphonso FRAZIER, who was driving his blue truck. When Jennifer FRAZIER arrived, Officers saw Alphonso FRAZIER leaving the police assembly parking lot (<u>AH40728</u>). On 29 FEB 16, Jennifer FRAZIER reported receiving a threat from Alphonso FRAZIER, who told her, "put some bullets in your gun, bitch. I'm coming out there and make you kill me" (AH59135). On 02 MAR 16, Jennifer FRAZIER reported receiving multiple harassing phone calls and texts from Alphonso FRAZIER, who stated, "You get your gun loaded, get ready", "<u>Stay away from me, you're becoming the enemy</u>", "Pray to your God that you worship because you're going to need it" and "<u>You keep running to the police station trying to build a case against me</u>" (AH59516).    On 20 SEP 16, Jennifer FRAZIER reported that Alphonso FRAZIER told her he was going to "get" her. Jennifer FRAZIER states when she was able to get away from Alphonso FRAZIER, he drove recklessly causing her to slam on her brakes to avoid colliding with his blue Toyota truck (AJ09148). On 20 SEP 16, Jennifer FRAZIER applied for a protection order against Alphonso FRAZIER (<u>served 21 SEP 16</u>). On 07 OCT 16, ~~Jennifer FRAZIER reported that when she left work to go to lunch, she saw Alphonso~~ FRAZIER's blue Toyota truck across the street at the public library. Jennifer FRAZIER states Alphonso FRAZIER drove to Taco Bell and the Nebraska Humane Society, near 90th Fort Street, Omaha, Nebraska (AJ13578). On 27 OCT 16, Jennifer FRAZIER, states she was leaving work and travelling south on North 90th Street, Omaha, Nebraska, when she saw Alphonso FRAZIER in his blue Toyota truck, following her.

On 14 NOV 16, Dr. JESSEN states he observed Alphonso FRAZIER, sitting in his blue Toyota truck, outside of his residence, 12612 Izard Street, Omaha, Nebraska. Dr. <u>JESSEN states he drove towards Alphonso FRAZIER</u>, but FRAZIER took off at a high rate of speed, travelling at least 100 miles per hour in a residential neighborhood.

On 11 JAN 17, Dr. JESSEN was driving down N. 90th Street, Omaha, Nebraska, when he noticed Alphonso FRAZIER was following him in his blue Toyota truck. Dr. JESSEN states he pulled over and Alphonso followed. Dr. JESSEN states he approached Alphonso FRAZIER's truck and said that he never had a personal relationship with Alphonso FRAZIER's wife. Dr. JESSEN states Alphonso FRAZIER produced a knife, got out of his vehicle and yelled, "I am going to fuck you up, fuck your family up and you fucked my wife". A felony warrant was drafted and issued for Alphonso FRAZIER.

Filed in Douglas County Court
*** EFILED ***
Case Number: C01CR170001223
Transaction ID: 0004794746
Filing Date: 01/27/2017 09:02:50 AM CST

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA, | ) | CASE NO. CR 17-1223 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF ATTORNEY'S |
| | ) | LIEN |
| ALPHONSO V. FRAZIER II, | ) | |
| | ) | |
| Defendant. | ) | |

TO: ALPHONSO FRAZIER, Defendant, 4314 N. 53rd Street, Omaha, Nebraska, 68104.

YOU ARE HEREBY NOTIFIED that Andrea Finegan McChesney, NSBA No. 25008, attorney for ALPHONSO V. FRAZIER, II, the Defendant herein, claims a lien on all assets belonging to said Defendant and all assets awarded to said Defendant with respect to the above-captioned matter. Said lien is claimed pursuant to Nebraska Revised Statutes §7-108 (reissue 1997).

Andrea Finegan McChesney rendered legal services for and on behalf of ALPHONSO V. FRAZIER, II, Defendant herein, in connection with the above-captioned matter. The current outstanding balance due for said legal services is in the amount of $3,388.52.

DATED this __day of January, 2017.

By: _____

Andrea Finegan McChesney, #25008
McChesney & Farrell
209 South 19th Street, Suite 640
Omaha, NE 68102
402.934.4884
888.315.9780
amcchesney@mflawomaha.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Notice of Attorney's Lien was mailed by regular U.S. Mail, postage prepaid and via electronic mail on this 27th day of January, 2017 to the following;

Alphonso V. Frazier, II
4314 N. 53rd Street
Omaha, NE 68104
alvfrazier2@gmail.com

L R Marcuzzo, II
1819 Farnam, Room H05
Omaha, NE  68183
rmarcuzzo@douglascounty-ne.gov

Krista L. Mink



Filed in Douglas County Court
*** EFILED ***
Case Number: C01CR170001223
Transaction ID: 0004794746
Filing Date: 01/27/2017 09:02:50 AM CST

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA, )    CASE NO. CR 17-1223
)
)
Plaintiff, )
)    NOTICE OF ATTORNEY'S
)    LIEN
ALPHONSO V. FRAZIER II, )
)
Defendant. )

TO: ALPHONSO FRAZIER, Defendant, 4314 N. 53rd Street, Omaha, Nebraska, 68104.

YOU ARE HEREBY NOTIFIED that Andrea Finegan McChesney, NSBA No. 25008, attorney for ALPHONSO V. FRAZIER, II, the Defendant herein, claims a lien on all assets belonging to said Defendant and all assets awarded to said Defendant with respect to the above-captioned matter. Said lien is claimed pursuant to Nebraska Revised Statutes §7-108 (reissue 1997).

Andrea Finegan McChesney rendered legal services for and on behalf of ALPHONSO V. FRAZIER, II, Defendant herein, in connection with the above-captioned matter. The current outstanding balance due for said legal services is in the amount of $3,388.52.

DATED this __day of January, 2017.

By: _____

Andrea Finegan McChesney, #25008
McChesney & Farrell
209 South 19th Street, Suite 640
Omaha, NE 68102
402.934.4884
888.315.9780
amcchesney@mflawomaha.com
ATTORNEY FOR DEFENDANT

Exhibit

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Attorney's Lien was mailed by regular U.S. Mail, postage prepaid and via electronic mail on this 27th day of January, 2017 to the following;

Alphonso V. Frazier, II
4314 N. 53rd Street
Omaha, NE 68104
alvfrazier2@gmail.com

L R Marcuzzo, II
1819 Farnam, Room H05
Omaha, NE  68183
rmarcuzzo@douglascounty-ne.gov

Krista L. Mink



IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

ALPHONSO V. FRAZIER II,     )     CASE NO. CR 17-1223

     )

    PLAINTIFF,     )     MOTION FOR DISMISSAL

ANDREA FINEGAN McCHESNEY     )     OF LIEN (Receipt 3289630)

    DEFENDANT,     )

COMES NOW, ALPHONSO V. FRAZIER II. , PRO SE, AND PURSUANT TO Neb. Rev. Stat. 7-110. Brings this Motion For Dismissal Of Lien, and Motion For Hearing, for same preset these facts listed below:

FACTS:   (1) Neb. Rev. Stat. 7-107 7-107.

Andrea Finegan McChensey, failed and neglected to comply with the Neb. Rev. Stat. 7-107, failed and neglected to comply with statutes for Notice Of Appearance.  In connection with the above captioned matter {Case CR 17-1223}, which was dismissed and sealed on Feb. 8, 2017.

FACTS:    (2) Neb. Rev. Stat., 25-1801.

Andrea Finegan McChensey, failed and neglected to comply with the Neb. Rev. Stat. 25-1801.



Justice # CW170085
Data # 2182480

## IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA
　　　　　　　　　　Plaintiff,

　　vs.

ALPHONSO V FRAZIER, II,
　　　　　　　　　　Defendant.
a.k.a.: ALPHONSO V FRY
D.O.B. 20 February 1964.
ADDRESS: 4314 N 53 ST
　　　　　　　OMAHA, NE  68104
DR. LIC.: H12305944  NE
AR# CW170085
RB# J24248
CMS# CW170085
EH

CR# _17_ - _2475_

**CRIMINAL COMPLAINT
(FELONY)**

FILED
CRIM/TRAF DIVISION

JAN 3 0 2017

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

　　　　　The State of Nebraska hereby complains to the Court that ALPHONSO V
FRAZIER II, is alleged to have violated the laws of the State of Nebraska, to-wit:

## COUNT 1:  BURGLARY CLASS IIA FELONY

On or about 12 November 2016, in Douglas County, Nebraska, ALPHONSO FRAZIER
did then and there willfully, maliciously, and forcibly break and enter into a building
located at  5148 N. 90TH STREET, with intent to commit a felony ARSON or with the
intent to steal property of any value in violation of Neb. Rev. Stat. §28-507 a Class IIA
Felony.
10624
28-507

## COUNT 2:  ARSON SECOND DEGREE Class III Felony

On or about 12 November 2016, in Douglas County, Nebraska, ALPHONSO FRAZIER
did then and there intentionally damage a building or property contained within a
building by starting a fire or causing an explosion or if a fire is started or an explosion is
caused in the perpetration of any robbery, burglary, or felony criminal mischief in
violation of Neb. Rev. Stat. §28-503 a Class III Felony.
21006
28-503

1





EXHIBIT
2

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA
CRIMINAL BRANCH

RB # AJ24248

| | | |
|---|---|---|
| **THE STATE OF NEBRASKA** | ) | DOC._____ NO._____ |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs- | ) | **AFFIDAVIT OF** |
| | ) | **COMPLAINING WITNESS** |
| FRAZIER, Alphonso | ) | |
| Black Male Dob/2-20-64 | ) | FILED |
| Data #2182480 | ) | CRIM/TRAF DIVISION |
| | ) | |
| Defendant | ) | JAN 3 0 2017 |

STATE OF NEBRASKA )
                   )
County of Douglas  )

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

I, Officer Angie CIRCO #1546 and Fire Investigator Scott FOX #9058 , being first duly sworn on oath, deposes and says that this affiant is an officer of the Omaha Police Department, City of Omaha, Douglas County, Nebraska. This affiant further states, that, based upon the investigation of Omaha Police Officer, Angie CIRCO #1546 and Fire Investigator Scott FOX #9058, there are grounds for issuance of an arrest warrant for the above defendant:

On SAT, 12NOV16 at 2313 hours, Omaha Police Officer JACOBS #2102 was dispatched to 5148 N. 90th St. for an assist fire call. Upon arrival, Officer JACOBS made contact with OFD personnel, who were attempting to put out a fire inside 5156 N. 90th St., identified as a business by name of Dr. Peter C. JESSEN, DDS. Officer JACOBS was advised by OFD Arson Investigator, Scott FOX #9058, that the fire appeared to have been set intentionally to cover up a burglary. OFD personnel located a broken window on the north side of the business, and multiple areas of the business were ransacked. A laptop, cash and Creighton basketball tickets were found to be missing from JESSEN'S office.

Arson Investigator FOX determined that the area where the fire was the greatest was where an employee, Jennifer FRAZIER, worked. FOX determined there were clear patterns of flammable liquids that were used to start the fire. FOX found that there was a presence of ignitable liquids in the dental office that were not ignited.

During an interview with Dr. Peter JESSEN, FOX was able to determine that JESSEN's employee, Jennifer FRAZIER, had been having problems with her estranged husband, Alphonso FRAZIER. Dr. JESSEN advised that Alphonso FRAZIER was a patient of his and had cleaned Dr. JESSEN's office in the past.

Nebraska DISTRICT Court Douglas County

Alphonso V. Frazier II

ASSIGNED TO Bataillon

Peter C. Jessen

Case # CI 17-862

N.R.S. 25-101 civil

action & motion to proceed

informaPauperis

We seek 3,000,000.°° damages for the
Intentional infliction of Emotional distress
perpetrated on Plaintiff by defendant in
Regards to Protection Order filed against
us on the docket of this court at CI 16-9873.
(AJ 37341) as is set out in the annexed

#44   FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

~ JAN 3 1 2017

JOHN M. FRIEND
CLERK DISTRICT COURT

EXHIBIT

A

## ORDER TO APPOINT PUBLIC DEFENDER

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

ST V. ALPHONSO V FRAZIER II

Printed on  2/01/2017 at  9:35
Room 01C50

Case ID:  CR 17    2475

Page     1

Court appoints Public Defender in this matter.  Defendant is to take this order
immediately to the Public Defender at:

    Douglas Public Defender's Office
    1819 Farnam,  H05

    Omaha              NE 68183
    402 444-7175

**Next court date is:**   2/22/2017 at 09:00 AM in County    courtroom 25

Date: February  1, 2017   BY THE COURT _____

Defendant signature _____

E-mailed: Saathoff,Cathy,Renee,
        cathy.saathoff@douglascounty-ne.gov

COPY OF ORDER APPOINTING received by Public Defender: _____

                                        Date: _____

0273055CRC01

**CASE FILE COPY**

**FILED BY**
Clerk of the Douglas County Court
02/01/2017

ORDER TO APPOINT PUBLIC DEFENDER

## COMMITMENT IN DEFAULT OF BAIL

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

ST V. ALPHONSO V FRAZIER II
DOB: 2/20/1964
Case ID: CR 17     2475

Printed on  2/01/2017 at   9:35
Room 01C50
Page     1
Data No. 2182480

To: Douglas County Corrections

You are ordered to receive into the Douglas County Correctional Center,
ALPHONSO V FRAZIER II, and keep him/her until discharged by due course of law
on the charge(s) of:

| Ct | Section | Offense Description | Cls | Type |
|----|---------|---------------------|-----|------|
| 1 | 28-507 | Burglary | 2A | FEL |
| 2 | 28-503 | Arson-2nd degree | 3 | FEL |
| 3 | 28-311.04 | Stalking-felony offense | 3A | FEL |
| 4 | 28-707 | Commit child abuse intentional/no injury | 3A | FEL |

Defendant is allowed to give bail in the sum of     $300,000.00  Ten Percent Allowed
**No contact direct or indirect with  Jennifer Frazier &
Peter Jessen & victims family.**

Court Date  2/22/2017 at 09:00 AM in County    courtroom 25

Date:  2/01/2017     BY THE COURT _____

Date Released _____

Acknowledged by _____

**FILED BY**
Clerk of the Douglas County Court
02/01/2017

0273058CRC01

CASE FILE COPY

COMMITMENT IN DEFAULT OF BAIL

## ORDER OF RELEASE FROM CUSTODY

### IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

ST V. ALPHONSO V FRAZIER II

Case ID:  CR 17   2475

Printed on  2/01/2017 at  9:34
Room 01C50
Page   1
Data No. 2182480

**IT IS ORDERED PENDING FURTHER HEARING IN THIS CASE THAT THE DEFENDANT IS TO BE:**

Release after execution of an appearance bond in the sum of ___$300,000.00 and the
deposit with the Clerk in cash or other qualified security in the amount of not
less than $25.00 or 10% of the bond.

**IN ALL CASES, THE DEFENDANT SHALL:**

Refrain from unlawful conduct.

Refrain from possessing or using alcohol or controlled substances.

Not go farther than 10 miles beyond the boundaries of DOUGLAS COUNTY___   , Nebraska.

Reside at his/her residence 4314 N 53 St, Omaha, NE___

Refrain from possessing or using firearms or other weapons.

Refrain from any direct or indirect contact with:

No contact direct or indirect with  Jennifer___

Frazier &___          ,

personally or through another person.

Other: ___      PETER JESSEN & VICTIMS FAMILY.___

**IT IS FURTHER ORDERED BY THIS COURT:**

A warrant be issued immediately if the defendant violates any of the conditions of
this release, in addition to any other penalties or forfeitures provided by law as
follows:

If the defendant fails to obey the Court's Order to Appear, he/she will be guilty
of a Class IV Felony and/or may be charged with Contempt of Court.

If the defendant remains in custody for more than 24 hours from the execution of
this Order, he/she may request to be brought before the Court for review of the
conditions imposed.

The defendant shall not be released from custody until he/she signs this Order
acknowledging that he/she understands it.

Date:  2/01/2017   JUDGE ___

Craig Q McDermott

I have read and understand or have had explained to me and understand the above and
foregoing conditional release from custody.

Date:  2/01/2017   Defendant ___

0273061CRC01

**CASE FILE COPY**

**FILED BY**
Clerk of the Douglas County Court
02/01/2017

**ORDER OF RELEASE FROM CUSTODY**



Justice # ZK1112444
Data # 2182480

CRI72475

## IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA
          Plaintiff,

   vs.

ALPHONSO V FRAZIER, II,
          Defendant.
a.k.a.: ALPHONSO V FRY
D.O.B. 20 February 1964.
ADDRESS:  4314 N 53 ST
          OMAHA, NE  68104
DR. LIC.: H12305944  NE
AR# K1112444
RB# J23248
CMS# K1112444 Z
EH

**AMENDED
CRIMINAL COMPLAINT
(FELONY)**

FILED
CRIM/TRAF DIVISION

FEB 0 1 2017

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

      The State of Nebraska hereby complains to the Court that ALPHONSO V
FRAZIER II, is alleged to have violated the laws of the State of Nebraska, to-wit:

## COUNT 1: BURGLARY CLASS IIA FELONY

On or about 12 November 2016, in Douglas County, Nebraska, ALPHONSO FRAZIER
did then and there willfully, maliciously, and forcibly break and enter into a building
located at 5156 N. 90th Street, with intent to commit a felony ARSON or with the intent
to steal property of any value in violation of Neb. Rev. Stat. §28-507 a Class IIA Felony.
10624
28-507

## COUNT 2: ARSON SECOND DEGREE Class III Felony

On or about 12 November 2016, in Douglas County, Nebraska, ALPHONSO FRAZIER
did then and there intentionally damage a building or property contained within a
building by starting a fire or causing an explosion or if a fire is started or an explosion is
caused in the perpetration of any robbery, burglary, or felony criminal mischief in
violation of Neb. Rev. Stat. §28-503 a Class III Felony.
21006
28-503



1

**COUNT 3:  STALKING PROTECTION ORDER VIOLATION - Class IIIA Felony**

On or about 21 September 2016 through 11 January 2017, in Douglas County, Nebraska, ALPHONSO FRAZIER did then and there willfully harass  with the intent to injure, terrify, threaten, or intimidate; and ALPHONSO FRAZIER was also in violation of section 28-311.09, 42-924, or 42-925 at any time during the violation; in violation of Neb. Rev. Stat. §28-311.03 & 28-311.04(2)(d) a Class IIIA Felony.
10035
28-311.04(2)

**COUNT 4:  CHILD ABUSE Class IIIA Felony**

On or about 17 January 2017, in Douglas County, Nebraska, ALPHONSO FRAZIER did then and there, knowingly and intentionally cause or permit a minor child, M. F. to be: placed in a situation that endangers his or her life or physical or mental health; or cruelly confined or cruelly punished; or deprived of necessary food, clothing, shelter, or care; or placed in a situation to be sexually exploited by allowing, encouraging, or forcing such minor child to solicit for or engage in prostitution, debauchery, public indecency, or obscene or pornographic photography, films, or depictions; or placed  in a situation to be sexually abused as defined in section 28-319, 28-319.01, or 28-320.01 in violation of Neb.Rev.Stat. §28-707(1) & (4), a Class IIIA Felony.
22120
28-707(4)

**COUNT 5:  TERRORISTIC THREATS CLASS IIIA FELONY**

On or about 11 January 2017, in Douglas County, Nebraska, ALPHONSO FRAZIER did then and there threaten to commit any crime of violence with the intent to terrorize PETER JESSEN, in violation of Neb. Rev. Stat. §28-311.01(1)(a), a Class IIIA Felony.
20563
28-311.01

I, JULIE L. MEDINA, Deputy County Attorney, allege that this Criminal Complaint is true based upon my information and belief.

FILED
CRIM/TRAF DIVISION

FEB 0 1 2017

Clerk of Court
DOUGLAS COUNTY COURT
OMAHA, NEBRASKA

JULIE L. MEDINA, # 23768
Deputy County Attorney

2

In the District Court of Douglas County
of Nebraska

Frazier

v

McChesney & Farrell Law Office
Andrea L. McChesney

Case No._____

**N.R.S. 25-101**
Civil Action Motion
to proceed informa-
pauperis

We seeking $500,000,000 damages for legal malpractice in that in CI-15-8083 defendants stood mute while in 3 days time we simultaneously in some order divested of our home and parental rights to our minor progeny, Frazier vs. Frazier, 14 years of age. (see exhibit A, annexed hereto) putting us in legal meatgrinder!

Petitioner is a pauper praying leave to proceed "informa-pauperis", herein support whereof we annex our poverty affidavit.

Subscribed & Sworn to before me
this _third_ day of _February_
2017.

Alphonso V. Frazier II
4314 N. 53rd Street
Omaha, Ne.

Image ID: D04128643C01

| ORDER TO SEAL RECORD DUE |
| TO ACQUITTAL OR DISMISSAL |

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA V. ALPHONSO V FRAZIER

Case ID: CR 17 1223

Pursuant to Neb. Rev. Stat. §29-3523, all records, including any
information or other data concerning any proceedings relating to the
above entitled case, including the arrest, taking into custody,
petition, complaint, indictment, information, trial, hearing,
adjudication, correctional supervision, dismissal or other disposition
or sentence, are hereby ordered sealed.

Notice is hereby given that the sealing of these records means:

Effective immediately, the records are not part of the public record
and shall not be disseminated to persons other than criminal justice
agencies, except as provided in Neb. Rev. Stat §29-3523(1) or (2).

Date:  February  8, 2017   BY THE COURT:

Hon. Marcena Hendrix

Alphonso V Frazier
4314 N 53 St
Omaha, NE 68104-0000

## IN THE DISTRICT COURT FOR DOUGLAS COUNTY, NEBRASKA

JENNIFER L. FRAZIER, #6    FILED     Case ID No.: CI 15-8083
       PLAINTIFF, DOUGLAS COUNTY NEBRASKA

VS.             FEB 0 9 2017     **STIPULATED ORDER FOR EX PARTE RELIEF**

ALPHONSO V. FRAZIER II,

    DEFENDANT, JOHN M. FRIEND
      CLERK DISTRICT COURT

       **THIS MATTER** came before the Court on Plaintiff's Motion for Ex Parte Relief. Whereupon, the Court, being fully advised in the premises, finds it has jurisdiction over the subject matter herein and the parties hereto; that this Court shall enter an Ex Parte Order awarding Plaintiff, Jennifer L. Frazier, immediate access to the marital residence located at 4314 N. 53rd Street, Omaha, NE 68104; that this Court shall grant Plaintiff immediate permission to change the locks to the marital residence, that this Court shall grant Plaintiff immediate permission to list the marital residence as soon as possible; and that this Court shall enter an Order excluding Defendant from the residence upon entry of this Order for Ex Parte Relief, until further order of the Court; and that this Court order all law enforcement to assist Plaintiff in enforcing this order.

       **IT IS THEREFORE ORDERED** that the Court's Temporary Order dated January 20, 2017 which grants Plaintiff, Jennifer L. Frazier, exclusive use of the premises shall remain in full force and effect subject to the following changes.

       **IT IS FURTHER ORDERED** that Plaintiff, Jennifer L. Frazier, is granted immediate access to the marital residence located at 4314 N. 53rd Street, Omaha, NE 68104. Further, Jennifer L. Frazier shall be permitted to change the locks to the residence upon entry of this Order. Jennifer L. Frazier shall be permitted to list the residence upon entry of this Order.

       **IT IS FURTHER ORDERED** that Defendant, Alphonso V. Frazier, shall be excluded from the residence located at 4314 N. 53rd Street, Omaha, NE 68104.

       **IT IS FURTHER ORDERED** that Defendant, Alphonso V. Frazier, shall be permitted to access the marital residence for the sole purpose of retrieving his belongings and solely with the accompaniment of a law enforcement escort and in the presence of a third party chosen by Plaintiff to monitor Defendant's presence in the marital residence while Defendant, Alphonso V. Frazier, retrieves his personal belongings. Prior to retrieving his belongings, Defendant, Alphonso V. Frazier, shall submit a list of his belongings to counsel for Plaintiff.

       **IT IS FURTHER ORDERED** that law enforcement, including any officer of the Omaha Police Department or the Douglas County Sheriff's Department, shall assist Plaintiff in enforcing this order.

       **IT IS FURTHER ORDERED** that this matter is set for further hearing before the Honorable Judge Gary B. Randall, District Court Judge, in the District Court of Douglas County, Nebraska, in Courtroom No. 316, 3rd Floor of the Douglas County Hall of Justice, 1701 Farnam Street, Omaha, Nebraska, on the 22nd day of February, 2017, at 2:45 pm or as soon thereafter as counsel may be heard.

Frazier v. Frazier                Page 1 of 2
Case ID No.: CI 15 8083
Order for Ex Parte Relief





Justice # ZK1112444                          County Court CR17 0002475
Data # 2182480

### IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA
              Plaintiff,

    vs.

ALPHONSO V FRAZIER, II,
              Defendant.
a.k.a.: ALPHONSO V FRY
D.O.B. 20 February 1964.
ADDRESS: 4314 N 53 ST
          OMAHA, NE 68104
DR. LIC.: H12305944 NE
AR# K1112444
RB# J23248
CMS# K1112444 Z
DP

CR# 17 - f99
Judge Polk

**INFORMATION**

#15  FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

FEB 2 3 2017

JOHN M. FRIEND
CLERK DISTRICT COURT

      The State of Nebraska hereby informs the Court that ALPHONSO V FRAZIER II, is alleged to have violated the laws of the State of Nebraska, to-wit:

### COUNT 1: STALKING PROTECTION ORDER VIOLATION - Class IIIA Felony

On or about 21 September 2016 through 11 January 2017, in Douglas County, Nebraska, ALPHONSO FRAZIER did then and there willfully harass with the intent to injure, terrify, threaten, or intimidate; and ALPHONSO FRAZIER was also in violation of section 28-311.09, 42-924, or 42-925 at any time during the violation; in violation of Neb. Rev. Stat. §28-311.03 & 28-311.04(2)(d) a Class IIIA Felony.
10035
28-311.04(2)

### COUNT 2: TERRORISTIC THREATS CLASS IIIA FELONY

On or about 11 January 2017, in Douglas County, Nebraska, ALPHONSO FRAZIER did then and there threaten to commit any crime of violence with the intent to terrorize PETER JESSEN, in violation of Neb. Rev. Stat. §28-311.01(1)(a), a Class IIIA Felony.
20563
28-311.01

1



IN THE L_____ COUNTY, NEBRASKA

| | |
|---|---|
| JENNIFER L. FRAZIER,<br>PLAINTIFF,<br>VS.<br>ALPHONSO V. FRAZIER II,<br>DEFENDANT, | Case No. CI 15 8083<br><br>FURTHER ORDER FOR<br>TEMPORARY RELIEF |

#6   FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA
FEB 2 4 2017
JOHN M. FRIEND
CLERK DISTRICT COURT

**THIS MATTER** came before the Court on the 22nd day of February, 2017, upon the application of the Plaintiff. The Plaintiff was represented by Liliana Shannon, Legal Aid of Nebraska. The Defendant was represented by Erin Wetzel. Evidence was adduced, and the Court, being fully advised in the premises, finds that:

**IT IS, THEREFORE, ORDERED:**

1.    The Plaintiff shall be awarded temporary legal and physical custody of the parties' minor child, Mason V. Frazier, born in 2003.

2.    Parenting time between the Defendant and the minor child shall be supervised by a professional agency at the Defendant's expense. The Defendant shall not be permitted to have overnight parenting time with the minor child at this time.

3.    Neither party is permitted to remove the child from the jurisdiction of this Court without prior Court authorization.

4.    The parties shall be permitted reasonable telephonic communication with the child when the child is not in that parent's physical custody.

5.    The parties shall not owe child support to the other and shall be solely responsible for any expenses related to the child, including but not limited to unreimbursed medical and childcare expenses incurred while the child is in the custody of the parties.

6.    Plaintiff shall be granted exclusive use of the residence located at 4314 N. 53rd St, Omaha Douglas County, Nebraska, and Plaintiff shall be permitted to change the locks to the residence and shall be permitted to list the residence. If the residence is sold prior to trial, the proceeds shall be held in trust until the matter can be disposed of at trial.

7.    The Defendant shall remove his personal belongings through a third party no later than 6:00 pm on March 1, 2017. The remainder of the belongings shall remain in the martial residence until further Order of the Court.

8.    There shall be a Mutual and Reciprocal Temporary Restraining Order issued as to property to prohibit the parties from transferring, encumbering, hypothecating, concealing, or otherwise disposing of the parties' property. The parties shall provide an accounting of the items remaining in the marital home which shall include items that the parties have removed from the marital residence.



1



# Oestmann & Albertsen Law P.C. L.L.O.

February 9, 2017

Alphonso Frazier, #2182480
Douglas County Department of Corrections
710 South 17th Street
Omaha, NE 68102

RE: *Frazier v. Frazier, CI 15-8083*

Dear Mr. Frazier,

Please find enclosed a copy of the Contract for Legal Services, the releases you signed allowing me to speak with Raquel and Michelle, and the Entry of Appearance I filed.

The hearing on the Motion to Reconsider you filed as well as the hearing on Plaintiff's ex parte motion are set for **February 22, 2017 at 2: 45 p.m.** I will try to make arrangements for you to attend.

Please keep my office current on any changes in address, telephone number, or e-mail address as soon as possible. Also, please retain a copy of these documents for your records.

If you have any additional questions or concerns, please call me at 402-614-1880. Thank you.

Sincerely,

Erin E. Wetzel
Associate Attorney
For the Firm

Enclosure: Contract for Legal Services; Releases; Entry of Appearance
CC: client file
EEW

Melissa M. Oestmann-Partner (licensed in NE)
Ashley L. Albertsen-Partner (licensed in NE)
Erin E. Wetzel-Associate (licensed in NE & IA)

1907 Farnam
Omaha, NE 68102
Oalawomaha.com

(402) 614-1880
(402) 991-3821
FAX: (402) 718-8384



Jennifer L. Frazier, Plaintiff,

By:/s/ Liliana E. Shannon
Liliana E. Shannon, #22854
Attorney for Plaintiff
209 S. 19th Street, Suite 200
Omaha, NE 68102
lshannon@legalaidofnebrask
a.org
402.348.1069 EXT. 253

**TO:    Erin Wetzel, counsel for Defendant.**

**YOU ARE HEREBY NOTIFIED** that the Motion will be held before the Honorable Gary B. Randall, District, Court Judge, on the 28th day of March, 2017, at 10:30 am, in Courtroom #316, at the Douglas County Courthouse, 1701 Farnam Street, Omaha, Nebraska, or as soon thereafter as the parties may be heard.

**Dated** this 17th day of March, 2017.

/s/ Liliana E. Shannon, #22854
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

It is hereby certified that on this 17th day of March, 2017, a true and correct copy of the above and foregoing document was duly served upon the below identified persons by hand delivery:

Erin E. Wetzel
Attorney for Defendant
Oestmann & Albertsen, P.C. LLO
Associate Attorney
1907 Farnam St.
Omaha, Nebraska 68102
erin@oalawomaha.com

/s/ Liliana E. Shannon
Liliana E. Shannon /# 22854

Prepared and submitted by:

Liliana E. Shannon, #22854
Attorney for Plaintiff
Legal Aid of Nebraska
209 S. 19th St, Ste #200
Omaha, Nebraska 68102
(402) 348-1069, ext. 253
lshannon@legalaidofnebraska.org

Approved and reviewed by:

Erin E. Wetzel, #25443
Attorney for Defendant
Oestmann & Albertsen, P.C. LLO
Associate Attorney
1907 Farnam St.
Omaha, Nebraska 68102
erin@oalawomaha.com

2

STATE OF NEBRASKA  }
                   }  §
COUNTY OF DOUGLAS  }

SHERIFF #:        17005142
COURT CASE #:    D01CI172164
COURT DOC #:     441727
ATTY:            D - DISTRICT COURT

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CI170002164
Transaction ID: 0005025326
Filing Date: 03/21/2017 10:00:00 PM CDT

RE: ALPHONSO V. FRAZIER V. PETER C. JESSEN

RECEIVED DATE: MARCH 16, 2017

SERVICE ON: PETER C. JESSEN

ACTION TYPE AND PAPER TYPE: SUMMONS, SUMMONS, CIVIL ACTION MOTION

RETURNED: SERVED

SERVICE TYPE: PERSONAL

SERVICE DATE/TIME: MARCH 20, 2017  3:00 PM

SERVICE RECORD:

| 03/16/2017 | 04:55 PM | ATTEMPTED/LEFT CARD @ 12612 IZARD STREET  OMAHA NE 68154 |
| 03/17/2017 | 10:20 AM | ATTEMPTED/NOT HOME @ 12612 IZARD STREET  OMAHA NE 68154 |
| 03/20/2017 | 03:00 PM | SERVED @ JESSEN DENTAL 5156 NORTH 90TH STREET  OMAHA NE |

*Fred M. Wolf*

_____

FRED WOLF
AUTHORIZED AND APPOINTED BY TIMOTHY F. DUNNING, SHERIFF

| MILEAGE | $1.13 |
| RETURN  | $6.00 |
| SERVICE | $12.00 |
| TOTAL   | $19.13 |

*Timothy F. Dunning*

85

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| ALPHONSO FRAZIER, II, | ) | CASE NO. CI 17 2164 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ~~PETER C. JESSEN~~ and PATRICIA | ) | |
| ANN JESSEN, | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Douglas County Department of Corrections and Alphonso Frazier

Defendants Motion to Dismiss Plaintiff's Complaint was filed on March 23, 2016 and hearing is scheduled for April 4, 2017 at 9:45 a.m. before the Honorable W. Russell Bowie, 5th Floor, Courtroom #504.

Alphonso Frazier, II was served with a copy of Defendants' Motion to Dismiss by the Douglas County Sheriff's Department on March 23, 2017 at the Douglas County Correction Center ("DCCC") where Plaintiff is currently involuntarily confined pending trial on certain criminal charges.

IT IS THEREFORE ORDERED that, if Plaintiff wishes to participate in said hearing, the Douglas County Department of Corrections, which operates the DCCC, is ordered to provide Plaintiff access to a phone so Plaintiff can call this Court at 402-444-7015 in order for Plaintiff to telephonically appear and participate in the hearing on Defendants' Motion to Dismiss Plaintiff's Complaint, scheduled on April 4, 2017, commencing at 9:45 a.m., or as soon thereafter as counsel may be heard.

DATED this  29  day of March, 2017.

BY THE COURT:

W. Russell Bowie, District Court Judge

PREPARED AND SUBMITTED BY:

Richard J. Rensch #15515
RENSCH & RENSCH LAW, P.C.
The John D. Wear Building
7602 Pacific Street, Suite 102
Omaha, NE 68114
402-498-4400

# Certificate of Service

I hereby certify that on Tuesday, April 04, 2017 I provided a true and correct copy of the Motion-Dismissal to the following:

Jessen,Patrica,Ann service method: Email

Jessen,Peter,C service method: Email

Frazier,Alphonso,V,,II represented by Pro Se Party (Bar Number: 2) service method: Personal Service

Signature: /s/ Richard Rensch (Bar Number: 15515)



Filed in Douglas District Court
*** EFILED ***
Case Number: D01CR170000599
Transaction ID: 0005069798
Filing Date: 03/31/2017 01:22:16 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA, | ) | CASE NO. CR 17-599 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF ATTORNEY'S |
| | ) | LIEN |
| ALPHONSO V. FRAZIER II, | ) | |
| | ) | |
| Defendant. | ) | |

TO: ALPHONSO FRAZIER, Defendant, 4314 N. 53rd Street, Omaha, Nebraska, 68104.

YOU ARE HEREBY NOTIFIED that Andrea Finegan McChesney, NSBA No. 25008, attorney for ALPHONSO V. FRAZIER, II, the Defendant herein, claims a lien on all assets belonging to said Defendant and all assets awarded to said Defendant with respect to the above-captioned matter. Said lien is claimed pursuant to Nebraska Revised Statutes §7-108 (reissue 1997).

Andrea Finegan McChesney rendered legal services for and on behalf of ALPHONSO V. FRAZIER, II, Defendant herein, in connection with the above-captioned matter. The current outstanding balance due for said legal services is in the amount of $3,388.52.

DATED this 24 day of March, 2017.

By: _____
Andrea Finegan McChesney, #25008
McChesney & Farrell
209 South 19th Street, Suite 640
Omaha, NE 68102
402.934.4884
888.315.9780
amcchesney@mflawomaha.com

Filed in Douglas District Court
*** EFILED ***
Case Number: D01CR170000599
Transaction ID: 0005069798
Filing Date: 03/31/2017 01:22:16 PM CDT

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA, | ) | CASE NO. CR 17-599 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF ATTORNEY'S |
| | ) | LIEN |
| ALPHONSO V. FRAZIER II, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  ALPHONSO FRAZIER, Defendant, 4314 N. 53rd Street, Omaha, Nebraska, 68104.

YOU ARE HEREBY NOTIFIED that Andrea Finegan McChesney, NSBA No. 25008, attorney for ALPHONSO V. FRAZIER, II, the Defendant herein, claims a lien on all assets belonging to said Defendant and all assets awarded to said Defendant with respect to the above-captioned matter.  Said lien is claimed pursuant to Nebraska Revised Statutes §7-108 (reissue 1997).

Andrea Finegan McChesney rendered legal services for and on behalf of ALPHONSO V. FRAZIER, II, Defendant herein, in connection with the above-captioned matter.  The current outstanding balance due for said legal services is in the amount of $3,388.52.

DATED this 21st day of March, 2017.

By: _____

Andrea Finegan McChesney, #25008
McChesney & Farrell
209 South 19th Street, Suite 640
Omaha, NE 68102
402.934.4884
888.315.9780
amcchesney@mflawomaha.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Attorney's Lien was mailed by electronic mail, on this 21$^{s}$ day of March, 2017 to the following;

Julie Medina
julie.medina@douglascounty-ne.gov

Mikki C. Jerabek
mjerabek@douglascounty-ne.gov

Krista L. Mink

## Certificate of Service

I hereby certify that on Friday, March 31, 2017 I provided a true and correct copy of the Attorney"s Lien to the following:

Frazier,Alphonso,V,li represented by Mikki C. Jerabek (Bar Number: 20355) service method: Electronic Service to mikki.jerabek@douglascounty-ne.gov

State of Nebraska represented by Julie L. Medina (Bar Number: 23768) service method: Electronic Service to julie.medina@douglascounty-ne.gov

Signature: /s/ Andrea L McChesney (Bar Number: 25008)



## DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** MeNtal Health          **Date/Fecha:** 4-12-2017
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** ALphoNso V. Franier II  **Data/Datos:** 2182480  **H/U:** J-9
(Print Name/Escribir nombre con letra de imprenta)

### BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:**

as  SooN  as  Available
Schedule  me  please!

Alphonso V. Franier II          4-12-2017
(Inmate Signature/Firma del recluso)        (Date/Fecha)

**Reply/Respuesta:** Will uuu. aun on 4.13.17

4.14.17   xx xurD. m
(Date/Fecha)   (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File        (Revised 7-2013)        DCC 7
YELLOW COPY: Inmate



## DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## INMATE REQUEST FORM
## FORMULARIO De SOLICITUD PARA RECLUSOS

**To/Para:** Mental Health/Medical   **Date/Fecha:** 4-15-2017
(Print Name or Department/Escribir nombre o departamento con letra de imprenta)

**From/De:** Alphonso V. Fryjor II   **Data/Datos:** 2182480   **H/U:** J-9
(Print Name/Escribir nombre con letra de imprenta)

### BOTH COPIES NEED TO BE SUBMITTED FOR RESPONSES
(Deben Entregarse Ambas Copias Para Obtener Respuestas)

**Request/Solicitud:** I am suffering from
Anxiety, Hopelessness, Helpleness
Depression, Anger, Isolation,
aggression. Weight loss and sanu.

Alphonso V.                         4-15-2017
(Inmate Signature/Firma del recluso)         (Date/Fecha)

**Reply/Respuesta:** you have been scheduled to see
therapist. biyuss at appt.

                                        NoT
                                   4-7017   1042

4-7017   Orand CMt
(Date/Fecha)   (Employee Printed Name/Nombre impreso del Empleado)(Employee Signature/Firma del empleado/Chit #/Recibo nro)

WHITE COPY: Inmate File          (Revised 7-2013)          DCC 7
YELLOW COPY: Inmate



I, the undersigned, certify that on April 12, 2017    , I served a copy of the foregoing
document upon the following persons at the addresses given, by mailing by United States Mail,
postage prepaid, or via E-mail:

Richard J Rensch                    Alphonso V Frazier
dick@renschlawyers.com              Dept of Corrections
                                    710 S. 17th Street
                                    Omaha, NE 68102



Date:  April 12, 2017     BY THE COURT:  _____
                                                      CLERK

## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| JENNIFER L. FRAZIER, | ) | CASE NO. CI 15-8083 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPEARANCE OF COUNSEL** |
| vs. | ) | |
| | ) | |
| ALPHONSO V. FRAZIER II, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Kelle J. Westland, of KELLE J. WESTLAND LAW OFFICE, P.C., L.L.O., 7602 Pacific Street, Suite 102, Omaha, Nebraska 68114, and hereby enters her appearance as counsel for the Plaintiff, JENNIFER L. FRAZIER, in regard to the above-captioned action.

DATED this 18th day of April, 2017.

JENNIFER L. FRAZIER, Plaintiff,

BY:  /s/ Kelle J. Westland
Kelle J. Westland, #17450
KELLE J. WESTLAND LAW
    OFFICE, P.C., L.L.O.
7602 Pacific Street, Suite 102
Omaha, Nebraska 68114
(402) 498-4400
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT on the 18th day of April, 2017, a copy of the above and foregoing pleading was served upon the Defendant, by electronically mailing a copy to his attorney Erin E. Wetzel, at: erin@oalawomaha.com.

_____ /s/ Kelle J. Westland _____

Image ID: D04207289C01

ORDER TO SEAL RECORD DUE
TO ACQUITTAL OR DISMISSAL

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA V. ALPHONSO V FRAZIER

Case ID: CR 17 1223

Pursuant to Neb. Rev. Stat. §29-3523, all records, including any
information or other data concerning any proceedings relating to the
above entitled case, including the arrest, taking into custody,
petition, complaint, indictment, information, trial, hearing,
adjudication, correctional supervision, dismissal or other disposition
or sentence, are hereby ordered sealed.

Notice is hereby given that the sealing of these records means:

Effective immediately, the records are not part of the public record
and shall not be disseminated to persons other than criminal justice
agencies, except as provided in Neb. Rev. Stat §29-3523(1) or (2).

Date:  April 24, 2017        BY THE COURT: _____

                                           Hon. Sheryl Lohaus

COPY

Alphonso V Frazier
4314 N 53 St
Omaha, NE 68104-0000





IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| THE STATE OF NEBRASKA, | ) | CR 17 - 599 |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ALPHONSO FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came on for hearing this 1ˢᵗ day of June, 2017, upon stipulation of the parties and the oral Motion of the Defendant requesting the return of $3160.00, such property seized by Omaha Police officers during to the arrest of the Defendant on January 30, 2017.

THE COURT finds good cause for the return of Defendant's property.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that the Omaha Police Department return property consisting of $3160.00 (cash) under RB# AJ23248 back to the Defendant or his authorized designee.

5.848

BY THE COURT

_____
Marion A. Polk
District Court Judge

Prepared and Submitted by:

Mikki C. Jerabek, #20355
Assistant Public Defender

#6    FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

JUN 0 1 2017

JOHN M. FRIEND
CLERK DISTRICT COURT

For Alphonso Frasier
release of his property

full





IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

ALPHONSO FRAZIER, II,      )      CASE NO. CI 17 862

                    )

           Plaintiff,   )

                    )

vs.                   )      NOTICE OF HEARING

                    )

PETER C. JESSEN,        )

                    )

          Defendant. )

TO:   ALPHONSO FRAZIER, II, Plaintiff

PLEASE BE ADVISED that Defendant's Motion to Dismiss will be called up for hearing before the Honorable Peter C. Batallion, Courtroom No. 413, 4th Floor of the Douglas County Courthouse, 17th and Farnam Streets, on Tuesday, June 13, 2017, commencing at 10:00 a.m., or as soon thereafter as counsel may be heard.

PETER C. JESSEN, Defendant,

By:   /s/ Richard J. Rensch
       Richard J. Rensch #15515
       RENSCH & RENSCH LAW, P.C.
       The John D. Wear Building
       7602 Pacific Street, Suite 102
       Omaha, NE 68114
       402-498-4400

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Hearing was served by First Class Mail, postage prepaid, this 26th day of May, 2017 to:

Alphonso V. Frazier, II
Department of Corrections
710 S. 17th Street
Omaha, NE 68102

/s/ Richard J. Rensch
Richard J. Rensch



# DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS
## 710 South 17th Street
## Omaha, Nebraska 68102

## DISCIPLINARY MISCONDUCT REPORT

REPORT #   5-2                                    PAGE     1   of     1   PAGES

REPORTING EMPLOYEE:    Sergeant Megan Maine                        CHIT #   5438

INMATE'S FULL NAME:   Frazier                          Alphonso                 V.
                        Last                                    First              Middle
INMATE DATA #:   2182480              HOUSING UNIT:   J          ROOM # 9

DATE:     5/1/17              TIME:   0055       LOCATION:   Housing Unit J

SENTENCED: ☐       PRETRIAL: ☒      FEDERAL: ☐      ICE: ☐       HOLD: ☐

CHARGES:    Stalking/Terrorist Threats

ALLEGED MISCONDUCT INFRACTION:          Verbl   Abuse 2nd

*(To be Completed by Case Management)*

## REPORT NARRATIVE:

On May 1, 2017 at 0045 hours, I, Sergeant Megan Maine#5438, was the supervisor on 3A doing a round in Housing Unit J when Inmate Frazier, Alphonso #2182480 was locked down pending hearing.

On the above date and time mentioned, I was doing a round in Housing Unit J with Officer Hicks, Jeremy #3554 when I noticed Inmate Frazier called Officer Hicks over to yell at him for shining a light his room. I attempted to explain to him it was a security round when he told me "why don't you shut the fuck up!." When I asked Officer Hicks who was in the room Frazier stated "why don't you come in here and find out! And do some exercise." Inmate Frazier was locked down pending hearing for his behavior.

In conclusion, Inmate Frazier was locked down pending hearing and remained in Housing Unit J, room 9. End of report.

REPORTING OFFICER'S SIGNATURE                    SHIFT SUPERVISOR'S SIGNATURE

Distribution:  Original – Hearing Board, Copy – Inmate File,  Copy – Inmate

## ORDER TO APPOINT PUBLIC DEFENDER

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

**ST V. ALPHONSO V FRY**                                    Printed on  6/15/2017 at  1:37

Room 01C50

Case ID:  CR 17   14001                                                          Page    1

Court appoints Public Defender in this matter.  Defendant is to take this order
immediately to the Public Defender at:

    Douglas Public Defender's Office
    1819 Farnam,  H05

    Omaha          NE 68183
    402 444-7175

**Next court date is:**          at _____ in         courtroom

Date: June 15, 2017      BY THE COURT  _Ortense_____

    Defendant signature _____

**DEFENDANT COPY**

**FILED BY**
Clerk of the Douglas County Court
06/15/2017

ORDER TO APPOINT PUBLIC DEFENDER

# Oestmann & Albertsen Law P.C. L.L.O.

June 13, 2017

Alphonso Frazier
P.O. Box 4891
Omaha, NE 68104

RE: *Frazier v. Frazier, CI 15-8083*

Dear Mr. Frazier,

As a reminder, your hearing is on **June 21, 2017, at 8:45 a.m.** Please plan on attending.

Please keep my office current on any changes in address, telephone number, or e-mail address as soon as possible. Also, please retain a copy of these documents for your records.

If you have any additional questions or concerns, please call me at 402-614-1880. Thank you.

Sincerely,

Erin E. Wetzel
Associate Attorney
For the Firm

Enclosure: None.
CC: client file
EEW/mf

Melissa M. Oestmann-Partner (licensed in NE)
Ashley L. Albertsen-Partner (licensed in NE)
Erin E. Wetzel-Associate (licensed in NE & IA)

1907 Farnam
Omaha, NE 68102
Oalawomaha.com

(402) 614-1880
(402) 991-3821
FAX: (402) 718-8384



# Oestmann & Albertsen Law P.C. L.L.O.

June 14, 2017


Alphonso Frazier, #2182480
P.O. Box 4891
Omaha, NE 68104

RE: *Frazier v. Frazier, CI 15-8083*

Dear Mr. Frazier,

Please find enclosed copies of the Withdrawal of Motion to Compel and Motion to Enforce and the Motion for Further Temporary Relief and Notice of Hearing that were filed with the court. The Motion for Further Temporary Relief is set for hearing on **June 21, 2017, at 8:45 a.m.** *Please call my office to set up a time to sign an affidavit for the hearing. Please try to make the appointment by Monday morning at the very latest.*

Also included is a copy of the settlement offer I received from opposing counsel. Please get me the property list outlining which items you are missing and which are damaged as soon as possible. Finally, I have included email correspondence from opposing counsel regarding Ms. Frazier's opinion of the visit with your son that occurred on June 4, 2017. If you are willing to attend mediation to try to develop a parenting plan, please call the Conciliation and Mediation office at 402-444-7169. If you are not willing to attend mediation, please let me know.

Please keep my office current on any changes in address, telephone number, or e-mail address as soon as possible. Also, please retain a copy of these documents for your records. If you have any additional questions or concerns, please call me at 402-614-1880. Thank you.


Sincerely,

Erin E. Wetzel
Associate Attorney
For the Firm


Enclosure: Withdrawal of Motion to Compel and Motion to Enforce; Motion for Further Temporary Relief & Notice of Hearing; Opposing's settlement offer dated 5/25/17; Email correspondence from opposing counsel dated 6/5/17
CC: client file
EEW

---

Melissa M. Oestmann-Partner (licensed in NE)
Ashley L. Albertsen-Partner (licensed in NE)
Erin E. Wetzel-Associate (licensed in NE & IA)

1907 Farnam
Omaha, NE 68102
Oalawomaha.com

(402) 614-1880
(402) 991-3821
FAX: (402) 718-8384



IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

ALPHONSO FRAZIER, Ii,                        )        CASE NO. Ci 17 862
                                             )
                              Plaintiff,     )
                                             )              AMENDED
            vs.                              )        NOTICE OF HEARING
                                             )
PETER C. JESSEN,                             )
                                             )
                             Defendant.      )

TO:    ALPHONSO FRAZIER, II, Plaintiff

        PLEASE BE ADVISED that Defendant's Motion to Dismiss will be called up for
hearing before the Honorable Peter C. Batallion, Courtroom No. 413, 4th Floor of the
Douglas County Courthouse, 17th and Farnam Streets, on Thursday, June 29, 2017,
commencing at 1:00 p.m., or as soon thereafter as counsel may be heard.

                                        PETER C. JESSEN, Defendant,

                                        By:___/s/ Richard J. Rensch_____
                                            Richard J. Rensch #15515
                                            RENSCH & RENSCH LAW, P.C.
                                            The John D. Wear Building
                                            7602 Pacific Street, Suite 102
                                            Omaha, NE  68114
                                            402-498-4400

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a copy of the foregoing Notice of Hearing
was served by First Class Mail, postage prepaid, this 26th day of May, 2017 to:

        Alphonso V. Frazier, II
        4314 N. 53rd
        Omaha, NE 68154

                                        /s/ Richard J. Rensch_____
                                        Richard J. Rensch

WHEREFORE, Defendant respectfully requests that this Court enter an Order of Dismissal of Plaintiff's Complaint, With Prejudice to a future filing, pursuant to §6-1112(b)(6) of the Nebraska Rules of Pleadings in Civil Cases and Nebraska case law.

PETER C. JESSEN, Defendant,

By:___ /s/ Richard J. Resch_____
  Richard J. Rensch #15515
  RENSCH & RENSCH LAW, P.C.
  The John D. Wear Building
  7602 Pacific Street, Suite 102
  Omaha, NE 68114
  402-498-4400

## NOTICE OF HEARING

PLEASE BE ADVISED that Defendant's First Amended Motion to Dismiss will be called up for hearing before the Honorable Peter C. Batallion, Courtroom No. 413, 4th Floor of the Douglas County Courthouse, 17th and Farnam Streets, on Thursday, June 29, 2017, commencing at 1:00 p.m., or as soon thereafter as counsel may be heard.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing First Amended Motion to Dismiss and Notice of Hearing was served by First Class Mail, postage prepaid, this 12th day of June, 2017 to:

Alphonso V. Frazier, II
4314 N. 53rd
Omaha, NE 68104

/s/ Richard J. Rensch_____
Richard J. Rensch



IN Th_ _._.._.. .... ...... OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| JENNIFER L. FRAZIER, | ) | CASE NO. CI 15-8083 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DECREE OF DISSOLUTION OF** |
| | ) | **MARRIAGE** |
| ALPHONSO V. FRAZIER, II, | ) | |
| | ) | |
| Defendant. | ) | |

#6   FILED
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

AUG 2 9 2017

2010 Jonathan END
CLERK DISTRICT COURT

**THIS MATTER** came before the Court this 28 day of _August_ 2010 on the
Complaint for Dissolution of Marriage filed by the Plaintiff and Answer and Counter
Complaint filed by the Defendant. The Plaintiff was not present in person and is represented
by counsel, Kelle J. Westland, KELLE J. WESTLAND LAW OFFICE, P.C., L.L.O., John D.
Wear Building, 7602 Pacific Street, Suite 102, Omaha, Nebraska 68114. The Defendant
was not present in Court and was represented by counsel, Erin E. Wetzel, Oestmann &
Albertsen Law, P.C. L.L.O., 1907 Farnam Street, Omaha, Nebraska 68102. The parties
have executed a Verified Certificate of Waiver of Hearing, waiving the right to a final hearing.
Each party has indicated their consent and approval by executing this Decree and the
Property Settlement Agreement attached hereto.

The Court, having examined the pleadings and the evidence in support thereof, upon
consideration and being fully advised in the premises, finds as follows, to wit:

1.      That both parties are and have been residents of Nebraska for at least one
(1) year prior to the filing of the Complaint herein.

2.      That the Court has jurisdiction of both parties and of the subject matter of this
action.

3.      That neither party is a member of the Armed Forces of the United States.

4.      That the parties were married on December 5, 2006, in Omaha, Douglas
County, Nebraska, and that one child is affected by these proceedings, namely: Mason
V. Frazier, born in January, 2003.

5.      That neither the Plaintiff nor the Defendant is a party to any other pending
action for divorce, separation or dissolution of marriage.

herein, which the Court has examined and finds to be reasonable and not unconscionable in all respects.

**IT IS, FURTHER ORDERED, ADJUDGED AND DECREED** by the Court that the Plaintiff's maiden name shall be restored to *Jennifer L. Simms.*

**DATED** this 28 day of August , 2017.

BY THE COURT:

The Honorable Judge Gary Randall
Douglas County District Court Judge

**PREPARED AND SUBMITTED BY:**

Kelle J. Westland, #17450
KELLE J. WESTLAND LAW OFFICE,
P.C., L.L.O.
John D. Wear Building
7602 Pacific Street, Suite 102
Omaha, Nebraska 68114
(402) 498-4400
Attorney for Plaintiff

*How could she afford this attorney who so happens to be Peter C. Jessens attorney*

**APPROVED AS TO FORM:**

Erin E. Wetzel, #25448
Oestmann & Albertsen Law P.C. L.L.O
1907 Farnam Street
Omaha, Nebraska 68102
(402) 614-1880
Attorney for Defendant

7

Image ID: D04434063C01               NOTICE               Doc. No. 04434063

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA


STATE OF NEBRASKA V. ALPHONSO V FRAZIER

Case ID: CR 17 1223


The court has entered the following order in this case:

Hearing is set for December 14, 2017, at  1:30PM in Douglas Co CR Trial Ctrm
#227 for:

Hearing

Date:  December  1, 2017   BY THE COURT:  _____

Clerk


Special Instructions:
Scheduled Motion for Dismissal of Lien                        tlb


Alphonso V Frazier
P.O.Box 4891
Omaha, NE 68104-0000

**FILED BY**
Clerk of the Douglas County Court
12/01/2017

Image ID: D04433539C01

ORDER TO SEAL RECORD DUE
TO ACQUITTAL OR DISMISSAL

*102.*

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA V. ALPHONSO V FRAZIER

Case ID: CR 17 1223

Pursuant to Neb. Rev. Stat. §29-3523, all records, including any
information or other data concerning any proceedings relating to the
above entitled case, including the arrest, taking into custody,
petition, complaint, indictment, information, trial, hearing,
adjudication, correctional supervision, dismissal or other disposition
or sentence, are hereby ordered sealed.

Notice is hereby given that the sealing of these records means:

Effective immediately, the records are not part of the public record
and shall not be disseminated to persons other than criminal justice
agencies, except as provided in Neb. Rev. Stat §29-3523(1) or (2).

Date:  December  1, 2017    BY THE COURT:  _____

Hon. Jeffrey L Marcuzzo

Alphonso V Frazier
4314 N 53 St
Omaha, NE 68104-0000

JOURNAL ENTRY AND ORDER

```
                      IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA
ST V. ALPHONSO V FRAZIER                              Printed on 12/14/2017 at   2:37
DOB:  2/20/1964                                                        Room 01C28
Case ID:  CR 17    1223                                                  Page  1
Citation: K  1111916                                  Date of Hearing 12/14/2017
============================================================================================
CHARGES(AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)
CHARGE            STATUTE              DESCRIPTION                CLASS    TYPE

  01          28-311.01       Terroristic threats                 3A      FEL
```

**A P P E A R A N C E S   A N D   A D V I S E M E N T**
```
   Judge              Marcela Keim
   Defendant          ALPHONSO V FRAZIER
   Defense Counsel    Self-Represented Litigant                              ****
```

**B O N D   I N F O R M A T I O N**
```
   Bond 142699 for      $50,000.00 TEN filed on  1/26/2017
      ASSIGNED                Balance Held _____
```

**T R I A L / M O T I O N   H E A R I N G**
```
   Hearing held on: Hearing                                   ,
                    Motion for dismissal of Lein
```

**A D D I T I O N A L   E N T R I E S   O F   R E C O R D**
Andrea McChesney does not appear.

It is ordered by the court that Andrea McChesney has until December
21st,2017 to prosecute the lien,otherwise the lien will stand
dismissed by the court.

```
Hon.    _____            12/14/2017   FC
              Marcela Keim                  Date           Bailiff

                                          Tape Nos. Digital Recording
```

Journal Entry and Order(s) copies to:
   Medina,Julie,L,                   julie.medina@douglascounty-ne.gov

CASE FILE COPY

**FILED BY**
Clerk of the Douglas County Court
12/14/2017

JOURNAL ENTRY AND ORDER

Image ID: D04448465C01      **JOURNAL ENTRY AND ORDER**

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

ST V. ALPHONSO V FRAZIER                    Printed on 12/14/2017 at  2:37
DOB:  2/20/1964                                            Room 01C28
Case ID:  CR 17   1223                                          Page  1
Citation: K  1111916                       Date of Hearing 12/14/2017
=================================================================================

CHARGES(AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)
CHARGE          STATUTE         _____ DESCRIPTION _____   CLASS   TYPE

  01          28-311.01       Terroristic threats                    3A      FEL

A P P E A R A N C E S   A N D   A D V I S E M E N T
  Judge          Marcela Keim
  Defendant      ALPHONSO V FRAZIER
  Defense Counsel  Self-Represented Litigant                            ****

B O N D   I N F O R M A T I O N
  Bond  142699 for      $50,000.00 TEN filed on  1/26/2017
    ASSIGNED                    Balance Held _____

T R I A L / M O T I O N   H E A R I N G
  Hearing held on: Hearing                          ,
                   Motion for dismissal of Lein

A D D I T I O N A L   E N T R I E S   O F   R E C O R D
  Andrea McChesney does not appear.

  It is ordered by the court that Andrea McChesney has until December
  21st,2017 to prosecute the lien,otherwise the lien will stand
  dismissed by the court.

Hon. _____    12/14/2017    FC _____
                  Marcela Keim            Date           Bailiff

                                        Tape Nos. Digital Recording_____

Journal Entry and Order(s) copies to:
  Medina,Julie,L,                      julie.medina@douglascounty-ne.gov

**FILED BY**
Clerk of the Douglas County Court
12/14/2017

CASE FILE COPY          JOURNAL ENTRY AND ORDER

Image ID: D04454680C01 **JOURNAL ENTRY AND ORDER**

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

ST V. ALPHONSO V FRAZIER
DOB: 2/20/1964
Case ID: CR 17 . 1223
Citation: K 1111916

Printed on 12/20/2017 at 3:00
Room 01C25
Page 1
Date of Hearing 12/20/2017

========================================================================

CHARGES(AMENDMENTS/PLEAS/FINDINGS/FINES/PRESENTENCE/JAIL/DISMISSALS)

| CHARGE | STATUTE | DESCRIPTION | CLASS | TYPE |
|--------|---------|-------------|-------|------|
| 01 | 28-311.01 | Terroristic threats | 3A | FEL |

**A P P E A R A N C E S  A N D  A D V I S E M E N T**
Judge           Marcela Keim
Defendant       ALPHONSO V FRAZIER
Defense Counsel  Korey T Taylor
Defendant previously advised of the nature of the above charges, all possible
  penalties and rights.

**B O N D  I N F O R M A T I O N**
Bond 142699 for     $50,000.00 TEN filed on 1/26/2017
  ASSIGNED              Balance Held _____

**T R I A L / M O T I O N  H E A R I N G**
Hearing held on: Hearing                      ,
          Objection to Attorney Lien
Motion Granted

**A D D I T I O N A L  E N T R I E S  O F  R E C O R D**
Andrea McChesney present.
Court finds attorney lien unenforcable because the lien was filed for
service rendered in a divorce action in district court.

Hon. _____  12/20/2017   CH/mad
              Marcela Keim                Date         Bailiff

              Tape Nos. DIGITAL RECORDING _____

Journal Entry and Order(s) copies to:
  Medina,Julie,L,                julie.medina@douglascounty-ne.gov
  Taylor,Korey,Tyrone            korey.taylor@douglascounty-ne.gov

**CASE FILE COPY**

**FILED BY**
Clerk of the Douglas County Court
12/20/2017

**JOURNAL ENTRY AND ORDER**

*106.*

Image ID: D04434064C01          NOTICE          Doc. No. 04434064

IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA V. ALPHONSO V FRAZIER

Case ID: CR 17 1223

The court has entered the following order in this case:

Hearing is set for December 14, 2017, at  1:30PM in Douglas Co CR Trial Ctrm #227 for:

Hearing

Date:  December  1, 2017    BY THE COURT:  _____

Clerk

Special Instructions:
Scheduled Motion for Dismissal of Lien                         tlb

Julie L Medina
julie.medina@douglascounty-ne.gov

**FILED BY**
Clerk of the Douglas County Court
12/01/2017

| STATE OF NEBRASKA | **REQUEST FOR HEARING** |
| --- | --- |
| CR/TR 13 (8/13) | |

### Douglas County Court, Criminal/Traffic Division
### 1701 Farnam Street, 2nd Floor, Omaha, NE 68183  (402) 444-5386

STATE OF NEBRASKA,

Plaintiff,

**(When Filling Out Press Firmly)**

Case No. CR17-1223

-vs-

Arrest No. _____

Alphonso Frazier ,

Arr./Trial Date _____

**Defendant**

In Jail/Data No. _____

The undersigned requests that the court file and the prosecutor's paperwork be available in Courtroom

No. 29 on 12/29/17 _____, 20 17, at 1:30 p .m. for _____

Request of Hearing Objection to Attorney Lien

DATE: _____

Defendant or
Attorney Signature: _____

Printed Name: _Edward Hoagan _____

Phone #: 402 930 4884

Attorney No.: 25008

____The requesting party is responsible for notifying the prosecuting authority (city prosecutor or county attorney) of this request, and for arranging the transportation of any incarcerated defendant.

____You are required to have the presiding judge sign this form if you are bringing this case in for an early arraignment.

____You are required to have the judge assigned to the case sign this form if you are bringing the case in to be heard during the judge's sentencings.

DATE: _____ BY THE COURT: _____

(County Judge)

### NO EARLY REQUESTS WILL BE PROCESSED UNLESS THESE PROCEDURES ARE FOLLOWED.

White  – Criminal/Traffic Clerk Office
Yellow  – Criminal/Traffic Clerk Office
Pink  – City Prosecutor
Gold  – Defendant



0623607CRC01

*108.*

IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

RECEIVED

JUL 0 9 2018

CLERK OF THE DISTRICT COURT

| | | |
|---|---|---|
| THE STATE OF NEBRASKA,<br>Plaintiff, | ) ) ) ) | CASE NO. CR 18-494 |
| vs. | ) ) ) | ORDER TO DISMISS |
| ALPHONSO V. FRAZIER, II,<br>Defendant. | ) ) ) ) | |

THIS MATTER came before the Court on the _____9th_____ day of July, 2018, on counsel's Motion to Dismiss Appeal. The Court being duly advised in the premises and having reviewed the Motion to Dismiss Appeal and does find as follows:

1. Good cause exists for a dismissal of the Apellant's appeal.

THIS MATTER is hereby dismissed

IT IS SO ORDERED

DATED this _____9th_____ day of July, 2018

BY THE COURT:

_____
DISTRICT COURT JUDGE

2

PREPARED AND SUBMITTED BY:

Andrea Finegan McChesney, #25008
209 South 19th Street, Suite 640
Omaha, NE  68102
402.934.4884
888.315.9780
amcchesney@mflawomaha.com
ATTORNEY FOR APPELLANT





## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

STATE OF NEBRASKA )    CR17 0000599
)
     Plaintiff, )
)
vs. )    **PRETRIAL ORDER**
)
ALPHONSO V FRAZIER, II, )
)
     Defendant. )
)

THIS MATTER is before the Court on the motion of the County Attorney for an order setting a pretrial conference in the above captioned case. The Court, being fully advised in the premises, finds such an order should be entered.

IT IS THEREFORE ORDERED that a pretrial conference is scheduled on January 16, 2018 at 11:15 AM in District Courtroom #506, in the Hall of Justice, before the Honorable Judge MARLON A. POLK.

IT IS FURTHER ORDERED that the Defendant is required to be present at the hearing or a capias will be issued for their arrest.

DATED on   1/9/18

BY THE COURT

MARLON A. POLK
District Court Judge

JULIE MEDINA
County Attorney/Deputy County Attorney
100 Hall of Justice
(402) 444-7040

CC: MIKKI C. JERABEK

#44  **FILED**
IN DISTRICT COURT
DOUGLAS COUNTY NEBRASKA

JAN 0 9 2018

JOHN M. FRIEND
CLERK DISTRICT COURT



*110.*

## IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| THE STATE OF NEBRASKA, | ) | CR17-599 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF HEARING** |
| vs. | ) | **(As to Motion for Dismissal of Lien)** |
| | ) | |
| ALPHONSO FRAZIER, | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Alphonso Frazier, **Pro Se**, and files this Notice of Hearing in regards to the Motion For Dismissal Of Lien that Defendant filed (1/2/18) objecting to the Notice of Attorney's Lien filed by Andrea McChesney (3/31/17) under the above-captioned case.

1. Per the motion Defendant filed, Defendant asserts that Ms. McChesney does not have a proper lien interest in the bond of the Defendant.
2. The bond posted on this case was posted after her notice of lien on this matter.
3. Ms. McChesney has not provided Defendant or the Court appropriate paperwork to claim and perfect a lien in this matter and may not have served proper notice on Defendant.
4. Ms. McChesney has not rendered legal services for and on behalf of Mr. Frazier in connection with this case as the Defendant was represented by Public Defender's Office.

ALPHONSO FRAZIER, Defendant

By _____
Alphonso V. Frazier II, Pro Se
P.O. BOX 4891
Omaha, NE 68104
2alvfrazier@gmail.com / 402.609.0916

### NOTICE OF HEARING

YOU AND EACH OF YOU ARE HEREBY NOTIFIED that the above- captioned motion/notice of hearing has been filed by the defendant and is set for hearing before the District Court at **9:00 a.m. on the 29th day of January, 2018** before the Honorable Marlon Polk, Courtroom #506.

### CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the above and foregoing Notice of Hearing was personally served on Andrea McChesney, 209 South 19th St., Suite 640, Omaha, NE 68102, by U.S. Mail and/or email delivery, this ___19th___ day of January, 2018.

## Budget Plan Update

Your budget plan balance will be $148.05 after payment due is made. Your monthly budget plan amount is 146.00. Your re-calculation month is NOV. See reverse side of bill for more information.

**Account: 110000173388**

ALPHONSO V FRAZIER II
Service address: 4314 N 53RD ST

### METROPOLITAN
UTILITIES DISTRICT

| Billing date | Mar 1, 2017 | |
|---|---|---|
| Previous balance | | $103.00 CR |
| Payment received | | 0.00 |
| Current charges | | 146.00 |

▶ **Total due Mar 16, 2017**            **$43.00**

Your budget payment of $43.00 is due Mar 16, 2017.
Your budget plan balance will be $148.05 after payment due is received.



**Your Gas Use**

| | This Month | Last Year |
|---|---|---|
| Billing units: | 112 | 155 |
| Use per day: | 3.7 | 5.3 |
| Average cost per day: | $2.45 | $2.84 |
| Number of days in billing cycle: | 30 | 29 |



**Your Water Use**

| | This Month | Last Year |
|---|---|---|
| Billing units: | 9 | 6 |
| Use per day: | 0.3 | 0.2 |
| Average cost per day: | $0.82 | $0.70 |
| Number of days in billing cycle: | 30 | 29 |

*DID YOU KNOW?*
**The District provides billing services for other municipalities (sewer, trash) as a cost-saving measure for all customers.**



## M.U.D. GAS RESIDENTIAL RATE A: Jan 31 to Mar 1
Meter Number 372942
Current read (actual): 1291 - Previous read (actual): 1182 = 109 CCF
Gas Use: 109 CCF x 1.051 (heat value) x 0.9810 (pressure zone factor) = 112.382 therms

| | | |
|---|---|---|
| 8.248 therms at 0.5778 = | $4.77 | |
| 104.134 therms at 0.5267 = | 54.85 | |
| Service Charge | 14.00 | |
| Gas Cost ▶ | | $73.62 |
| Gas Infrastructure Replacement | | 3.00 |

## M.U.D. WTR RESIDENTIAL RATE W-1: Jan 31 to Mar 1
Meter Number 2822519    Size: 5/8 -inch
Current read (actual): 2537 - Previous read (actual): 2528 = 9 CCF
Water Use: 9.000 CCF or 6,732 gallons

| | | |
|---|---|---|
| 9.000 CCF at 1.2576 = | $11.32 | |
| Service Charge | 13.29 | |
| Water Cost ▶ | | $24.61 |
| Water Infrastructure Replacement | | 4.00 |

### CITY OF OMAHA SEWER            55.78

### OTHER CHARGES
| | | |
|---|---|---|
| Sales Tax | | 11.26 |
| ▶ Current Charges | | $172.27 |

---

**Please return this portion of the bill with payment.** • **Please do not staple payment to bill.**
e-mail: customer_service@mudomaha.com
website: www.mudomaha.com   phone: 402-554-6666

### METROPOLITAN
UTILITIES DISTRICT

6850 0010  NO RP 01 03012017 YNNNNY 01 000893  0002

1723 Harney St • Omaha, NE 68102

ALPHONSO V FRAZIER II
RAQUEL HERNANDEZ
PO BOX 4891
OMAHA NE 68104-0891

1 10000173388000000043008

**Due on or before Mar 16:**            **$43.00**

Your budget payment of **$43.00** is due Mar 16.

Amount Paid: _____

☐ Apply $ _____ to my budget plan balance.
☐ Check box and indicate change of mailing address or telephone numbers on the reverse side.
Please give to the Heat Aid Fund by checking a box below.
Monthly donation -- Add: ☐$2  ☐$3  ☐$5  Other $_____

METROPOLITAN UTILITIES DISTRICT
PO BOX 3600
OMAHA NE 68103-0600

Account: 110000173388

0000

**FINAL BILL**

Thank you for being a valued customer. If you have any questions, call 402.554.6666. Please include this account number and service address in any correspondence.

**Account: 110000173388**
Page 1 of 3
ALPHONSO V FRAZIER II
Service address: 4314 N 53RD ST



| | |
|---|---|
| Billing date | May 3, 2017 |
| Previous balance | $189.00 |
| Payment received | 0.00 |
| Adjustments | 123.75 |
| Current charges | 93.15 |

▶ **Total due May 18, 2017** **$405.90**

Your budget payment of $405.90 is due May 18, 2017.
Your budget plan balance will be $0.00 after payment due is received.



Your Gas Use

| | This Month | Last Year |
|---|---|---|
| Billing units: | 35 | 74 |
| Use per day: | 1.3 | 2.5 |
| Average cost per day: | $1.16 | $1.38 |
| Number of days in billing cycle: | 27 | 30 |



Your Water Use

| | This Month | Last Year |
|---|---|---|
| Billing units: | 1 | 8 |
| Use per day: | 0.0 | 0.3 |
| Average cost per day: | $0.54 | $0.76 |
| Number of days in billing cycle: | 27 | 30 |

***DID YOU KNOW?***
**The District provides billing services for other municipalities (sewer, trash) as a cost-saving measure for all customers.**

## M.U.D. GAS RESIDENTIAL RATE A: Apr 1 to Apr 27
Meter Number 372942
Current read (estimate): 1412 - Previous read (actual): 1378 = 34 CCF
 Gas Use: 34 CCF x 1.054 (heat value) x 0.9810 (pressure zone factor) = 35.155 therms

| | | |
|---|---|---|
| | 2.068 therms at 0.4895 = | $1.01 |
| | 33.087 therms at 0.4890 = | 16.18 |
| Service Charge | | 14.00 |
| Gas Cost | ▶ | $31.19 |
| Gas Infrastructure Replacement | | 3.00 |

## M.U.D. WTR RESIDENTIAL RATE W-1: Apr 1 to Apr 27
Meter Number 2822519    Size: 5/8 -Inch
Current read (estimate): 2539 - Previous read (actual): 2538 = 1 CCF
 Water Use: 1.000 CCF or 748 gallons

| | | |
|---|---|---|
| | 1.000 CCF at 1.2576 = | $1.26 |
| Service Charge | | 13.29 |
| Water Cost | ▶ | $14.55 |
| Water Infrastructure Replacement | | 4.00 |

## CITY OF OMAHA SEWER          34.32

## OTHER CHARGES
Sales Tax                                6.09
 ▶ Current Charges       $93.15



---

Please return this portion of the bill with payment. • Please do not staple payment to bill.
e-mail: customer_service@mudomaha.com
website: www.mudomaha.com    phone: 402-554-6666


METROPOLITAN UTILITIES DISTRICT

6850 0010 NO RP 03 05032017 YNNNNY 01 009807 0025
1723 Harney St • Omaha, NE 68102

ALPHONSO V FRAZIER II
RAQUEL HERNANDEZ
PO BOX 4891
OMAHA NE 68104-0891

11000017338800000040590 8

**Due on or before May 18:**      **$405.90**
Your budget payment of **$405.90** is due May 18.

Amount Paid: _____

☐  Apply $ _____ to my budget plan balance.
☐  Check box and indicate change of mailing address or telephone numbers on the reverse side.
Please give to the Heat Aid Fund by checking a box below.

Monthly donation -- Add: ☐$2  ☐$3  ☐$5  Other $_____

METROPOLITAN UTILITIES DISTRICT
PO BOX 3600
OMAHA NE  68103-0600

Account: 110000173388

0000



## Budget Plan Update

Your budget plan balance will be $123.75 after payment due is made. Your monthly budget plan amount is 146.00. Your re-calculation month is NOV. See reverse side of bill for more information.

**Account: 110000173388**

ALPHONSO V FRAZIER II
Service address: 4314 N 53RD ST


**METROPOLITAN**
UTILITIES DISTRICT

| | | |
|---|---|---|
| Billing date | Mar 31, 2017 | |
| Previous balance | | $43.00 |
| Payment received | | 0.00 |
| Current charges | | 146.00 |

▶ **Total due Apr 17, 2017**  **$189.00**

Your budget payment of $189.00 is due Apr 17, 2017.
Your budget plan balance will be $123.75 after payment due is received.

---



**Your Gas Use**

■ Past 12 Months   ▣ Past 13-24 Months

| | This Month | Last Year |
|---|---|---|
| Billing units: | 90 | 110 |
| Use per day: | 3.0 | 3.4 |
| Average cost per day: | $1.93 | $1.83 |
| Number of days in billing cycle: | 30 | 32 |



**Your Water Use**

■ Past 12 Months   ▣ Past 13-24 Months

| | This Month | Last Year |
|---|---|---|
| Billing units: | 1 | 4 |
| Use per day: | 0.0 | 0.1 |
| Average cost per day: | $0.49 | $0.56 |
| Number of days in billing cycle: | 30 | 32 |

### *DID YOU KNOW?*
The District provides billing services for other municipalities (sewer, trash) as a cost-saving measure for all customers.

### M.U.D. GAS RESIDENTIAL RATE A: Mar 2 to Mar 31
Meter Number 372942
Current read (actual): 1378 - Previous read (actual): 1291 = 87 CCF
Gas Use: 87 CCF x 1.050 (heat value) x 0.9810 (pressure zone factor) = 89.614 therms

| | | |
|---|---|---|
| 89.614 therms at 0.4895 = | $43.87 | |
| Service Charge | 14.00 | |
| Gas Cost ▶ | | $57.87 |
| Gas Infrastructure Replacement | | 3.00 |

### M.U.D. WTR RESIDENTIAL RATE W-1: Mar 2 to Mar 31
Meter Number 2822519    Size: 5/8 -inch
Current read (actual): 2538 - Previous read (actual): 2537 = 1 CCF
Water Use: 1.000 CCF or 748 gallons

| | | |
|---|---|---|
| 1.000 CCF at 1.2576 = | $1.26 | |
| Service Charge | 13.29 | |
| Water Cost ▶ | | $14.55 |
| Water Infrastructure Replacement | | 4.00 |

### CITY OF OMAHA SEWER                                       34.32

### OTHER CHARGES
| | | |
|---|---|---|
| Sales Tax | | 7.96 |
| ▶ Current Charges | | $121.70 |

---

Please return this portion of the bill with payment. • Please do not staple payment to bill.
e-mail: customer_service@mudomaha.com
website: www.mudomaha.com   phone: 402-554-6666


**METROPOLITAN**
UTILITIES DISTRICT

6850 0010  NO RP 31 03312017 YNNNNY 01 000905  0002

1723 Harney St • Omaha, NE 68102

ALPHONSO V FRAZIER II
RAQUEL HERNANDEZ
PO BOX 4891
OMAHA NE 68104-0891

1100001733880000000189008

**Due on or before Apr 17:**        **$189.00**
Your budget payment of **$189.00** is due Apr 17.

Amount Paid: _____

☐ Apply $ _____ to my budget plan balance.
☐ Check box and indicate change of mailing address or telephone numbers on the reverse side.
Please give to the Heat Aid Fund by checking a box below.
Monthly donation -- Add: ☐$2  ☐$3  ☐$5  Other $_____

METROPOLITAN UTILITIES DISTRICT
PO BOX 3600
OMAHA NE  68103-0600

Account:  110000173388

0000



## Budget Plan Update

Your budget plan balance will be $121.78 after payment due is made. Your monthly budget plan amount is 146.00. Your re-calculation month is NOV. See reverse side of bill for more information.

**Account: 110000173388**

ALPHONSO V FRAZIER II
Service address: 4314 N 53RD ST



**METROPOLITAN**
UTILITIES DISTRICT

| | |
|---|---|
| Billing date | Jan 30, 2017 |
| Previous balance | $249.00 CR |
| Payment received | 0.00 |
| Current charges | 146.00 |

▶ **Credit Balance - Do Not Pay**  **$103.00 CR**

Your budget plan balance will be $121.78 after payment due is received.

---



**Your Gas Use**

■ Past 12 Months  ▦ Past 13-24 Months

| | This Month | Last Year |
|---|---|---|
| Billing units: | 180 | 206 |
| Use per day: | 5.6 | 6.9 |
| Average cost per day: | $3.65 | $3.60 |
| Number of days in billing cycle: | 32 | 30 |



**Your Water Use**

■ Past 12 Months  ▦ Past 13-24 Months

| | This Month | Last Year |
|---|---|---|
| Billing units: | 4 | 6 |
| Use per day: | 0.1 | 0.2 |
| Average cost per day: | $0.57 | $0.68 |
| Number of days in billing cycle: | 32 | 30 |

### DID YOU KNOW?
The District provides billing services for other municipalities (sewer, trash) as a cost-saving measure for all customers.

## M.U.D. GAS RESIDENTIAL RATE A: Dec 30 to Jan 30
Meter Number 372942
Current read (actual): 1182 - Previous read (actual): 1007 = 175 CCF
Gas Use: 175 CCF x 1.050 (heat value) x 0.9810 (pressure zone factor) = 180.259 therms

| | | |
|---|---|---|
| | 15.451 therms at 0.4829 = | $7.46 |
| | 164.808 therms at 0.5778 = | 95.23 |
| Service Charge | | 14.00 |
| Gas Cost ▶ | | $116.69 |
| Gas Infrastructure Replacement | | 3.00 |

## M.U.D. WTR RESIDENTIAL RATE W-1: Dec 30 to Jan 30
Meter Number 2822519   Size: 5/8 -inch
Current read (actual): 2528 - Previous read (actual): 2524 = 4 CCF
Water Use: 4.000 CCF or 2,992 gallons

| | | |
|---|---|---|
| | 4.000 CCF at 1.2576 = | $5.03 |
| Service Charge | | 13.26 |
| Water Cost ▶ | | $18.29 |
| Water Infrastructure Replacement | | 4.00 |

### CITY OF OMAHA SEWER                 42.37

### OTHER CHARGES
Sales Tax                                    12.91

▶ Current Charges          $197.26

---

**Please return this portion of the bill with payment.** • **Please do not staple payment to bill.**
e-mail: customer_service@mudomaha.com
website: www.mudomaha.com   phone: 402-554-6666

**METROPOLITAN**
UTILITIES DISTRICT

6850 0010 NO RP 30 01302017 YNNNNY 01 002117 0005

1723 Harney St • Omaha, NE 68102

ALPHONSO V FRAZIER II
4314 N 53RD ST
OMAHA NE 68104-2814

1100001733388000000103008

**Credit Balance - Do Not Pay**          **$103.00 CR**

Amount Paid: _____

☐ Apply $ _____ to my budget plan balance.
☐ Check box and indicate change of mailing address or telephone numbers on the reverse side.
Please give to the Heat Aid Fund by checking a box below.

Monthly donation -- Add: ☐$2 ☐$3 ☐$5 Other $_____

METROPOLITAN UTILITIES DISTRICT
PO BOX 3600
OMAHA NE 68103-0600

Account: 110000173388

0000



1207

Page 1    of 1

**OPPD**
Omaha Public Power District

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 1849628922 | Dec 27, 2016 | $128.00 |

For bill inquiries call the Omaha Office
(402) 536-4131. See back for toll-free number.

Customer Name: FRAZIER II, ALPHONSO V
Statement Date: December 7, 2016

---

Billing Information for service address: 4314 N 53 ST OMAHA NE

| Rate | Billing Period | | Meter Number | Meter Reading | | | | Usage | |
|---|---|---|---|---|---|---|---|---|---|
| | From | To | | Previous | Present | Difference | Multiplier | | |
| Residential | 11-3-16 | 12-5-16 | 454061 | 71062 | 72253 Actual | 1191 | 1 | kWh | 1191 |

### Your Electric Usage Profile

| Billing Period | Billing Days | kWh Use | Avg. kWh per day | Avg Temp | |
|---|---|---|---|---|---|
| | | | | High | Low |
| 2016 ⊠ | 32 | 1191 | 37 | 55 | 34 |
| 2015 ▪ | 29 | 748 | 25 | 51 | 33 |

Your average daily electric cost was: $4.06



Electric Usage

| | |
|---|---|
| Service Charge | 15.00 |
| kWh Usage | 104.49 |
| Fuel And Purchased Power Adjustment | 1.89 |
| Sales Tax | 8.50 |
| In Home Electrical Protection Plan | 3.95 |
| Sales Tax | 0.28 |
| Surge Guard Protection | 6.99 |
| Sales Tax | 0.48 |
| **Total Charges** | **$141.58** |
| Prior Account Status | 330.17 |
| Payments Received: 11/18/16 | 150.24CR |
| **Current Account Status** | **$321.51** |

Late Payment Charge of $5.12 applies after due date.

The new Level Payment amount for your next bill will be $165.00.

| Level Payment Information | |
|---|---|
| Monthly Level Payment Amount | $128.00 |
| Pay This Amount | $128.00 |

---

Please return this portion with payment

Switching to paperless billing can benefit customers in several ways. See Outlets to read what they are.

Statement Date: December 7, 2016

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 1849628922 | Dec 27, 2016 | $128.00 |

Late Payment Charge of $5.12 applies after due date.

Amount Paid  ☐☐,☐☐☐☐

Energy Assistance: Monthly $1☐ $2☐ $5☐ Other $_____
One-Time Contribution $_____
A current phone number on our record simplifies outage reporting. Your service address is identified by the phone number: (402) 609-9016

☐ **Check Here** *to indicate name, address or phone changes on back of this statement*

ALPHONSO V FRAZIER II
4314 N 53RD ST
OMAHA NE 68104-2814

PO BOX 3995
OMAHA NE 68103-0995




OPPD
Omaha Public Power District

0118496289226000000128000000013312201612275



**OPPD**
Omaha Public Power District

Page 1 of 2

| Number | Due Date | Total Amount Due |
|--------|----------|------------------|
| 1849628922 | Jan 18, 2017 | $128.00 |

## DISCONNECT NOTICE!
### ¡AVISO DESCONEXIÓN!

Statement Date: January 9, 2017

Customer Name:   FRAZIER II, ALPHONSO V
Service Address:   4314 N 53 ST
                   OMAHA, NE 68104-2814

The Unpaid Balance on your electric service bill includes a delinquent amount for this service location. The electricity is scheduled for disconnection if the delinquent amount is not received by January 18, 2017. If you are a Level Payment Plan customer, the account will also be removed from the Plan on this date. The disconnect notice due date overrides the bill due date for the delinquent portion of your bill. If you received a Disconnect Notice last month and have not paid the requested amount, your service could be disconnected prior to this notice due date. For your convenience, OPPD accepts electronic payments by telephone or online at www.oppd.com.

There will be a $30.00 charge for each field collection call made in Nebraska. If a field collection call is made and it is determined that account security is inadequate, a deposit may be assessed on your account.

If the service is disconnected, a reconnection charge of $75.00 will be added to the account. A reconnection will be completed as soon as possible after the required amount is paid; however, OPPD cannot assure that service can be reconnected on the payment date.

If you are unable to pay this disconnect notice amount in full, contact OPPD Customer Service at (402) 536-4131 to determine if a payment plan is available.

If you currently receive state public assistance, or to see if you qualify, please contact DHHS first or log on to Access Nebraska www.dhhs.ne.gov.

For other assistance inquiries, please contact:

United Way of the Midlands           (402) 444-6666 or 211
Nebr. Dept. of Health and Human Services   (402) 595-1258 or (800) 383-4278

---

Please return this portion with payment

## DISCONNECT NOTICE!
### ¡AVISO DESCONEXIÓN!

Statement Date: January 9, 2017

| Account Number | Due Date | Amount Due |
|----------------|----------|------------|
| 1849628922 | Jan 18, 2017 | $128.00 |

ALPHONSO V FRAZIER II
4314 N 53RD ST
OMAHA NE 68104-2814

**PO BOX 3995**
**OMAHA NE 68103-0995**





0118496289226000000012800000000L280J2O1701180





**OPPD**
*Omaha Public Power District*

0207

Page 1   of 1

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 1849628922 | Feb 27, 2017 | $425.35 |

Customer Name: FRAZIER II, ALPHONSO V
Statement Date: February 7, 2017

For bill inquiries call the Omaha Office
(402) 536-4131. See back for toll-free number.

Billing Information for service address: 4314 N 53 ST OMAHA NE

| Rate | Billing Period | | Meter Number | Meter Reading | | | | Usage | |
|---|---|---|---|---|---|---|---|---|---|
| | From | To | | Previous | Present | Difference | Multiplier | | |
| Residential | 1-5-17 | 2-3-17 | 454061 | 73598 | 74560 Actual | 962 | 1 | kWh | 962 |

### Your Electric Usage Profile

| Billing Period | Billing Days | kWh Use | Avg. kWh per day | Avg Temp | |
|---|---|---|---|---|---|
| | | | | High | Low |
| 2017 ⊠ | 29 | 962 | 33 | 33 | 20 |
| 2016 ▦ | 30 | 920 | 30 | 33 | 16 |

Your average daily electric cost was: $3.88



Electric Usage

| Service Charge | 20.00 |
|---|---|
| kWh Usage | 83.49 |
| Fuel And Purchased Power Adjustment | 1.53 |
| Sales Tax | 7.36 |
| Late Payment Charge | 6.08 |
| In Home Electrical Protection Plan | 3.95 |
| Sales Tax | 0.28 |
| Late Payment Charge | 0.20 |
| Surge Guard Protection | 6.99 |
| Sales Tax | 0.48 |
| Late Payment Charge | 0.32 |
| Total Charges | $130.68 |
| Prior Account Status | 478.75 |
| Level Payment Settle Up | 176.83 |
| Level Payment Settle Up | 0.22 |
| Level Payment Settle Up | 3.58 |
| Payments Received: 01/24/17 | 200.00CR |
| Current Account Status | $409.43 |

Late Payment Charge of $5.60 applies after due date.

The unpaid balance is past due. If the balance has already
been paid, please disregard. Thank you.

| Level Payment Information | |
|---|---|
| Unpaid Balance | $285.35 |
| Monthly Level Payment Amount | $140.00 |
| Pay This Amount | $425.35 |

Please return this portion with payment

The 10th annual Walk for Warmth is coming up, see how to register in Outlets.

Statement Date: February 7, 2017

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 1849628922 | Feb 27, 2017 | $425.35 |

Late Payment Charge of $5.60 applies after due date.

Amount Paid [ ] [ ] , [ ] [ ] [ ] [ ] [ ]

Energy Assistance: Monthly $1 [ ] $2 [ ] $5 [ ] Other $_____
One-Time Contribution $_____

A current phone number on our record simplifies outage reporting. Your
service address is identified by the phone number: (402) 609-9016

[ ] **Check Here** *to indicate name, address or phone*
*changes on back of this statement*



ALPHONSO V FRAZIER II
4314 N 53RD ST
OMAHA NE 68104-2814

PO BOX 3995
OMAHA NE 68103-0995



**OPPD**
*Omaha Public Power District*

0118496289226000000425350000043095201702278



0221

Page 1 of 1

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 1849628922 | Mar 13, 2017 | $451.40 |

For bill inquiries call the Omaha Office
(402) 536-4131. See back for toll-free number.

Customer Name: FRAZIER II, ALPHONSO V
Statement Date: February 21, 2017

Billing Information for service address: 4314 N 53 ST OMAHA NE          *** Closing Bill ***

| Rate | Billing Period | | Meter Number | Meter Reading | | | | Usage | |
|---|---|---|---|---|---|---|---|---|---|
| | From | To | | Previous | Present | Difference | Multiplier | | |
| Residential | 2-3-17 | 2-21-17 | 454061 | 74560 | 74805 Actual | 245 | 1 | kWh | 245 |

### Your Electric Usage Profile

| Billing Period | Billing Days | kWh Use | Avg. kWh per day | Avg Temp | |
|---|---|---|---|---|---|
| | | | | High | Low |
| 2017 | 18 | 245 | 13 | 48 | 23 |
| 2016 | 0 | 0 | 0 | 0 | 0 |

Your average daily electric cost was: $2.03



| Service Charge | 12.00 |
|---|---|
| kWh Usage | 21.73 |
| Fuel And Purchased Power Adjustment | 0.39 |
| Sales Tax | 2.39 |
| In Home Electrical Protection Plan | 1.84 |
| Sales Tax | 0.13 |
| Surge Guard Protection | 3.26 |
| Sales Tax | 0.23 |
| **Total Charges** | **$41.97** |
| Level Payment Settle Up | 14.62CR |
| Level Payment Settle Up | 0.77CR |
| Level Payment Settle Up | 0.53CR |
| Previous Balance | 425.35 |
| **Total Amount Due** | **$451.40** |

The unpaid balance is past due. If the balance has already been paid, please disregard. Thank you.

---

Please return this portion with payment

The 10th annual Walk for Warmth is coming up, see how to register in Outlets.

Statement Date: February 21, 2017          **FINAL BILL**

| Account Number | Due Date | Total Amount Due |
|---|---|---|
| 1849628922 | Mar 13, 2017 | $451.40 |

Amount Paid

Energy Assistance: Monthly $1☐ $2☐ $5☐ Other $_____
One-Time Contribution $_____

A current phone number on our record simplifies outage reporting. Your service address is identified by the phone number: (402) 609-9016

☐ **Check Here** *to indicate name, address or phone changes on back of this statement*

ALPHONSO V FRAZIER II
4314 N 53RD ST
OMAHA NE 68104-2814

PO BOX 3995
OMAHA NE 68103-0995



01184962892260000004514000000045140201703138


*229*

# <u>**Psych Consults**</u>

### <u>*Psychiatric Services*</u>
9239 W. Center Rd Suite 211
402-399-9305

### <u>*Great Oaks Counseling*</u>
13906 Gold Circle
402-932-6500

### <u>*UNMC Psychiatry*</u>
42nd and Emile
402-552-6007

### <u>*Creighton Psychiatry*</u>
3528 Dodge St
402-345-8828

### <u>*Omaha Psychiatric Associates*</u>
2132 S. 42nd St
402-558-1858

### <u>*Vivian Herndon*</u>
8424 W. Center Rd. Suite 203
402-659-4742

Alegent
    Lakeside          (402) 758-5850
    Immanuel          (402) 572-2776
    Bergan            (402) 398-5550

Associated Counseling Professionals  (402) 334-1122
    Michael Streeter APRN

Children's Behavioral Health 90th & Western  (402) 955-3900

Creighton Psychiatry     (402) 345-8828 Midtown   (402) 280-2010 Bellevue

Douglas County Sliding Scale  (402) 444-7931

Great Oaks Counseling 13906 Gold Circle  (402) 932-6500     www.greatoakscounseling.com
    Dr. Jennifer Cyr

Heartland Family Services  (402) 553-3000

Jodi McQuillen LCSW, LIMHP, LISW  Geriatric Therapist  (402-390-6007

Jones Group  92nd & Center  (402) 399-9305
    Dr. Cheryl Buda

Lutheran Family Services  (402) 342-7007

Mary Glassman RN, LCSW   (402) 898-3141

Meridian Mental Health (402) 504-3707     www.mmhaomaha.com
    Dr. Mary Jo Hannigan & Dr. Natalie Baker

Pathways Counseling 13319 Cottner St  (402) 896-8933
    Cass Barrett

Therapy Resource Associates  10824 Old Mill Rd  (402)330-6060

UNMC Geriatric Psychiatry  (402) 552-6007

Dr. Nicole Bergerson (child/adolescent) 92nd & Center  (402) 354-8033

Dr. Chelsea Chesen (402) 885-7811     www.chelseachesenmd.com

Dr. Stephanie Kutler 120th & Dodge  (402) 206-2306

Dr. Marge Padula (402) 955-2884

Dr. Jane Theobald (cancer patients) Methodist  (402) 354-8350

*(handwritten margin note:)* Heartland Family
4∞ 553-3000
341-5128



*120.*

In the District Court of Douglas County
of Nebraska

Alphonso V. Frazier II

vs                                                Case No._____

                                                    **Civil Action**
                                                    **Intentional Infliction of**
                                                    **Emotional Distress**

Jennifer L. Frazier

        We seeking $500,000 from defendant, grounds of intentional infliction of
emotional distress to several points being:

1. defendant sued us for divorce, CI 15-8083, on docket of this court after 15
   years of matrimony and raising of 3 children, 2 of whom were not progeny
   of plaintiff, petitioner, moreover 1-11-16, the defendant and as to 2nd point
2. defendant executed affidavit of 1-11-16 promising to "withdraw" CI-15-
   8083 (see exhibit "A" annexed hereto.)
3. Defendant admitted she was having an affair with Peter C. Jessen, during
   the marriage to plaintiff.
4. The court is given to understand, plaintiff Alphonso Frazier has been a
   client of the dental clinic for 8 years, where his wife Jennifer Frazier
   worked, and Peter C Jessen, is the dentist.

Wherefore we pray that this court will set fair, equitable and justifiable amount
encompassing our emotional distress and psychological duress as well loss of our
parental rights and parental rights, see Exhibit "B", annexed hereto.

## IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| STATE OF NEBRASKA | ) | |
| Plaintiff | ) | DOC. _____ NO. _____ |
| | ) | |
| VS | ) | **APPLICATION FOR WRIT OF** |
| | ) | **HABEAS CORPUS** |
| _____ | ) | |
| Defendant | | |

COMES NOW the defendant, <u>Joseph W. Doe</u>, acting on his own behalf, unable to afford an attorney, respectfully making application to this honorable court to issue a writ of habeas corpus.

The defendant, thereinafter referred to as the applicant, and lists the following in support of his application:

### I.

That the applicant is being held at Douglas County Dept. of Corrections on a matter of extradition. The allegation against him is <u>burglary</u>.. The party seeking his extradition is the State of <u>Texas</u> and/or its authorized agent.

### II.

On <u>July 28, 2003</u>, the applicant was brought before this honorable court, the honorable Judge <u>Moore</u> presiding, where it was explained to the applicant that the State of Texas would be granted ten working days to extradite the applicant. The ten day date was stated to be <u>August 8, 2003</u>.

### III.

Contemplating the ten working day provision, the applicant in good faith signed a provided extradition form, while in open court and before the judge.

### IV.

The applicant was additionally informed by the judge at this hearing that the State of Nebraska would release the applicant in the event that <u>Texas</u> or its agent failed to perfect the extradition provisions.

### V.

The applicant has made this request for his forthwith release because he believes that the ten working days allowed for his extradition have passed; hence, he is illegally confined and restrained from his liberty in violation of the the United States constitution.

Wherefore, applicant prays, in the interest of justice, that this honorable court grant him a habeas order due to the foregoing reasons.

Respectfully Submitted,

_____
APPLICANT

## *THIS IS ONLY AN EXAMPLE!!!!!!*





**City of Omaha**
**Jean Stothert, Mayor**

**Law Department**

Omaha/Douglas Civic Center
1819 Farnam Street, Suite 804
Omaha, Nebraska 68183-0804
(402) 444-5115
FAX: (402) 444-5125

**Paul D. Kratz**
City Attorney

July 5, 2018

Alphonso Frazier II
4112 N. 56th Street
Omaha, NE 68104

Re:   Claim No. 285-18

Dear Mr. Frazier:

Your damage claim submitted to the City Clerk's office has been forwarded to the City Law Department for disposition. In reviewing this matter, the City of Omaha is unable to give any consideration to your request for the reason that the statute of limitations applicable to the potential recovery of damages has expired.

This claim, as filed, is governed by the Nebraska Political Subdivisions Tort Claims Act (Neb. Rev. Stat. §13-901, et seq.). In order for a person to recover damages against the City of Omaha, there are statutory time limitations that must be met. A claim under the Act is barred if it is not made in writing to the governing body within one year of the time of occurrence. These time constraints cannot be waived by the political subdivision, and compliance with these time limitations is mandatory.

In this case, you allege that the damage occurred on or before February 21, 2017. Since this is outside the one year requirement, your claim will not be considered.

Further, even if this claim were filed in time, Neb. Rev. Stat. §13-910(7) bars "[a]ny claim arising out of assault, battery, false arrest, false imprisonment, malicious prosecution, abuse of process, libel, slander, misrepresentation, deceit, or interference with contract right."

As such, your claim is denied for the reasons herein stated.

Sincerely,

Jeffrey A. Bloom
Assistant City Attorney