IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALPHONSO VERNELL FRAZIER II, | ) ) ) | |
| | ) | 8:18CV539 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| THE CITY OF OMAHA POLICE DEPARTMENT, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on Plaintiff's Motion for Appointment of Counsel on appeal. (Filing No. 15.) Plaintiff's motion should be addressed to the Eighth Circuit Court of Appeals. Accordingly,

IT IS ORDERED that:

1. The clerk's office is directed to electronically regenerate Plaintiff's Motion for Appointment of Counsel (Filing No. 15) along with the amended Notice of Appeal (Filing No. 14) as a supplement to Plaintiff's Notice of Appeal (Filing No. 10) to the Eighth Circuit Court of Appeals.

2. The clerk's office is directed to terminate the motion event in this court associated with Filing No. 15.

DATED this 23rd day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge